# In the United States Court of Federal Claims

No. 03-1874C
(E-Filed: September 10, 2003)

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

ORDER

The Clerk of the Court has sent the Fourth Amended Complaint for Breach of Contract (Fourth Amended Complaint) to chambers unfiled because it does not comply with the Rules of the United States Court of Federal Claims.

When a case is transferred from another court, Rule 3.1(a) requires that a copy of the original complaint or an amended complaint "be filed with the clerk within 28 days" after the clerk receives a certified copy of the record made in the other court. The clerk received a certified copy of the record on August 7, 2003. The complaint was due in this court on September 4, 2003. The Fourth Amended Complaint was received on September 5, 2003.

Notwithstanding these defects, the Clerk of the Court is directed to file the Fourth Amended Complaint. In the future, plaintiff shall timely file all documents and comply with the Rules of the United States Court of Federal Claims. Future filings in this matter shall also comply with General Order No. 2003-42 Interim Procedures for Electronic Case Filing.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge