# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: October 6, 2003)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Counsel for the parties in this action were informed by the Clerk of the Court that this case was converted to electronic case filing (ECF) on September 8, 2003. Except in the highly limited circumstances authorized by General Order 2003-42, the court will not accept the paper filing of any document in this case. The parties are also advised that the court will not ordinarily accept an attorney's failure to register and be trained to use the ECF system as good cause for failing to file any document in this matter.

Counsel for plaintiffs has not, as of October 3, 2003, obtained an ECF account with the court. Plaintiffs' counsel shall obtain an ECF account on or before October 21, 2003. If the foregoing is not timely complied with, the court may employ any available sanction. If attorneys have questions about the ECF system, they can contact the CM/ECF User Assistance line at 866-784-6273 (toll free) or 202-219-9942, Monday to Friday, 9 a.m. to 5 p.m. Courtesy copies of this Order shall be delivered to counsel by first class mail and, if possible, by facsimile.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge