IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1874C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 39 calendar days, to and including December 19, 2003, in which to respond to plaintiffs' complaint. Defendant's answer is presently due November 10, 2003.[1] This is defendant's first request for an enlargement of time. Counsel for the United States has conferred with plaintiffs' counsel, and plaintiffs' counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. Government counsel was first assigned this case on October 17, 2003. We timely requested a litigation report from the appropriate agency, the United States Department of Housing and Urban Development, and have not yet received such report. See 28 U.S.C. § 520. Moreover, this matter was previously filed in two different courts before transfer to the United States Court of Federal Claims, and we are in the process of

---

[1] Because the Plaintiff's Fourth Amended Complaint was served on the United States Attorney for the District of Hawaii in August, and not the Attorney General or the Civil Division, this office did not receive notice of the Complaint until October 10, 2003. However, because the matter was filed, by leave of this Court on September 10, 2003, and because this Division had notice of the transfer on August 7, 2003, we regard the earliest date we could have had notice of a valid Complaint as the date of service, for the purposes of this motion.

assembling the complete case record. Thus, the additional time requested is necessary for counsel to adequately investigate the facts of this case so that we may appropriately respond to Arakakis's complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 305-3091

November 3, 2003

Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 3rd day of November, 2003, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 3rd day of November, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

R. Patrick Jaress
Jaress & Leong
737 Bishop Street
Suite 2920
Honolulu, Hawaii 96813

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

/s/ Steven M. Mager