# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: December 1, 2003)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Unopposed Motion for Enlargement of Time. Based on the representations contained therein, defendant's motion is GRANTED. Defendant shall respond to plaintiff's complaint on or before Friday, December 19, 2003.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge