IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1874C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 29 calendar days, to and including January 16, 2004, in which to respond to plaintiffs' complaint. Defendant's answer is presently due December 19, 2003. This is defendant's second request for an enlargement of time; this Court granted the Government an additional 39 days in response to its first request. Counsel for the United States has conferred with plaintiffs' counsel, and plaintiffs' counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare and file the Government's response to the complaint. We timely requested a litigation report from the appropriate agency, the United States Department of Housing and Urban Development, and have not yet received a full report. See 28 U.S.C. § 520. In particular, we have not received many of the documents relating to HUD's dealings with the plaintiffs that would permit us to respond fairly and accurately to plaintiffs' allegations.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 305-3091

December 12, 2003

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 12th day of December, 2003, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 12th day of December, 2003, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

R. Patrick Jaress
Jaress & Leong
737 Bishop Street
Suite 2920
Honolulu, Hawaii 96813

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice

/s/ Steven M. Mager