# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: January 26, 2004)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

The Clerk of the Court has notified chambers that Defendant's Motion to Dismiss was not docketed correctly by defendant in the CM/ECF system. Defendant seeks to dismiss this case under Rule 12(b)(1) or Rule 12(b)(6) of the Rules of the United States Court of Federal Claims. The docket reflects only a pending Rule 12(b)(1) motion. Defendant's Motion to Dismiss should have been docketed by selecting both a Rule 12(b)(1) and a Rule 12(b)(6) motion in the motion selection screen (by pressing and holding down the Ctrl key and clicking on each of the desired multiple forms of relief).

Notwithstanding this docketing error, the Clerk of the Court is directed to file Defendant's Motion to Dismiss. For future filings, the court refers defendant to the CM/ECF User Manual for Attorneys, which can be found on this court's website <http://www.uscfc.uscourts.gov/CMECF.htm>.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge