No. 03-1874C
Judge Hewitt

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EWARD T. ARAKAKI and HELEN ARAKAKI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

CERTIFICATE OF FILING

R. PATRICK JARESS, ESQ.
JARESS & LEONG, AAL, ALC
737 Bishop Street, Suite 2920
Honolulu, Hawaii 96813
Tel: (808) 531-3151

Attorney for Plaintiff

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Unites States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 20 days, to and including March 4, 2004, in which to file an Opposition to Defendants Motion to Dismiss filed on January 16, 2004. Plaintiffs Opposition is presently due February 13, 2004. This is Plaintiff's first request for an enlargement of time. Counsel for the Plaintiffs has conferred with defendants' counsel, and defendants' counsel has agreed to this extension.

The additional time is required in order to incorporate into the finished memorandum new information the client has uncovered in response to the facts and citations in the Defendant's Memorandum.

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

February 13, 2004

R. PATRICK JARESS
Attorney for Plaintiffs

CERTIFICATE OF FILING

I hereby certify that on this 13th day of February, 2004, a copy of the foregoing was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 13th day of February, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of the forgoing addressed as follows:

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, D.C. 20530

DATED at Honolulu, Hawaii, February 13, 2004

R. PATRICK JARESS