# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: February 17, 2004)

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Plaintiff[s'] Unopposed Motion for Enlargement of Time. Based on the representations contained therein, plaintiffs' motion is GRANTED. Plaintiffs shall respond to Defendant's Motion to Dismiss on or before Thursday, March 4, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge