# EXHIBIT A

Date: 19 August 1995

From: Ed Arakaki, Owner
Lake Mead Villas

To Robin Rains, Financial Advisor
Hamilton Securities

Subj: Partially Assisted HUD-Held Multifamily Mortgages

Ref: Director, HUD Office of Multifamily Housing Management Ltr Dtd 05 July 1995

1. Referenced letter announced that HUD-held mortgage notes may be sold in a competitive auction or through negotiated transactions.

2. As we have discussed on several occassions, I am extremely interested in negotiating for the mortgage on my property. I believe that negotiations will also work to HUD's advantage as I strongly believe that the amount I will be able to offer in negotiations will be better than the average which can be obtained through an open bid process.

3. It is my understanding that we cannot proceed with negotiations until the Due Diligence studies are completed. As we have not talked in awhile. I am dropping you this line to say that I am still interested in negotiating and am prepared to begin negotiations immediately or sooner. I am available at (808)847-4776. My fax number is (808)843-0548. My mailing address is: P.O. Box 17980, Honolulu, HI 96817.

Sincerely,

Ed Arakaki

EXHIBIT A