# EXHIBIT B

Date. 27 September 1995

From: Ed Arakaki, Owner
Lake Mead Villas

To: Albert B. Sullivan, Director, Office of Multifamily Housing Management
U.S. Department of Housing and Urban Development

Subj: Partially Assisted HUD-Held Multifamily Mortgages

Ref: Your Ltr Dtd 05 July 1995

1. I received your letter and would like to take a moment to inform you that I would be very interested in negotiating the purchase of the mortgage note on my property.

2. I believe that I would be able to offer a price much better than would be obtained through a general auction, and the negotiations could be expeditiously handled.

3. I am prepared to begin negotiations immediately or sooner. My telephone number is (808)847-4776, and my fax number is (808)843-0548. My updated mailing address is: P.O. Box 17980, Honolulu, HI 96817

Sincerely,

Ed Arakaki

**EXHIBIT B**