# EXHIBIT E

CADES SCHUTTE FLEMING & WRIGHT

NICHOLAS C. DREHER 1299-0
THEODORE D. C. YOUNG 5735-0
1000 Bishop Street, 11th Floor
Honolulu, Hawaii 96813
Telephone: (808) 521-9200

-and-

COX, CASTLE & NICHOLSON LLP

Jess R. Bressi (CA Bar #110264)
19800 MacArthur Blvd., Suite 600
Irvine, CA 92612-2435
Telephone: (714) 476-2111

Attorneys for WILMINGTON TRUST COMPANY,
AS TRUSTEE FOR THE MULTI FAMILY MORTGAGE
TRUST 1996-1

FILED
US BANKRUPTCY COURT
DIST. OF HAWAII

1997 NOV 28 AM 9:24

DOROTHY K.L. PONGI, CLERK

ENTERED ON DOCKET
NOV 28 1997

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re<br><br>EDWARD ARAKAKI,<br><br>Debtor. | CASE NO. 96-02147<br>(Chapter 11)<br><br>**Final Hearing**:<br><br>DATE: November 24, 1997<br>TIME: 9:30 a. m.<br>JUDGE: Honorable Lloyd King |

**ORDER GRANTING WILMINGTON TRUST COMPANY,
AS TRUSTEE FOR THE MULTI FAMILY MORTGAGE TRUST 1996-1'S
MOTION FOR RELIEF FROM AUTOMATIC STAY**

The Motion for Relief from Automatic Stay filed by WILMINGTON TRUST COMPANY, AS TRUSTEE FOR THE MULTI FAMILY MORTGAGE TRUST 1996-1 ("Wilmington Trust") came on for final hearing on

**EXHIBIT E**

November 24, 1997, at 9:30 a. m., before the Honorable Lloyd King. Jess R. Bressi and Theodore D. C. Young appeared for Wilmington Trust. Jerrold K. Guben appeared for Debtor Edward Arakaki.

The Court having duly considered the motion, the memoranda and evidence submitted in support of and in opposition thereto, arguments of counsel, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Wilmington Trust's Motion For Relief From Automatic Stay is GRANTED for the reasons articulated by the Court during the hearing of this motion, pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure. The automatic stay is lifted to allow Wilmington Trust to pursue its rights and remedies under the documents described in and attached to the Motion, with regard to the property commonly known as the Lake Mead Villas Apartments in Las Vegas, Nevada. A legal description of said property is attached hereto as Exhibit A. Wilmington Trust may not obtain a deficiency judgment without further order of the Bankruptcy Court.

DATED: Honolulu, Hawaii, NOV 28 1997.

LLOYD KING
**UNITED STATES BANKRUPTCY JUDGE**

**APPROVED AS TO FORM:**

[signature]
JERROLD K. GUBEN
Attorney for Debtor
Edward Arakaki

==================