CERTIFICATE OF FILING

I hereby certify that on this 4th day of March, 2004, a copy of the foregoing Memorandum In Opposition To Defendant's Motion To Dismiss Filed On March 4, 2004 was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 4th day of March, 2004, I caused to be served by Unites States mail (first class, postage prepaid) copies of the forgoing addressed as follows:

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, D.C. 20530

DATED at Honolulu, Hawaii, March 4, 2004

R. PATRICK JARESS