# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: March 8, 2004)

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

ORDER

The Clerk's Office has notified chambers that Plaintiff[s'] Memorandum in Opposition to Defendant's Motion to Dismiss Filed on January 16, 200[4] does not comply with the Rules of the United States Court of Federal Claims.

Rule 5.2(a)(2) requires opposing briefs to comply with Rule 5.2(a)(1)(A), (B), (E), (F), and (G). Rule 5.2(a)(1)(A) requires that briefs over ten pages contain "a table of contents, including the specific contents of any appendix or appendices to the brief or memorandum." Rule 5.2(a)(1)(B) requires that briefs over ten pages contain "a table of constitutional provisions, treaties, statutes, regulations, and cases cited." Rule 5.2(a)(1)(G) requires that briefs over ten pages that have an appendix that is not incorporated into the same volume as the brief contain a table of contents to the appendix at the beginning of the appendix.

Plaintiffs' filing exceeds ten pages. Plaintiffs failed to include a table of contents, a table of authorities cited and an index to the appendix at the beginning of the appendix.

Notwithstanding these deficiencies, plaintiffs' filing shall remain on the docket. In the future, plaintiffs shall comply with the Rules of the United States Court of Federal Claims.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge