IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-1874C<br>(Judge Hewitt) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 14 calendar days, to and including April 5, 2004, in which to reply to plaintiffs' opposition to defendant's motion to dismiss. Defendant's reply is presently due March 22, 2004. This is defendant's first request for an enlargement of time to respond to plaintiff's opposition. Counsel for the United States has conferred with plaintiffs' counsel, and plaintiffs' counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare the Government's reply to the opposition. Government counsel is handling several other matters before this Court (McCafferty v. United States, No. 03-2292, reply brief; Record Steel v. United States, 03-2274C, joint preliminary status report) and the United States Court of Appeals for the Federal Circuit (Hughes v. Social Security Administration, No. 04-3118, response brief), which have deadlines of March 22, 2004.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 305-3091
Steven.Mager@usdoj.gov

March 17, 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 17th day of March, 2004, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 17th day of March, 2004, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" addressed as follows:

R. Patrick Jaress
Jaress & Leong
737 Bishop Street
Suite 2920
Honolulu, Hawaii 96813

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice