# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: March 18, 2004)

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

ORDER

The court has before it Defendant's Unopposed Motion for Enlargement of Time. This motion is GRANTED. Defendant shall reply to plaintiffs' opposition to defendant's motion to dismiss on or before Monday, April 5, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge