No. 03-1874C
Judge Hewitt

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EWARD T. ARAKAKI and HELEN ARAKAKI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

PLAINTIFF'S MOTION TO REQUEST A HEARING DATE REGARDING "MOTION TO DISMISS PURSUANT TO RULE 12(b)(1) AND RULE 12(b)(6) BY USA" FILED ON JANUARY 16, 2004

DECLARATION OF R. PATRICK JARESS

CERTIFICATE OF FILING

R. PATRICK JARESS, ESQ.
JARESS & LEONG, AAL, ALC
737 Bishop Street, Suite 2920
Honolulu, Hawaii 96813
Tel: (808) 531-3151

Attorney for Plaintiff

PLAINTIFF'S MOTION TO REQUEST A HEARING DATE REGARDING
"MOTION TO DISMISS PURSUANT TO RULE 12(b)(1)
AND RULE 12(b)(6) BY USA" FILED ON JANUARY 16, 2004

Pursuant to Rule 7(b)(1) of the Rules of the United States Court of Federal Claims, Plaintiff hereby moves the Court to set a Hearing Date regarding "Motion to Dismiss Pursuant to Rule 12(b)(6) by USA" filed on January 16, 2004. All of the relevant Memoranda allowed by the Court has been filed and served herein.

DATED: Honolulu, Hawaii, April 15, 2004.

R. PATRICK JARESS
Attorney for Plaintiffs
(808) 531-3151
(808) 531-6064

CERTIFICATE OF FILING

I hereby certify that on this 15th day of April, 2004, a copy of the foregoing "Plaintiff's Motion To Request A Hearing Date Regarding 'Motion To Dismiss Pursuant To Rule 12(b)(1) And Rule 12(b)(6) By USA; Filed On January 16, 2004" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that this 15th day of April, 2004, I caused to be served by Unites States mail (first class, postage prepaid) copies of the forgoing addressed as follows:

Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, D.C. 20530

DATED: Honolulu, Hawaii, April 15, 2004

R. PATRICK JARESS