DECLARATION OF R. PATRICK JARESS

R. PATRICK JARESS declares:

1. I am the attorney for the Plaintiffs in this matter.

2. Defendants "Motion to Dismiss Pursuant to Rule 12(b)(6) by USA" was filed on January 16, 2004.

3. Plaintiff's "Response to Motion to Dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6) filed by Edward Arakaki, Helen Arakaki" was filed on March 4, 2004.

4. Defendants "Reply to Response to Motion re Motion to Dismiss pursuant to Rule 12(b)(1) and Rule 12(b)(6) filed by USA" was filed on April 5, 2004.

5. The Reply Memorandum raises a number of issues that weren't presented in the Defendants Opening Memorandum and therefore, not fully addressed in Plaintiff's Response Memorandum; and the issues are somewhat technical and would lend themselves to oral presentation with questions from the bench.

6. It is the Plaintiffs desire that oral argument in this matter be allowed.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 15 day of April, 2004.

R. PATRICK JARESS