**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, Plaintiffs, | ) | |
| v. | ) | No. 03-1874C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO REQUEST A HEARING DATE REGARDING DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully submits its response to plaintiffs' motion to request a hearing date regarding defendant's motion to dismiss.

In the declaration attached to plaintiffs' motion, counsel for the plaintiffs asserts that plaintiffs require oral argument to address "a number of issues" that allegedly were not presented by defendant's original motion to dismiss and because "the issues are somewhat technical." Jaress Decl. ¶ 5. Because plaintiffs do not identify these new issues, defendant cannot specifically respond to this claim. Nevertheless, it appears that plaintiffs intend to raise their own new arguments at oral argument that were not previously briefed by the parties. Thus, it would be appropriate for plaintiffs to seek leave of this Court to file a sur-reply in this matter, rather than raise new arguments to the Court for the first time at oral argument. Defendant would not oppose such motion to file a sur-reply by plaintiffs.

Otherwise, defendant does not oppose plaintiffs' request for oral argument, should the Court deem oral argument necessary.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 307-1011
Attorneys for Defendant

Of Counsel:
BATINA R. WILLS
Office of Litigation
Department of Housing and
Urban Development

April 27, 2004

CERTIFICATE OF FILING

I hereby certify that on this 27th day of April, 2004, a copy of the foregoing "Response to Plaintiffs' Motion to Request a Hearing Date Regarding Defendant's Motion to Dismiss" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice