# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: April 29, 2004)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Plaintiff's Motion to Request a Hearing Date Regarding "Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) by USA" Filed on January 16, 2004 (plaintiff's motion or Pl.'s Mot.) and Defendant's Response to Plaintiff's Motion to Request a Hearing Date Regarding Defendant's Motion to Dismiss (defendant's response or Def.'s Resp.). Plaintiff requests a hearing to address defendant's motion to dismiss this case. Pl.'s Mot. at 1. In a declaration in support of plaintiff's motion, plaintiff's attorney states that defendant's motion to dismiss reply "raises a number of issues that weren't presented in the Defendant's Opening Memorandum and therefore, not fully addressed in Plaintiff's Response Memorandum; and the issues are somewhat technical and would lend themselves to oral presentation with questions from the bench." Pl.'s Mot., Declaration of R. Patrick Jaress ¶ 5. In defendant's response to plaintiff's motion, defendant states that "it would be appropriate for plaintiffs to seek leave of this Court to file a sur-reply in this matter, rather than raise new arguments to the Court for the first time at oral argument." Def.'s Resp. at 1.

A written response by plaintiff to issues newly raised in defendant's reply would promote the efficient resolution of defendant's motion to dismiss. Plaintiff shall file a sur-reply to defendant's motion to dismiss on or before Thursday, May 13, 2004. If

plaintiff would like to renew its motion for the court to hear oral arguments on plaintiff's motion to dismiss, plaintiff shall so state in plaintiff's sur-reply. If plaintiff requests oral argument, the court will contact the parties to schedule a date.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge