No. 03-1874C
Judge Hewitt

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EWARD T. ARAKAKI and HELEN ARAKAKI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

# DECLARATION OF R. PATRICK JARESS

R. PATRICK JARESS, ESQ.
JARESS & LEONG, AAL, ALC
737 Bishop Street, Suite 2920
Honolulu, Hawaii 96813
Tel: (808) 531-3151

Attorney for Plaintiff

DECLARATION OF R. PATRICK JARESS

R. Patrick Jaress declares:

1. I am the attorney for the Plaintiffs herein.

2. Attached hereto as Exhibit A, is a true and correct copy of the Federal Register pages referred to in Page 5 of the Defendants Reply Memorandum.

3. Attached hereto as Exhibit B, is a true and correct copy of the Complaint filed herein.

I DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 13th day of May, 2004.

R. PATRICK JARESS