# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: May 24, 2004)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Plaintiff[s'] Motion to Request a Hearing Date Regarding "Motion to Dismiss Pursuant to Rule 12(b)(1) and Rule 12(b)(6) by USA" Filed on January 16, 2004 (plaintiff's motion). In response to this motion, the court ordered plaintiffs to file a surreply to Defendant's Motion to Dismiss so that plaintiffs could respond to issues newly raised in Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. Order of Apr. 29, 2004, at 1. The court also ordered plaintiffs to renew their motion for oral argument in their surreply if they still wanted the court to hold oral argument. Id. at 1-2. In Plaintiff[s'] Sur-Reply in Opposition to Defendant's Motion to Dismiss Filed on January 16, 2004 (Pls.' Sur-Reply), plaintiff "renew[ed] its motion for the court to hear oral arguments on the Motion to Dismiss." Pls.' Sur-Reply at 6. Accordingly, plaintiff's motion is GRANTED. The court will hold telephonic oral arguments on Defendant's Motion to Dismiss on Tuesday, June 22, 2004 at 4:00 p.m. EDT. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge