**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1874C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO THE COURT'S JUNE 14, 2004 ORDER**

Pursuant to this Court's June 18, 2004 Order, the defendant is filing a copy of the mortgage documents relating to the transaction between the United States Department of Housing and Urban Development ("HUD") and the plaintiffs. These documents are taken from HUD's administrative files in Las Vegas, Nevada. Because the original deed of trust note was assigned to HUD from a third party, and was assigned to the plaintiffs from a third party, we have attached some additional documents relating to this assignment, as well as a later provisional workout agreement relating to the mortgage.

We have conferred with the plaintiffs and the parties represent that they will further confer regarding this documentation on Monday, June 21, 2004.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 307-1011
Attorneys for Defendant

Of Counsel:
BATINA R. WILLS
Office of Litigation
Department of Housing and
Urban Development

June 18, 2004

CERTIFICATE OF FILING

I hereby certify that on this 18th day of June, 2004, a copy of the foregoing "Response to the Court's June 14, 2004 Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice