9 1 1 0 2 8 0 0 8 6 3

(3)

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
IRREVOCABLE AND UNCONDITIONAL ASSIGNMENT
OF DEED OF TRUST

Project No. 125-35100

KNOW ALL MEN BY THESE PRESENTS: THAT

WHEREAS, On the 1st day of April, 1983, LAKE MEAD VILLA APARTMENTS, a Nevada general partnership, hereinafter called ("Mortgagor") executed a certain Deed of Trust Note (hereinafter called "Credit Instrument") in favor of SEAFIRST MORTGAGE CORPORATION in the principal amount of $2,500,000.00 with interest thereon payable as therein provided, together with a Deed of Trust which is recorded in Book 1722, Official Records of Clark County, Nevada as Document No. 1681226 (hereinafter called "Mortgage"), securing said Credit Instrument, which bound the Mortgagor as therein provided; said Credit Instrument and Mortgage having been modified by that certain Modification Agreement recorded in Book 1932, Official Records of Clark County, Nevada as Document No. 1891663 (all future reference herein to the Credit Instrument and Mortgage shall be construed to incorporate said Modification Agreement); and at the time of the hereinafter mentioned assignment of said Mortgage and Credit Instrument, the undersigned was the lawful holder thereof pursuant to that certain Assignment of Deed of Trust recorded in Book 1938, Official Records of Clark County, Nevada as Document No. 1897802; and

WHEREAS, the Mortgagor having failed to make certain payments required to be made by the terms of said Credit Instrument and Mortgage, the said instruments are in default; and

WHEREAS, the undersigned has elected, under the provisions of the National Housing, Act, as amended, to assign said Mortgage and Credit Instrument to the Secretary of Housing and Urban Development;

NOW, THEREFORE, Nevada Housing Division, Department of Commerce, State of Nevada duly organized and existing as a governmental subdivision of the State of Nevada, with its principal office at 1802 North Carson Street, Suite 154, Carson City, Nevada 89701, on behalf of itself, its successors and assigns, and in consideration of the issuance to it of Insurance Benefits and a Certificate of Claim, does hereby irrevocably and unconditionally sell, assign, transfer and set over, but without recourse of warranty, except as hereinafter stated, unto the Secretary of Housing and Urban Development, of Washington, D.C., his successors and assigns, all rights and interest arising under the Mortgage and Credit Instrument so in default and the funds due and to become due thereunder with interest and all rights accrued or to accrue under the Mortgage, and all claims against the Mortgagor, or others, arising out of the mortgage transaction.

This assignment is made without recourse of warranty, except that the undersigned hereby warrants that no act or omission of the undersigned has impaired the validity or priority of the said Mortgage, that the said Mortgage is prior to all mechanics' and materialmen's liens filed of record subsequent to the recording of such Mortgage regardless of whether such liens attached prior to such recording date, and prior to all liens and encumbrances which may have attached or defects which may have arisen subsequent to the recording of such Mortgage except such liens or other matters as have been approved by the assignee hereunder, that, as of the date of the execution of this assignment, the sum of $2,377,153.59, together with interest accruing at the rate of eleven percent (11%) per annum, as provided in said Credit Instrument and Mortgage, is actually due and owing under said Credit Instrument and Mortgage and that there are no offsets or counterclaims thereto, and that

9 1 1 0 2 8 0 0 8 6 3

the undersigned has a good right to assign the said Credit Instrument and Mortgage.

IN WITNESS WHEREOF, the undersigned, pursuant to duly qualified authority, has caused this instrument to be executed in its behalf by its Administrator who has caused its seal to be attached this 23rd day of October, 1991.

NEVADA HOUSING DIVISION,
Department of Commerce,
State of Nevada

(IMPRESS SEAL HERE)

By [signature]
Its Administrator

STATE OF Nevada )
) ss.
COUNTY OF Carson City )

On this 23rd day of October, 1991, before me, the undersigned, a Notary Public in and for the State of Nevada, duly commissioned and sworn personally appeared Charles L. Horsey III, known to me to be the Administrator of NEVADA HOUSING DIVISION, Department of Commerce, State of Nevada, the entity that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said entity, for the purposes therein mentioned, and on oath stated that he/she was authorized to execute said instrument.

I certify that I know or have satisfactory evidence that the person appearing before me and making this acknowledgment is the person whose true signature appears on this document.

WITNESS my hand and official seal hereto affixed the day and year in the certificate above written.

[signature]
NOTARY PUBLIC in and for the State of Nevada residing at Carson City.
My commission expires 3-27-95.

JUDITH GRENADE
NOTARY PUBLIC - NEVADA
CARSON CITY
My Appt. Expires March 27, 1995

RETURN TO
Alston, Courtnage, MacAulay & Proctor
1000 2nd Ave. #3900
Seattle, WA 98104-1054
Attn: Constance Proctor

CLARK COUNTY, NEVADA
JOAN L. SWIFT, RECORDER
RECORDED AT REQUEST OF:
ALSTON COURTNAGE ET AL
10-28-91 12:42 NRJ 2
OFFICIAL RECORDS
BOOK: 911028 INST: 00863
FEE: 6.00 RPTT: .00



1390/054:8/20/91(16:55pm):P310

HUD-ASSN.

