**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1874C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SUPPLEMENTAL RESPONSE**
**<u>TO THE COURT'S JUNE 14, 2004 ORDER</u>**

Pursuant to this Court's June 18, 2004 Order, the defendant is filing a copy of the regulatory agreement for insured multi-family housing projects for the subject property. This document is taken from HUD's administrative files in Las Vegas, Nevada.

We have not conferred with plaintiffs regarding this document.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager

STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 307-1011
Attorneys for Defendant

Of Counsel:
BATINA R. WILLS
Office of Litigation
Department of Housing and
Urban Development

June 22, 2004

CERTIFICATE OF FILING

I hereby certify that on this th day of June 22, 2004, a copy of the foregoing "Supplemental Response to the Court's June 14, 2004 Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice