BOOK 2215

When recorded mail to:

U.S. Department of Housing and Urban Development
Las Vegas Office, Region IX
720 S. 7th Street
Las Vegas, Nevada 89101

2174746

2-1

PROJECT NAME: Lake Mead Villas
FHA NUMBER: 125-35100-PM-L8
LOCATION: 2115 Winwood
Las Vegas, Nevada 89108

AMENDMENT TO REGULATORY AGREEMENT FOR SECTION 221(d)(4) PROJECTS (WITH PARTIAL SEC. 8)

Paragraph 4 of the Regulatory Agreement (Form 2466) dated and recorded in connection with FHA Project No. 125-35100-PM-L8 is hereby amended by deleting the existing Section 4 in its entirety and inserting in lieu thereof the following:

4. (a) The owner shall not rent the units for a period of less than thirty (30) days. Commercial facilities shall be rented for such use and upon such terms as determined by the owner. Subleasing of dwelling accommodations, except for subleases of single dwelling accommodations by the tenant thereof, shall be prohibited without prior written approval of the owners and the Secretary and any lease shall so provide. Upon discovery of any unapproved sublease, owners shall immediately demand cancellation and notify the Secretary thereof.

(b) Owners may charge to and receive from any tenant such amounts as from time to time may be mutually agreed upon between the tenant and owner for any rental accommodations. Tenants receiving Section 8 assistance shall have their rents determined by the HAP Contract. No charge shall be made, however, for facilities or services without the approval of the Secretary.

(c) In the event the project is under jurisdiction of a local rent control law or ordinance and the owner desires the Secretary to preempt those controls, the owner shall comply with applicable regulations or instructions in effect at the time of application or preemption, currently 24 CFR Part 403, Subpart B.

Witness:

Wendy Walker

LAKE MEAD VILLA APARTMENTS
Owners

By [signature]
Lewis Hildreth, General Partner

SECRETARY OF HOUSING AND URBAN DEVELOPMENT, acting by and through the FEDERAL HOUSING COMMISSIONER

By [signature]
Authorized Agent
Thomas E. Webster

JSO

BOOK 2215 2174746

STATE OF NEVADA )
) SS.
COUNTY OF CLARK )

On October 23, 1985 personally appeared before me, a Notary Public, Lewis Hildreth, a General Partner of Lake Mead Villa, who acknowledged that he executed the above instrument.

Notary Public-State Of Nevada
COUNTY OF CLARK
Carol Ann Widner
My Appointment Expires
05/24/89

Notary Public

STATE OF NEVADA )
) SS.
COUNTY OF CLARK )

On October 28, 1985, personally appeared before me, a Notary Public, Thomas C. Webster, Office Manager, known to me to be the person who executed the above instrument.

PAT T. HUGHES
Notary Public - State of Nevada
Appointment Recorded in Clark County
My Appointment Expires April 6, 1989

Notary Public

CLARK COUNTY NEVADA
JOAN L. SWIFT, RECORDER
RECORDED AT REQUEST OF
LAND TITLE OF NEVADA
Nov 13 8 00 AM '85
FEE 6 DEPUTY VS
OFFICIAL RECORDS
BOOK INSTRUMENT
2215 2174746

WHEN RECORDED MAIL TO: Lake Mead Villa Apts.
c/o 3651 So. Lindell Rd.
Las Vegas, Nevada 89103

PROJECT NAME: Lake Mead Villas
FHA NUMBER: 125-35100-PM-L8
LOCATION: 2115 Winwood
Las Vegas, Nevada 89108

AMENDMENT TO REGULATORY AGREEMENT FOR SECTION
221(d)(4) PROJECTS
(WITH PARTIAL SEC. 8)

Paragraph 4 of the Regulatory Agreement (Form 2466) dated April 1, 1983, and recorded in connection with FHA Project No. 125-35100-PM-L8 is hereby amended by deleting the existing Section 4 in its entirety and inserting in lieu thereof the following:

"4. (a) The owner shall not rent the units for a period of less than thirty (30) days. Commercial facilities shall be rented for such use and upon such terms as determined by the owner. Subleasing of dwelling accommodations, except for subleases of single dwelling accommodations by the tenant thereof, shall be prohibited without prior written approval of the owners and the Secretary and any lease shall so provide. Upon discovery of any unapproved sublease, owners shall immediately demand cancellation and notify the Secretary thereof.

(b) Owners may charge to and receive from any tenant such amounts as from time to time may be mutually agreed upon between the tenant and owner for any rental accommodations. Tenants receiving Section 8 assistance shall have their rents determined by the HAP Contract. No charge shall be made, however, for facilities or services without the approval of the Secretary.

(c) In the event the Project is under jurisdiction of a local rent control law or ordinance and the owner desires the Secretary to preempt those controls, the owner shall comply with applicable regulations or instructions in effect at the time of application or preemption, currently 24 CFR Part 403, Subpart B.

Witness:

Owners

By

SECRETARY OF HOUSING AND URBAN DEVELOPMENT, acting by and through the FEDERAL HOUSING COMMISSIONER

Thomas C. Webster
By Office Manager
Authorized Agent

CLARK COUNTY NEVADA
JOAN L. SWIFT, RECORDER
RECORDED AT REQUEST OF
Lake Mead Villa Apts
Oct 20 1 51 PM '86
FEE 5 DEPUTY
OFFICIAL RECORDS
BOOK INSTRUMENT
861030 00975