# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: June 23, 2004)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to oral argument concerning defendant's motion to dismiss, held at 4:00 p.m. EDT on June 22, 2004, and by agreement of the parties, plaintiff shall file the following documents on or before Friday, June 25, 2004:

- Letter from the Department of Housing and Urban Development (HUD) to plaintiff, dated July 5, 1995, by which HUD allegedly informed plaintiff that it planned to include plaintiff's mortgage in an upcoming sale.
- Letter from Dorothy Manz to Lake Mead Villa Apartments, dated June 21, 1996, and received on June 26, 1996, allegedly stating that plaintiff's mortgage was sold on June 6, 1996.
- Loan handbook 4350 Rev.1 change 8.

In addition, further to oral argument, and by agreement of the parties, defendant shall file the following documents on or before Friday, June 25, 2004:

- Copy of or Westlaw citation to the 1994 Multi-Family Disposition Act.
- Copy of or Westlaw citation to the regulations that explicitly limit and define the characteristics of an "FHA-approved mortgagee," pursuant to 24 C.F.R. 290.31.
- Hamilton preliminary bidding materials to the Spring 1996 auction that included plaintiff's mortgage.

- Documents, to include purchase and sale agreement dated May 29, 1996, and related trust agreement and closing documents, relevant to determining the actual date of sale of plaintiff's mortgage.

The court invites the parties to file briefing concerning any of these documents on or before Wednesday, June 30, 2004.

The parties shall fax a courtesy copy of all documents, including briefing, to chambers (202-219-9552) by 5:00 p.m. E.D.T. on the day they are due.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge