**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, Plaintiffs, | ) | |
| v. | ) | No. 03-1874C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S RESPONSE TO THE COURT'S**
**JUNE 23, 2004 ORDER AND WITHDRAWAL OF ARGUMENT**

Pursuant to the Court's June 23, 2004 Order, defendant is filing copies of the Preliminary Bidding Materials and the Trust Certificate Purchase Agreement dated May 29, 1996 for the 1996 Partially Assisted Multifamily Mortgage Loans disposition. These documents are taken from the United States Department of Housing and Urban Development's ("HUD" or the "agency") closing binder on the 1996 Partially Assisted Multifamily Mortgage Loans disposition, which is located in the agency's files at the Office of General Counsel, Washington, D.C.

With regard to the Court's request for citation to the Multifamily Property Disposition Act of 1994, the United States responds that this Act may be found at Pub. L. No. 103-233, 108 Stat. 342 (1994).

Finally, with regard to the Court's request for further citation in support of the United States' contention that 24 C.F.R. § 290.31 precludes the Arakakis from bidding on their loan, after further review of the regulations, the United States respectfully withdraws this argument. Upon further review, we do not believe that this regulation would have precluded HUD from permitting the Arakakis from bidding on their loan. However, the Government maintains its motion to dismiss pursuant to the statute of limitations because, on July 5, 1995, plaintiffs were

made aware that HUD planned to sell the Arakakis' loan in an upcoming multifamily mortgage loans auction and, on April 26, 1996, HUD published a notice that did actually preclude the Arakakis from bidding on their individual loan. The Government further notes that the Preliminary Bidding Materials and the Trust Certificate Purchase Agreement that it is filing today further supports the Government's statute of limitations argument. The withdrawal this argument also has no effect on our argument that the complaint should be dismissed for failure to state a claim.

We regret and apologize for any inconvenience we have caused the Court or the Arakakis by withdrawing our argument based upon 24 C.F.R. § 290.31.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L St. NW
Washington, D.C. 20530
Tele: (202) 307-1011
Attorneys for Defendant

Of Counsel:
BATINA R. WILLS
Office of Litigation
Department of Housing and
Urban Development

June 23, 2004

CERTIFICATE OF FILING

I hereby certify that on this day of June 23, 2004, a copy of the foregoing "Defendant's Response to Court's Request for Supplemental Documentation and Withdrawal of Argument" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice