REVISED
No. ___

CONFIDENTIAL

Federal Housing Administration

U.S. Department of Housing and Urban Development

# PRELIMINARY BIDDING MATERIALS

## Partially Assisted Multifamily Mortgage Loans
## Structured Finance Disposition

---

Times and Dates When Bids Must Be Submitted:

Indicative Bond Bid: From 9:00 a.m. EDT Until 3:30 p.m. EDT May 22, 1996
Class A Trust Certificate Bid: From 9:00 a.m. EDT Until 3:30 p.m. EDT May 28, 1996
Final Bond Bid: From 9:00 a.m. EDT Until 3:30 p.m. EDT June 6, 1996

Financial Advisor:
Hamilton Securities Advisory Services, Inc.
7 Dupont Circle, NW, 2nd Floor, Washington, DC 20036
(202) 496-6700, Attention: Rick Wolf
Fax: (202) 496-6777
RWOLF@alexham.com

*All comments and inquiries should be submitted in writing at the above address.*

FHA-http://199.29.173.66/fha/WELCOME.htm

**The preliminary bidding materials included herewith may be revised, supplemented or amended.**

**May 15, 1996**

**THESE PRELIMINARY BIDDING MATERIALS ARE CONFIDENTIAL AND MAY NOT BE COPIED OR DISTRIBUTED WITHOUT THE PERMISSION OF THE FEDERAL HOUSING ADMINISTRATION OF THE U.S DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

# NOTICE TO BIDDERS

This document and the included accompanying materials (as may be revised or supplemented from time to time, the "Bidding Materials") have been compiled by Hamilton Securities Advisory Services, Inc. ("Hamilton"), as financial advisor to the Federal Housing Administration ("FHA"), an organizational unit within the United States Department of Housing and Urban Development ("HUD"). Information included herein is derived from materials available to prospective bidders or that will be made available to prospective bidders prior to the bid dates and is not represented to be all of the information which may be material to a prospective bidder's decision to participate in the transaction described herein. Capitalized terms used but not defined in the Bidding Materials have the meanings given them in the Preliminary Private Placement Memorandum dated May 15, 1996, distributed contemporaneously (the "Preliminary Private Placement Memorandum").

FHA will be soliciting (a) bids to purchase floating rate debt securities (the "Bonds") to be issued by Multifamily Mortgage Trust 1996-1 (the "Trust"), secured by the assets of the Trust and (b) bids to purchase the Class A Trust Certificate issued by the Trust (the "Class A Trust Certificate"), evidencing a 50%, 60% or 70% ownership interest in the Trust and to assume responsibility for the servicing of the assets of the Trust, including through the provision of a qualified servicer, pursuant to sale procedures occurring in stages on May 22, May 28, and June 6, 1996 (collectively, the "FHA Partially Assisted Sale"), all as further described in these Bidding Materials. Bids on the Bonds will be solicited from accredited institutional investors which have completed a qualification statement referred to below (a "Qualification Statement") and are otherwise eligible bidders. Bids on the Class A Trust Certificate will be sought from accredited institutional investors which have completed a Qualification Statement, are otherwise eligible bidders and have submitted a letter of representation (the "Servicer Letter of Representation") from a qualified servicer of multifamily mortgage loans.

The purchase of the Bonds and the Class A Trust Certificate described herein involves certain risks. Bidders should, along with their advisors, carefully review the Preliminary Private Placement Memorandum, the Bidding Materials, all supplements to the Bidding Materials, the forms of transaction documents included therewith and any revisions thereof or supplements thereto (the "Transaction Documents"), and any additional information (including the Asset Review Files referred to herein) made available by or on behalf of FHA, as well as undertake such additional investigations as they deem advisable, of the structure of the transaction, the Mortgage Loans and the underlying collateral to evaluate the risks associated with a purchase. Although the information contained in the Bidding Materials and the Preliminary Private Placement Memorandum is believed to be accurate and complete in all material respects, neither FHA nor any other person will make any representations or warranties as to the accuracy or completeness thereof. A bidder should make a decision to purchase the Bonds or the Class A Trust Certificate based solely on (i) the review by it and its agents of the Asset Review Files and related data, (ii) its own assessment of applicable laws, policies and procedures relating to the Mortgage Loans and (iii) the specific representations and covenants to be contained in the Transaction Documents.

Bidding rules described herein are subject to change. Any such changes will be provided supplementally.

All comments and inquiries should be submitted in writing to Rick Wolf at Hamilton.

FHA reserves the right, at its sole discretion and for any reason whatsoever, to reject any and all offers to purchase the Bonds or Class A Trust Certificate.

## TABLE OF CONTENTS

i. Executive Summary describing certain general information relating to the FHA Partially Assisted Sale

ii. Summary Schedule

iii. Bid Eligibility Requirements--Bonds

iv. Bid Eligibility Requirements--Class A Trust Certificate

v. Summary Due Diligence and Bid Procedures

vi. Bid Instructions

vii. Asset Review Files and Other Materials

viii. Closing Instructions

ix. Draft Bid Forms, included as Tab 1

x. A copy of the Preliminary Private Placement Memorandum relating to the Bonds, distributed contemporaneously

xi. Mortgage Loan Schedule (as of April 30, 1996) and Portfolio Analysis providing certain information relating to the Mortgage Loans, included as Tab 2

xii. Forms of Loan Sale Agreement, Trust Agreement, Indenture, Servicing Agreement, Bond Purchase Agreement and Trust Certificate Purchase Agreement (the "Transaction Documents"), to be distributed separately

xiii. Letters from the Rating Agencies, included as Tab 3

xiv. Asset File Request Form, included as Tab 4

xv. Letters between Federal bank and thrift regulators and FHA regarding CRA eligibility, included as Tab 5

xvi. Confidentiality Agreement and Qualification Statement, included as Tab 6, to be completed and executed by each bidder

xvii. Copy of Interim Rule with respect to the Sale of HUD-Held Multifamily Mortgages, included as Tab 7

xviii. Servicer Letter of Representation, included as Tab 8, to be completed and executed by each prospective Servicer

xix. Request for Receipt of Indicative Bond Bids, included as Tab 9, to be completed and executed by each Class A Trust Certificate bidder