413

9 3 0 1 2 4 0 0 5 2

WHEN RECORDED RETURN TO:
Department of Housing and Urban Development
Las Vegas Office
1500 W. Tropicana
Las Vegas, NV 89119-6516

# RELEASE AND ASSUMPTION AGREEMENT

THIS AGREEMENT, entered into as of this first day of February, 1992, by and between the Secretary of Housing and Urban Development (hereinafter referred to as "Secretary") the holder of that certain Deed of Trust, and the Note secured thereby, dated April 1, 1983 executed by Lake Mead Villa Apartments, a Nevada General Partnership, and recorded on April 21, 1983 in Book 1722 as Document No. 1681226 of the Official Records of Clark County, California; Lake Mead Villa Apartments, a General Partnership (hereinafter called "Seller") and Helen H. Arakaki, a married woman, and Edward T. Arakaki, an unmarried man, as Joint Tenants, (hereinafter called "Buyer").

## WITNESSETH:

In consideration of the consent of the Secretary to the transfer of the mortgaged property to the Buyer, and in order to comply with the requirements of the Secretary, the National Housing Act, and the Regulations adopted pursuant thereto, the Buyer agrees to assume, except as limited below, and be bound by said Note, Deed of Trust, and that certain Regulatory Agreement dated April 1, 1983 and recorded April 21, 1983 as Document No. 1681227 of the Official Records of said County and State, and incorporated in said Deed of Trust by reference and amended by that certain Amendment to Regulatory Agreement recorded November 13, 1985 as Deocument No. 2174746 and October 30, 1986 as Document No. 00975 in Book 861030.

The Buyer does not assume personal liability for payments due under said Note and Deed of Trust, or for the payments to the reserve for replacements under said Regulatory Agreement, or for matters not under its control, provided that the Buyer shall remain liable under said Regulatory Agreement only with respect to the matters hereinafter stated; namely:

a) for funds or property of the project coming into its hand which, by the provisions thereof, it is not entitled to retain; and,

b) for its own acts and deed or acts and deeds of others which it has authorized in violation of the provisions thereof.

The Buyer is to be bound by said Note and Deed of Trust and said Regulatory Agreement subject to the foregoing limitation of personal liability, from the date of this agreement to the same extent as if it had been an original party to said instruments.

Upon recordation of this agreement in the Official Records of Clark County, Seller will be released from all liability under the said Note and Deed of Trust and the said Regulatory Agreement.



CHICAGO TITLE TEL:1-702-259-0222 Oct 22,92 21:50 No.018 P.03

The Buyer agrees that there shall be full compliance with the provisions of (1) any laws prohibiting discrimination in housing on the basis of race, color, creed or national origin; and (2) with the Regulations of the Department of Housing and Urban Development providing for non-discrimination and equal opportunity in housing. It is understood and agreed that failure or refusal to comply with any such provisions shall be a proper basis for the Secretary to take any correction action he may deem necessary, including, but not limited to, the rejection of future applications for FHA mortgage insurance and the refusal to enter into future contracts of any kind with which the Buyer is identified; and further, the Secretary shall have a similar right to corrective action (1) with respect to any individuals who are officers, directors, principal stockholders, trustees, managers, partners or associates of the Buyer, and (2) with respect to any corporation or any other type of business association or organization with which the officers, directors, principal stockholders, trustees, managers, partners, or associates of the Buyer may be identified.

IN WITNESS WHEREOF, the parties hereto have caused this agreement to be executed and effective all as of the day and year first above written.

**SELLER:**

Lake Mead Villa Apartments,
a Nevada General Partnership

By: [signature]
Lewis Hildreth, G.P.

By: ______________________
A. F. Henriksen, G.P.

By: ______________________
Ray Henriksen, G.P.

**BUYER:**

[signature]
Helen H. Arakaki

[signature]
Edward T. Arakaki

MORTGAGEE:

Secretary of Housing and Urban Development acting by and through the Federal Housing Commissioner

By: [signature]
(Authorized Agent)



Oct 22,92 21:51 No.018 P.04 TEL:1-702-259-0222 CHICAGO TITLE

State of *Hawaii* )
) ss.
County of *Honolulu* )

On this *23rd* day of *October*, 1992, before me, the undersigned, a notary public in and for said state, personally appeared Helen H. Arakaki, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*Tina H Koga*
Signature

*Tina H. Koga*
(print name)

My commission expires on *12.12.93*

State of *Hawaii* )
) ss.
County of *Honolulu* )

On this *23rd* day of *October*, 1992, before me, the undersigned, a notary public in and for said state, personally appeared Edward T. Arakaki, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*Tina H Koga*
Signature

*Tina H. Koga*
(print name)

My commission expires on *12.12.93*