## EXECUTIVE SUMMARY

The following is a summary description of the Mortgage Loans, the proposed structure of the Trust, the Bonds and the Trust Certificates and the procedures for bidding on the Bonds and the Class A Trust Certificate in connection with this FHA Partially Assisted Sale. The summary does not purport to be complete and is qualified in its entirety by the rest of the Bidding Materials and the Transaction Documents accompanying these Bidding Materials.

**Mortgage Loans**

The assets of the Trust will consist of 158 mortgage loans with a total unpaid principal balance, as of April 30, 1996, of approximately $885.0 million, primarily secured by first liens on multifamily properties located throughout the United States and including some subordinate liens (the "Mortgage Loans"), and certain other assets. The Mortgage Loans have experienced varying levels of delinquency and some of the Mortgage Loans are subject to provisional workout arrangements.

FHA may withdraw Mortgage Loans for any reason on or prior to May 15, 1996. Mortgage Loans can be withdrawn from the transaction by FHA for any reason thereafter up to the Closing Date, so long as such withdrawal would not result in a decrease by more than 5% of the initial aggregate principal amount of the Bonds; provided, however, that Mortgage Loans may be withdrawn from the transaction at the election of the winning Class A Trust Certificate bidder prior to the Closing Date in the event of a condemnation or casualty in accordance with the provisions of the Trust Certificate Purchase Agreement, without regard to such 5% limit.

Substantially all of the properties underlying the Mortgage Loans are "partially assisted" multifamily projects that receive payments from the U.S. Department of Housing and Urban Development ("HUD") under Housing Assistance Payment Contracts ("HAP Contracts") with respect to up to 50% of the total number of units. Substantially all of the Mortgage Loans were acquired by FHA pursuant to HUD's FHA mortgage insurance programs. The Mortgage Loans will be sold to the Trust without any FHA mortgage insurance.

**General Form of the Offering**

The FHA Partially Assisted Sale will consist of separate competitive, sealed bid auctions for (a) floating rate debt securities (the "Bonds") and (b) a beneficial interest in the Trust (the "Class A Trust Certificate"), together with the responsibility for servicing the Mortgage Loans and other assets of the Trust (including through the provision of a qualified servicer). Eligible bidders (as discussed below

for both the Bonds and the Class A Trust Certificate) may participate in both auctions.

The FHA Partially Assisted Sale will be realized by employing a securitization structure. The Mortgage Loans will be sold to a special purpose Delaware business trust (the "Trust") pursuant to a Loan Sale Agreement between FHA and an Owner Trustee, acting on behalf of the Trust. The Trust will be formed by the winning Class A Trust Certificate bidder and the Owner Trustee pursuant to the Trust Agreement.

The Trust will issue both floating rate Bonds and Trust Certificates, consisting of a single Class A Trust Certificate and one or more Class B Trust Certificates (the "Class B Trust Certificates").

The assets of the Trust pledged to secure the Bonds will consist of:

> The Mortgage Loans and other assets, including:
>
> A Liquidity Reserve Fund (the "Liquidity Reserve Fund") in the initial amount of $36,070,000; and
>
> A Deferred Maintenance Account (the "Deferred Maintenance Account") in the initial amount of $29,000,000.

**Bond Offering**

The floating rate Bonds, with an initial aggregate principal amount of approximately $509,101,500 (the "Bond Principal Amount"), will be auctioned to a single bidder. The portfolio has been evaluated by Standard & Poor's Rating Services, a division of The McGraw-Hill Companies, Inc. ("S&P") and Fitch Investors Service, L.P. ("Fitch") (collectively, the "Rating Agencies").

The Preliminary Private Placement Memorandum currently contemplates a transaction structure that has been preliminarily determined to be ratable by S&P and Fitch (the "Ratable Structure"). Changes, if any, to the Ratable Structure will be reflected in future supplements. Changes in the status of Mortgage Loans, among other things, may cause the Rating Agencies to make adjustments on the ratings on the Ratable Structure and/or the principal amount of Bonds rated at the respective rating levels. Such adjustments, if any, will be disclosed in future supplements hereto.

Pursuant to the Indenture, the Bonds will have cash flow seniority (i.e., the Bonds will be retired in full prior to the holders of Trust Certificates receiving any cash flow) except for amounts payable to the

holders of the Trust Certificates based on estimated federal income tax liabilities.

Bidders on the Bonds must bid on all the Bonds and will have the option of bidding on (a) a single class of floating rate Bonds or (b) multiple classes of floating rate Bonds in the form of either (i) the Ratable Structure or (ii) a structure such bidders create subject to the rules herein. The winning Bond bidder will have the option of obtaining ratings, at such bidder's sole expense, on the Bonds or of purchasing unrated Bonds. There can be no assurance that the winning bidder will be able to obtain ratings on the Bonds for any structure other than the Ratable Structure. Bond bidders must designate their desired coupon for each class of Bonds as a spread over the one-month London interbank offered rate ("LIBOR"). In no case may a bidder bid lower than 30 basis points above the one-month LIBOR for any class of Bonds.

Example:

SINGLE CLASS

| | Principal Amount | Spread |
|---|---|---|
| Class A | $509,101,500 | 2.000% |
| | $509,101,500 | |
| Weighted Average Spread | | 2.000% |

MULTIPLE CLASS

| | Principal Amount | Spread |
|---|---|---|
| Class A | $215,000,000 | 0.400% |
| Class B | $100,000,000 | 0.600% |
| Class C | $100,000,000 | 1.000% |
| Class D | $ 94,101,500 | 8.206% |
| | $509,101,500 | |
| Weighted Average Spread | | 2.000% |

The bid price for the Bonds must also reflect a weighted average price of 98.5% of the Bond Principal Amount. Bidders must allocate the resulting discount among the various classes of Bonds; however, no premium may be allocated to any class of Bonds.

Example:

SINGLE CLASS

| | Principal Amount | Price |
|---|---|---|
| Class A | $509,101,500.00 | 98.5% |
| Discounted Amount | $501,464,977.50 | |

MULTIPLE CLASS

| | Principal Amount | Price |
|---|---|---|
| Class A | $215,000,000.00 | 100.000% |
| Class B | $100,000,000.00 | 99.500% |
| Class C | $100,000,000.00 | 99.000% |
| Class D | $ 87,964,977.50 | 93.479% |
| Discounted Amount | $501,464,977.50 | |

In addition to specifying classes, spreads and discounts, Bond bidders must provide their proposed assumptions as to prepayment speeds (the "Prepayment Assumptions"). Although these Prepayment Assumptions will not affect the evaluation of Bond bids, FHA reserves the right to revise the Prepayment Assumptions included in the winning bid to the extent that FHA determines that such Prepayment Assumptions are unreasonable.

All multiple class structures must be sequential pay. In no case will interest-only, principal-only or accrual classes of Bonds be issued. Additionally, the spread bid for each sequential class must be higher than or equal to the spread bid for the preceding class. For example, for a three class bid (ABC), in no case may the spread on the Class C Bonds be lower than that on the Class A and Class B Bonds, and in no case may the spread on the Class B Bonds be lower than that on the Class A Bonds. In addition, the spread on each class must be equal to or greater than 30 basis points over the one-month LIBOR.

The winning Bond bidder will be that Bond bidder whose Final Bond Bid represents the lowest weighted average spread over LIBOR. For purposes of evaluating any single-class or multi-class Bond bid, the weighted-average spread will be determined by (i) adding the product of each applicable spread and the initial principal amount of the corresponding class of Bonds and (ii) dividing the result by the Bond Principal Amount. (For example, the weighted-average spread of a two-class Bond bid indicating a spread of 150 basis points for a class with an initial principal balance of $250 million and a spread of 250 basis points for a class with an initial principal balance of $250 million will be 200 basis points).

***Ratable Structure***

It is anticipated that the following multiple class, floating rate structure will be deemed ratable by the Rating Agencies:

| | **Principal Amounts** | **S&P** | **Fitch** | |
|---|---|---|---|---|
| Class A | $159,805,500 | AA | AAA | |
| Class B | $ 64,809,500 | AA | AA | |
| Class C | $ 67,885,000 | A | A | |
| Class D | $ 65,000,000 | BBB | BBB- | Investment Grade |
| Class E | $ 79,060,500 | BB- | BB- | |
| Class F | $ 63,439,500 | B- | B- | |
| Class G | $ 9,101,500 | N/R | B- | |
| **Total** | **$509,101,500** | | | |

***Payment Priorities***

For the Ratable Structure, a total of $357,500,000 in Bonds (Classes A through D) (the "Senior Bonds") are classified as investment grade (BBB- or above) by both Rating Agencies. Bond bidders who bid a multiple class structure other than the Ratable Structure must nonetheless treat $357,500,000 in aggregate initial principal amount of Bonds (i) as Senior Bonds for calculation of amounts required to replenish the Liquidity Reserve Fund and the Deferred Maintenance Account and (ii) as entitled to the benefits of the amortization test (the "Amortization Test") described below.

Pursuant to the Indenture, collections on the Mortgage Loans and proceeds from their disposition (net of certain expenditures in accordance with the Servicing Agreement) will be applied in accordance with the following payment priorities for the Ratable Structure:

1) Indenture Trustee and Owner Trustee fees
2) Deferred interest and interest on Class A Bonds
3) Deferred interest and interest on Class B Bonds
4) Deferred interest and interest on Class C Bonds
5) Deferred interest and interest on Class D Bonds
6) Servicing fees
7) Reimbursable Indenture Trustee and Owner Trustee expenses
8) Amounts required to replenish the Liquidity Reserve Fund to its minimum levels (as described in the Indenture and under the Liquidity Reserve Fund below)
9) If the Amortization Test has been satisfied, deferred interest and interest on Class E Bonds
10) If the Amortization Test has been satisfied, deferred interest and interest on Class F Bonds
11) If the Amortization Test has been satisfied, deferred interest and interest on Class G Bonds
12) Amounts needed for federal tax payments to holders of the Trust Certificates (subject to certain limits described in the Indenture)
13) Amounts required to replenish the Deferred Maintenance Account to its minimum levels (as described in the Indenture and under Deferred Maintenance Account below)
14) While the Senior Bonds are outstanding, optional deposits into the Liquidity Reserve Fund (subject to certain limits described in the Indenture)
15) Optional deposits into the Deferred Maintenance Account (subject to certain limits described in the Indenture)
16) Principal of the Class A Bonds until reduced to zero
17) Principal of the Class B Bonds until reduced to zero

18) Principal of the Class C Bonds until reduced to zero
19) Principal of the Class D Bonds until reduced to zero
20) Principal of the Class E Bonds until reduced to zero
21) Principal of the Class F Bonds until reduced to zero
22) Principal of the Class G Bonds until reduced to zero
23) Any remaining funds to the Trust for distribution to the holders of Trust Certificates

In the event that the winning Bond bidder purchases the Bonds in a single-class the Indenture will provide for the following payment priorities:

1) Indenture Trustee and Owner Trustee fees
2) Deferred interest and interest on the Bonds
3) Servicing fees
4) Reimbursable Indenture Trustee and Owner Trustee expenses
5) Amounts required to replenish the Liquidity Reserve Fund to its minimum levels (as described below under Liquidity Reserve Fund using $357,500,000 less principal amortization on the Bonds as the threshold for adjustments to the minimum requirement)
6) Amounts needed for federal tax payments to holders of the Trust Certificates (subject to certain limits which parallel the multi-class structure described in the Indenture)
7) Amounts required to replenish the Deferred Maintenance Account to its minimum levels (as described below under Deferred Maintenance Account using $357,500,000 less principal amortization on the Bonds as the threshold for adjustments to the minimum requirement)
8) Optional deposits into the Liquidity Reserve Fund (in a form parallel to the multi-class structures)
9) Optional deposits into the Deferred Maintenance Account (in a form parallel to the multi-class structures)
10) Principal of the Bonds until reduced to zero
11) Any remaining funds to the Trust for distribution to the holders of Trust Certificates

***Amortization Test***

The following represents the anticipated Amortization Test for the Ratable Structure (any changes will be reflected in supplements). Bond bidders who bid a multi-class structure, other than the Ratable Structure, must use the Amortization Test outlined below for the benefit of $357,500,000 in aggregate initial principal amount of Bonds.

| Test Date | Percentage of Principal Paid on Senior Bonds or Equivalent |
|---|---|
| February 1, 1997 | 5% |
| May 1, 1997 | 10 |
| August 1, 1997 | 20 |
| November 1, 1997 | 30 |
| February 1, 1998 | 40 |
| May 1, 1998 | 50 |
| August 1, 1998 | 60 |
| November 1, 1998 | 75 |
| February 1, 1999 | 85 |
| May 1, 1999 | 100 |

In order for the Amortization Test to be satisfied, the designated percentage of aggregate initial principal amount of the Senior Bonds, under the Ratable Structure, or the Bonds treated as Senior Bonds, if a multiple class structure other than the Ratable Structure is used, must have been paid by the relevant date. For example, under the Ratable Structure, for the Amortization Test to be satisfied on February 1, 1998, at least 40% of the aggregate initial principal amount of Senior Bonds would had to have been retired on or before that date. Under a multiple class structure other than the Ratable Structure, 40% of $357,500,000 ($143,000,000) in aggregate initial principal amount of the Bonds would had to have been retired by February 1, 1998.

In the event that the Bond bidder purchases the Bonds in a single class, the Amortization Test will not apply.

***Interest Rate Cap***

The winning Bond bidder must purchase an Interest Rate Cap (the "Interest Rate Cap") acceptable to FHA and meeting the requirements of the Rating Agencies or an interest rate cap which is economically equivalent and of equal maturity, and acceptable to FHA, in the event the winning Bond bidder intends to purchase the Bonds without a rating. For the Ratable Structure, the Interest Rate Cap will be assigned to the Indenture Trustee and must result in a weighted-average cap of 9%. In the event that the Bonds are purchased without a rating, and the winning Bond and Class A Trust Certificate bidders mutually agree, that portion of the interest rate cap corresponding to the Class A Trust Certificate may be disposed of, with the proceeds distributed as negotiated between the Class A Trust Certificateholder and the winning Bond bidder. FHA must approve such partial sale or release, but FHA's approval will not be unreasonably withheld if the

winning Bond bidder and/or Class A Trust Certificate bidder can demonstrate to FHA's satisfaction that such release does not adversely impact the Class B Trust Certificates.

In order to provide additional flexibility, the winning Bond bidder has the option of prescribing interest rate ceilings on each or any class of Bonds (as an alternative to purchasing the Interest Rate Cap with respect to each or any class of Bonds) or may employ a combination of ceilings with interest rate caps, in each case which will result in an effective weighted-average interest rate cap of 9.0% on the Bonds.

Upon payment in full of any class of Bonds (other than a class with an interest rate ceiling), the Indenture Trustee will be entitled to sell future payments still owed under the Interest Rate Cap with respect to such class to a purchaser on an arm's length basis. All proceeds from such sale of rights will be deposited into the Collection Account and used to make payments in accordance with the payment priorities.

Finally, the cap on each sequential class, must be greater than or equal to the cap for the preceding class. For example, for a three-class bid (ABC), in no case may the cap on the Class C Bonds be less than the cap on either the Class A or the Class B Bonds, and in no case may the cap on the Class B Bonds be less than the cap on the Class A Bonds.

***Liquidity Reserve Fund***

The Liquidity Reserve Fund will be initially funded, from the proceeds of the sale of the Bonds, with $36,070,000 in cash. Under the Ratable Structure, in the event of a shortfall in the Collection Account, the Indenture Trustee will draw on the Liquidity Reserve Fund to pay interest on the Senior Bonds. The Trust may make additional, optional deposits to the Liquidity Reserve Fund per the payment priorities outlined above. At the Trust's option, while the Senior Bonds are outstanding, the Liquidity Reserve Fund may be reduced and excess amounts used to pay principal on the Bonds to the extent the aggregate balance of the Liquidity Reserve Fund exceeds: (i) while Class B Bonds are outstanding, an amount equal to twelve months of interest on the Senior Bonds at the maximum capped rates described in the Indenture (the "Maximum Rates"); (ii) after the Class B Bonds have been paid in full, an amount equal to nine months interest on the Senior Bonds at the Maximum Rates; or (iii) after the Class C Bonds have been paid in full, an amount equal to six months interest on the Senior Bonds at the Maximum Rates. If, on any Payment Date on or after the Payment Date on which the Class C Bonds have been paid in full, the cash balance of the Liquidity Reserve Fund plus the cash

INDEX 1

balance of the Deferred Maintenance Account (in excess of the minimum required amounts) plus funds in the Collection Account are sufficient to pay off the Class D Bonds and all other payments afforded priority to the payment of principal on the Class D Bonds, the cash balance of the Liquidity Reserve Fund may be deposited in the Collection Account and used to retire such other payments and the principal on the Class D Bonds.

Bond bidders who bid a multiple class structure, other than the Ratable Structure, must treat $357,500,000 in aggregate initial principal amount of Bonds as Senior Bonds for calculation of amounts required to replenish the Liquidity Reserve Fund.

In the event that the Bond bidder purchases the Bonds in a single class, the Liquidity Reserve Fund will be replenished as described in the single-class priority of payments (under "Priority of Payments" above) at a coupon rate of 9%.

***Deferred Maintenance Account***

The Deferred Maintenance Account will be initially funded, from the proceeds of the sale of the Bonds, with $29,000,000 in cash. The Deferred Maintenance Account provides funds for capital items such as deferred maintenance, environmental remediation, legal costs, delinquent real estate taxes, tenant improvements, and leasing commissions. The Deferred Maintenance Account also protects the Senior Bonds by funding interest to the extent that the amounts in the Liquidity Reserve Fund are insufficient to pay such interest. Under the Ratable Structure, the Deferred Maintenance Account must maintain a minimum balance of $4 million while any of the Senior Bonds are outstanding and $1.5 million thereafter. If, on any Payment Date on or after the Payment Date on which the Class C Bonds have been paid in full, the cash balance in the Deferred Maintenance Account in excess of the minimum required amount, plus the cash balance of the Liquidity Reserve Fund, plus funds in the Collection Account are sufficient to pay off the Class D Bonds and all other payments afforded priority to the payment of principal on the Class D Bonds, the cash balance in the Deferred Maintenance Account, less the minimum required amount, will be deposited into the Collection Account and used to retire such other payments and the Class D Bonds. In addition, after the Class E Bonds have been paid in full, the cash balance in the Deferred Maintenance Account in excess of the minimum required amount, may be deposited into the Collection Account and similarly applied. In addition, if, on any Payment Date on or after which the Class F Bonds have been paid in full, the cash balance in the Deferred Maintenance Account and the Collection

Account is sufficient to pay off the Class G Bonds and other payments afforded priority to the payment of the principal on the Class G Bonds, such cash balances shall be deposited in the Collection Account and similarly applied.

Bond bidders who bid a multiple class structure, other than the Ratable Structure, must treat $357,500,000 in aggregate initial principal amount of Bonds as Senior Bonds for calculation of amounts required to replenish the Deferred Maintenance Account.

In the event that the Bond bidder purchases the Bonds in a single class, the Deferred Maintenance Account will be replenished as described in the single-class priority of payments (under "Priority of Payments" above).

***Ratings***

It is anticipated that the Rating Agencies will indicate that the Ratable Structure is capable of receiving ratings. FHA, however, will not be obligated to deliver rated Bonds at closing and the winning Bond bidder will be responsible for procuring any ratings and paying the additional rating agency fees necessary to obtain any definitive ratings on the Bonds. There can be no assurance that any Bond structure will be rated by either Rating Agency.

***Settlement Expenses***

The winning Bond bidder will be required to pay all costs and expenses that it incurs in connection with the purchase of the Bonds. The winning Bond bidder will also pay (i) rating agency fees related to obtaining the final rating letters, (ii) any upfront fees and expenses of the Indenture Trustee and (iii) all costs of purchasing any required Interest Rate Cap.

**Class A Trust Certificate Offering**

The Class A Trust Certificate, representing a 50%, 60% or 70% interest in the Trust, will be auctioned to a single bidder. Class A Trust Certificate bidders may elect to bid on 50%, 60%, or 70% of the beneficial interest of the Trust, but in no event may bidders submit a bid on more than one equity level. Each Class A Trust Certificate bidder must bid a dollar amount for such percentage interest. The winning Class A Trust Certificate bid will be based upon the highest dollar price per percentage interest in the Trust. Tie bids will be resolved in favor of the highest proceeds to FHA.

The winning Class A Trust Certificate bidder must certify that it has and expects to maintain a net worth equal to at least 10 percent of its bid price. In addition, pursuant to Rating Agency requirements, the Class A Trust Certificate purchaser must have an independent director whose consent is necessary to put to Trust into bankruptcy.

The winning Class A Trust Certificate bidder will be responsible for the management of the Trust and either the winning Class A Trust Certificate bidder or a qualified third party selected by such bidder will act as servicer (the "Servicer") for the Trust. The Servicer must be approved at least as an "Above Average Special Servicer" by Fitch and as an "Approved" special servicer by S&P to qualify to bid. See description of the Servicer below.

*Settlement Expenses*

The winning Class A Trust Certificate bidder will be required to pay all costs and expenses that it incurs in connection with the purchase of the Class A Trust Certificate. In addition, the winning Class A Trust Certificate bidder will be required to (a) contribute to the Trust an amount equal to the difference between the Bond Principal Amount, and the discounted price paid for the Bonds (1.5% of the Bond Principal Amount or $7,636,522.50), and (b) pay costs and expenses relating to: (i) any transfer taxes or recordation or filing fees related to the Mortgage Loans; (ii) any title commitment and/or title insurance costs related to the Mortgage Loans; (iii) upfront fees and expenses of the Owner Trustee; and (iv) the formation of the Trust.

**Class B Trust Certificates**

The Trust will issue the remaining percentage beneficial interest, evidenced by the Class B Trust Certificates, to FHA as partial consideration for the sale of the Mortgage Loans to the Trust. The holders of the Class B Trust Certificates will have a passive role with respect to the Trust. The holders of Trust Certificates, in general, will receive, pro rata, all cashflow from the Trust after the Bonds are retired, exclusive of any servicing and trustee fees and expense reimbursements incurred by the Trust.

**Servicer**

The Servicer must be approved at least as an "Above Average Special Servicer" by Fitch and as an "Approved" special servicer by S&P and evidence of such approval must be received by Hamilton by May 21, 1996. In addition, prospective Servicers (including any Class A Trust Certificate bidder that proposes to be the Servicer) must execute two (2) forms of the Servicer Letter of Representation, which must be included with the bid forms submitted by the related Class A Trust Certificate bidders. Pursuant to a Servicing Agreement with the Trust,

the Servicer will endeavor to maximize returns to the Trust through liquidation of the Trust property in an orderly manner, including negotiated sales of individual Mortgage Loans or of Mortgaged Properties obtained by the Trust in connection with foreclosure or deeds in lieu of foreclosure. Servicer compensation will be set at 50 basis points per annum based on the outstanding Mortgage Loan balances and imputed balances for REO properties, calculated and payable monthly.

**Transaction Chronology**

Bidders interested in purchasing the Bonds must submit an initial bid (an "Indicative Bond Bid"), accompanied by a deposit at least equal to 1% of the Bond Principal Amount (the "Initial Bond Deposit"). The three best Indicative Bond Bids, in terms of lowest weighted-average spread over LIBOR, will be disclosed to all Eligible Final Bond Bidders (as defined below) and the prospective Class A Trust Certificate bidders who have submitted a Request for Receipt of Indicative Bond Bids. Such disclosure will indicate only weighted average spreads over LIBOR and will not include a description of the related Bond structure or the identity of the bidders. After the Class A Trust Certificate is awarded to the winning Class A Trust Certificate bidder, all Eligible Final Bond Bidders will be informed of the identity of the winning Class A Trust Certificate bidder, the identity of the Servicer, the Class A Trust Certificate percentage interest to be purchased (50%, 60% or 70%) and the purchase price for the Class A Trust Certificate. Only Eligible Final Bond Bidders will have the opportunity to submit final bids on the Bonds ("Final Bond Bids"). FHA will retain the Initial Bond Deposit of any Eligible Final Bond Bidder that does not submit a Final Bond Bid.

"Eligible Final Bond Bidders" are those bidders that submitted Indicative Bond Bids reflecting a weighted-average spread on the Bonds that does not exceed by more than 50 basis points the third best Indicative Bond Bid (that is, the Indicative Bond Bid reflecting the third lowest weighted-average spread).

**Trust/Trustees**

The Trust will be governed by the Trust Agreement and the terms of the Bonds will be governed by the Indenture. Prior to closing, the winning Bond bidder will select the Indenture Trustee, and the winning Class A Trust Certificate bidder will select the Owner Trustee, subject to the eligibility requirements contained in the Transaction Documents.

**CRA Eligibility**

Inquiries have been made and responses received from Federal banking and thrift regulatory agencies regarding the eligibility of the Bonds and the Class A Trust Certificate to be used for credit to meet Community

Reinvestment Act requirements. The inquiry and response letters are included under Tab 5.

**FHA Mortgage Insurance**

The Mortgage Loans were assigned to FHA following a default by the borrower. Upon assignment, FHA became the mortgagee. The Mortgage Loans are not and will not be FHA insured, and upon closing, the related FHA Regulatory Agreements will no longer be in effect.

**Recourse**

All Mortgage Loans are being sold to the Trust without recourse and without warranties or representations, except as is expressly provided in the Loan Sale Agreement.

**Asset Data**

Certain data on the Mortgage Loans is provided in the Asset Review Files, the Preliminary Private Placement Memorandum and the diskette included in previous versions hereof. Bidders should conduct their own investigation and due diligence on the Mortgage Loans.

**Due Diligence**

Asset Review Files for all of the Mortgage Loans will be made available to bidders at the Due Diligence Facility through May 14, 1996, under the terms described herein under "Summary Due Diligence and Bid Procedures." Bidders may also have Asset Review Files shipped to them.

## SUMMARY SCHEDULE
(Subject to Change)

| Description | Preliminary Date |
|---|---|
| Due Diligence Room Closes | May 14, 1996 |
| Request for Receipt of Indicative Bond Bids Due | May 20, 1996 |
| Deadline for submitting evidence to Hamilton of Prospective Servicer's approval by Rating Agencies | May 21, 1996 |
| Indicative Bond Bids Due with Initial Bond Deposits | May 22, 1996 |
| Best Indicative Bond Bids Distributed | May 23, 1996 |
| Class A Trust Certificate/Servicing Bids Due with Initial Trust Certificate Deposits | May 28, 1996 |
| Private Notification to Winning Class A Trust Certificate/Servicing Bidder | May 30, 1996 |
| Final Trust Certificate Deposit Due From Winning Class A Trust Certificate Bidder | June 3, 1996 |
| Announcement of Winning Class A Trust Certificate Bid ("Class A Trust Certificate Award Date") | June 4, 1996 |
| Final Bond Bids Due | June 6, 1996 |
| Private Notification to Winning Bond Bidder | June 7, 1996 |
| Final Bond Deposit Due From Winning Bond Bidder | June 10, 1996 |
| Announcement of Winning Bond Bid ("Bond Award Date") | June 13, 1996 |
| Closing for both Bonds and the Class A Trust Certificate | June 27, 1996 |

## BID ELIGIBILITY REQUIREMENTS - BONDS

**Bidder Qualification**

Bond bidders must be qualified accredited institutional investors in order to have their bids considered. FHA will determine whether a bidder is qualified on the basis of the information required to be provided by each bidder on its Qualification Statement (included under Tab 6).

**Ineligible Bidders**

**Notwithstanding a bidder's qualification as an accredited institutional investor, the following entities are not eligible to bid:** (i) an entity debarred from doing business with FHA pursuant to Title 24 of the Code of Federal Regulations, Part 24; (ii) an entity controlled by an employee of FHA or by a member of such employee's household; (iii) an entity which employs or uses the services of an FHA employee involved in the FHA Partially Assisted Sale other than in such employee's official capacity; (iv) an entity employing the services of an FHA employee to assist in the preparation of a Bond bid; (v) a contractor, subcontractor and/or consultant (including any agent of the foregoing) who performed or is performing services for, or on behalf of, FHA in connection with the FHA Partially Assisted Sale, or any affiliate of such contractor, subcontractor, consultant or agent; or (vi) an entity using the services for its Bond bid, of an employee or former employee of an entity listed in (v) above. For purposes hereof, an "affiliate" of, or an entity or person "affiliated" with, a specified entity or person, is an entity or person that directly, or indirectly through one or more intermediaries, controls or is controlled by, or is under common control with, the entity or person specified; and "control" means the possession, direct or indirect, of the power to direct or cause the direction of the management and policies of the entity; provided, that an equity interest in such entity in excess of 25% shall be deemed to be "control" of such entity (unless established to FHA's satisfaction that such interest in excess of 25% does not constitute "control").

## BID ELIGIBILITY REQUIREMENTS - CLASS A TRUST CERTIFICATE

**Bidder Qualification**

Class A Trust Certificate bidders must be qualified accredited institutional investors in order to have their bids considered. FHA will determine whether a bidder is qualified on the basis of the information required to be provided by each bidder on its Qualification Statement (included under Tab 6). **Each Class A Trust Certificate bidder must submit with its bid two (2) forms of the Servicer Letter of Representation executed by such bidder, if it proposes to be the Servicer, and otherwise executed by an entity that such bidder proposes to act as Servicer of the Mortgage Loans under the Servicing Agreement. Each such proposed Servicer must be approved as at least an "Above Average Special Servicer" by Fitch and as an "Approved" special servicer by S&P, and evidence of such approval must be received by Hamilton by May 21, 1996.**

**Ineligible Bidders**

**Notwithstanding a bidder's qualification as an accredited institutional investor, the following entities are not eligible to bid:** (i) an entity debarred from doing business with FHA pursuant to Title 24 of the Code of Federal Regulations, Part 24; (ii) an entity controlled by an FHA employee or by a member of such employee's household; (iii) an entity which employs or uses the services of an FHA employee involved in the FHA Partially Assisted Sale other than in such employee's official capacity; (iv) an entity employing the services of an FHA employee to assist in the preparation of a bid for the Class A Trust Certificate; (v) a contractor, subcontractor and/or consultant (including any agent of the foregoing) who performed or is performing services for, or on behalf of, FHA in connection with the FHA Partially Assisted Sale or any affiliate of such contractor, subcontractor, consultant or agent; (vi) an entity using the services for its Class A Trust Certificate bid, of an employee or former employee of an entity listed in (v) above; (vii) an entity that served as a loan servicer or performed other services for, or on behalf of, FHA, with respect to any of the Mortgage Loans at any time during the two (2) year period prior to May 22, 1996, or any affiliate thereof; or (viii) any mortgagor under any of the Mortgage Loans (a "Mortgagor") or an entity affiliated with any Mortgagor.

For purposes hereof, an "affiliate" of, or an entity or person "affiliated" with, a specified entity or person, is an entity or person that directly, or indirectly through one or more intermediaries, controls or is controlled by, or is under common control with, the entity or person specified, and "control" means the possession, direct or indirect, of the power to direct or cause the direction of the management and policies of the entity; provided, that an equity interest in such entity in excess of 25% shall be deemed to be "control" of such entity (unless established to FHA's satisfaction that such interest in excess of 25% does not constitute "control").

## SUMMARY DUE DILIGENCE AND BID PROCEDURES

### A. TO OBTAIN BIDDING MATERIALS

Execute the Confidentiality Agreement and bidder Qualification Statement at Tab 6 and submit them to Hamilton Securities Advisory Services, Inc., 7 Dupont Circle NW, 2nd Floor, Washington, DC 20036, Attention: Henry Fan. The Bidding Materials will be made available only to qualified bidders that properly complete and execute these documents and are deemed qualified bidders.

### B. TO REVIEW ASSET REVIEW FILES FOR DUE DILIGENCE

Step 1

Submit the Qualification Statement and the Confidentiality Agreement (completed and executed) to Hamilton Securities Advisory Services, Inc., 7 Dupont Circle NW, 2nd Floor, Washington, DC 20036, Attention: Henry Fan. Asset Review Files will only be made available to bidders who are qualified based upon the information provided in the Qualification Statement. Bidders who fail to qualify will not receive Bidding Materials.

Step 2

Bidders may review Asset Review Files at the Due Diligence Facility for a non-refundable $720 fee. Bidders may also obtain copies of Asset Review Files for $180 per file. The $720 review fee paid by bidders who visit the Due Diligence Facility will be applied towards the price of copies of Asset Review Files requested by those bidders. All bidders requesting copies of Asset Review Files must do so by completing the Asset File Request Form (contained under Tab 4). Bidders interested in reviewing Asset Review Files at the Due Diligence Facility must schedule their visit in advance by contacting Ray Curtis at Williams, Adley & Co., (202) 496-0965.

### C. TO BID - BONDS

Step 1

An Initial Bond Deposit in an amount at least equal to 1% of the Bond Principal Amount must be received by FHA during the period from 9:00 a.m. EDT on May 21, 1996 to 3:30 p.m. EDT on May 22, 1996. The Initial Bond Deposit must be in the form of immediately available funds and must be sent in accordance with the wire transfer instructions contained under the Bid Instructions herein.

Step 2

Indicative Bond Bids must be received during the period from 9:00 a.m. EDT to 3:30 p.m. EDT on May 22, 1996 (the "Indicative Bond Bid Period"). During the Indicative Bond Bid Period, the original Indicative Bond Bid form (completed and executed) should be submitted to: John Marshall Boardroom, ANA Hotel, 2401 M Street,

N.W., Washington, D.C. 20037, Attention: Rick Wolf, Hamilton Securities Advisory Services, Inc.

Indicative Bond Bids must be submitted in a sealed envelope.

Step 3

Final Bond Bids must be received during the period from 9:00 a.m. EDT to 3:30 p.m. EDT on June 6, 1996 (the "Final Bond Bid Period"). During the Final Bond Bid Period, the following forms and documents (completed and executed) should be submitted to: John Marshall Boardroom, ANA Hotel, 2401 M Street, N.W., Washington, D.C. 20037, Attention: Rick Wolf, Hamilton Securities Advisory Services, Inc.

- Final Bond Bid form
- Two (2) completed and executed forms, without modification, of the Bond Purchase Agreement
- Power of Attorney for any agent or broker (if applicable).

Final Bond Bids must be submitted in a sealed envelope. If an Eligible Final Bond Bidder's weighted-average spread bid is 50 basis points or higher than its Indicative Bond Bid, then FHA will retain $2 million from such bidder's Initial Bond Deposit. If an Eligible Final Bond Bidder submits a bid early or late or fails to make or withdraws a Final Bond Bid then FHA will retain the entire Initial Bond Deposit.

Step 4

The winning Bond bidder must remit to FHA a Final Bond Bid deposit (the "Final Bond Deposit") of at least an amount, which when added to the Initial Bond Deposit (net of any portion thereof retained by FHA pursuant to the immediately preceding paragraph), equals 10% of the Bond Principal Amount (the Initial Bond Deposit and the Final Bond Deposit, together, the "Total Bond Deposit") to FHA during the period from 9:00 a.m. EDT on June 7, 1996 to 3:30 p.m. EDT on June 10, 1996. The Final Bond Deposit shall be in the form of immediately available funds and must be sent in accordance with the wire transfer instructions contained in the Bid Instructions herein. Failure of the winning Bond bidder to remit the Final Bond Deposit will result in FHA's retention of such bidder's Initial Bond Deposit.

The Total Bond Deposit will be retained by FHA if a winning Bond bidder fails to close (except as provided in the Bond Purchase Agreement).

Case 1:03-cv-01874-ECH Document 30-2 Filed 06/23/2004 Page 22 of 23



## D. TO BID - CLASS A TRUST CERTIFICATE

Step 1

Prospective Class A Trust Certificate bidders must submit to Hamilton via facsimile a Request for Receipt of Indicative Bond Bids (included under Tab 9) by 3:30 p.m. EDT on May 20, 1996 in order to receive the best Indicative Bond Bids on May 23, 1996.

Step 2

An initial Class A Trust Certificate bid deposit in an amount at least equal to $2 million must be received by FHA during the period from 9:00 a.m. EDT on May 24, 1996 to 3:30 p.m. EDT on May 28, 1996 (the "Initial Trust Certificate Deposit"). The Initial Trust Certificate Deposit must be in the form of immediately available funds and must be sent in accordance with the wire transfer instructions contained under the Bid Instructions herein.

Step 3

Class A Trust Certificate bids must be received during the period from 9:00 a.m. EDT to 3:30 p.m. EDT on May 28, 1996 (the "Trust Certificate Bid Period"). Early or late bids will be rejected. During the Trust Certificate Bid Period, the following forms and documents (completed and executed) should be submitted to: John Marshall Boardroom, ANA Hotel, 2401 M Street, N.W., Washington, D.C. 20037, Attention: Rick Wolf, Hamilton Securities Advisory Services, Inc.

- Class A Trust Certificate Bid form
- Two (2) completed and executed forms, without modification, of the Trust Certificate Purchase Agreement
- Two (2) completed and executed forms, without modification, of the Servicer Letter of Representation from each prospective Servicer (including a Class A Trust Certificate bidder that proposes to be the Servicer)
- Power of Attorney for any agent or broker (if applicable).

Class A Trust Certificate bids must be submitted in a sealed envelope.

Step 4

The winning Class A Trust Certificate bidder must remit a deposit (the "Final Trust Certificate Deposit") which, when added to the Initial Trust Certificate Deposit, equals at least 10% of the amount bid (the Initial Trust Certificate Deposit and the Final Trust Certificate Deposit, together, the "Total Trust Certificate Deposit") to FHA during the period from 9:00 EDT on May 31, 1996 to 3:30 p.m. EDT on June 3, 1996. The Final Trust Certificate Deposit must be in the form of immediately available funds and sent in accordance with the wire transfer instructions contained under the Bid Instructions herein. Failure to remit such additional deposit will result in FHA's retention of such bidder's Initial Trust Certificate Deposit. If a winning Class A

Trust Certificate bidder fails to pay for its Class A Trust Certificate (or fails to transfer to the Trust an amount equal to the difference between the Bond Principal Amount and the discounted price paid for the Bonds) at closing (other than as permitted under the Trust Certificate Purchase Agreement), then FHA will retain the Total Trust Certificate Deposit.