## BID INSTRUCTIONS

**Bid Date/Time**

Bids will be accepted during the relevant bid periods at:

John Marshall Boardroom
ANA Hotel
2401 M Street, N.W.
Washington, D.C. 20037

The outside of the envelope must be marked:

**FHA Partially Assisted Sale**
**Attention: Rick Wolf**
**Hamilton Securities Advisory Services, Inc.**

The delivery of the bid(s) is the sole responsibility of the bidder, and neither FHA nor Hamilton accepts any responsibility for lost, stolen or otherwise undelivered bids.

**Bid Format**

Bidders will be allowed to provide bids on both the Bonds and the Class A Trust Certificate. Both the Bonds and the Class A Trust Certificate may be awarded to a single bidder (i.e., the same bidder could purchase both the Bonds and the Class A Trust Certificate). Individual Mortgage Loan bids and Mortgage Loan pool bids are not being solicited and will not be accepted.

Bidders must submit each of the following:

(a) Executed bid forms (In the case of Bond bidders, an Indicative Bond Bid Form and for Eligible Final Bond Bidders, a Final Bond Bid Form);

(b) Bid deposits (as set forth under "Deposits" below);

(c) (1) For Eligible Final Bond Bidders: Two (2) forms of the Bond Purchase Agreement (completed and executed, without modification, by the bidder);

(2) For Class A Trust Certificate bidders: Two (2) forms of the Trust Certificate Purchase Agreement (completed and executed, without modification, by the bidder) and two (2) forms of the Servicer Letter of Representation (completed and executed, without modification, by the prospective Servicer); and

(d) An original power-of-attorney for any broker/agent executing any document on behalf of a bidder (if applicable).

All bids must be submitted in a sealed envelope.

**Deposits**

An Initial Bond Deposit of at least 1% of the Bond Principal Amount must be received by FHA from Bond bidders during the period from 9:00 a.m. EDT on May 21, 1996 to 3:30 p.m. EDT on May 22, 1996.

A Final Bond Deposit which, when added to the Initial Bond Deposit, equals at least 10% of the Bond Principal Amount must be received by FHA from the winning Bond bidder during the period from 9:00 a.m. EDT on June 7, 1996 to 3:30 p.m. EDT on June 10, 1996.

An Initial Trust Certificate Deposit of $2 million must be received by FHA during the period from 9:00 a.m. EDT on May 24, 1996 to 3:30 p.m. EDT on May 28, 1996.

A Final Trust Certificate Deposit which, when added to the Initial Trust Certificate Deposit, equals at least 10% of the winning bidder's bid price for the Class A Trust Certificate must be received by FHA during the period from 9:00 a.m. EDT on May 31, 1996 to 3:30 p.m. EDT on June 3, 1996 from the winning Class A Trust Certificate bidder.

The deposits shall be in the form of immediately available funds and be sent in accordance with the following wire transfer instructions:

| | |
|---|---|
| Bond Deposits: | Federal Home Loan Bank<br>of Atlanta --<br>R&T No. 061008766<br>Account No. 2999100<br>To Credit: FHA Multifamily #1 |
| Class A Trust Certificate Deposits: | Federal Home Loan Bank<br>of Atlanta --<br>R&T No. 061008766<br>Account No. 2996700<br>To Credit: FHA Multifamily #2 |

The amount of each deposit and the Federal Wire Reference Number must be included on each bid form.

With the exception of winning bids, no interest will be paid on deposits. Initial Trust Certificate Deposits and Initial Bond Deposits will be returned to bidders who are not winning bidders within four Business Days after rejection of their bids by FHA (less any amounts retained by FHA) in accordance with the wire transfer instructions provided by such bidders on the bid forms. The failure to provide such instructions may result in a delay in the return of a bidder's deposit.

A bidder who is a winning bidder will receive credit for interest (at the daily investment rate that the Federal Home Loan Bank of Atlanta makes available to FHA, minus 185 basis points) on its total deposit but only during the period beginning on the day after that bidder's Final Trust Certificate Deposit or Final Bond Deposit is received, to (and excluding) the Closing Date. Interest paid on the applicable deposit will be credited against the amounts due at closing.

**Nonconforming Bids**

Any Indicative Bond Bid or Class A Trust Certificate bid submitted without the required deposit will be rejected as nonconforming, and any bid received which is conditional or which includes altered or missing documentation or is submitted without the Federal Wire Reference Number or with a Federal Wire Reference Number that does not match a wire deposit may be rejected, in FHA's sole discretion.

In addition, any bid not received within the bid times specified will be marked "Early/Late-Not Accepted" and returned to the bidder.

**Bid Evaluation**

FHA shall evaluate bids and select winning bids as follows:

Bonds. Determination of a winning Bond bid will be based on the lowest "weighted-average spread". As described earlier, the weighted average spread is based solely on the spreads bid and the initial principal amount of each corresponding Bond class, without regard to projected weighted average lives of any such class. The weighted average spread of a Bond bid for a single class structure will be merely the spread reflected in such bid. The allocation of discount (equal to 1.5% of the Bond Principal Amount) among various classes of Bonds and the proposed Prepayment Assumptions in any Final Bond Bid will not affect the evaluation of bids, although FHA reserves the right to revise the Prepayment Assumptions included in the winning bid to the extent FHA determines that such Prepayment Assumptions are unreasonable.

Class A Trust Certificate. Determination of a winning Class A Trust Certificate bid will be based upon the highest dollar price per percentage interest in the Trust; "tie" bids will be resolved in favor of the highest proceeds to FHA. For example, a $50 million bid for a 50% Class A Trust Certificate will be the winning bid over a $55 million bid for a 60% Class A Trust Certificate (since the former represents $1 million per percentage interest while the latter represents $916,667 per percentage interest). Further, a $70 million bid for a 70% Class A Trust Certificate will be the winning bid over a $50 million bid for a 50% Class A Trust Certificate, because although both bids reflect the same dollar price per percentage interest in the Trust, the $70 million bid generates the highest proceeds to FHA.

**Modification and Withdrawal of Bids**

Bidders may modify or withdraw a previously submitted bid by faxing a request to Rick Wolf at Hamilton Securities Advisory Services, Inc. at (202) 496-6777 (subject to change, notification of which will be by broadcast facsimile), signed by the bidder or bidder's agent under power of attorney, which is received no later than 3:30 p.m. EDT on May 22, 1996 (for Indicative Bond Bids) and 3:30 p.m. EDT on May 28, 1996 (for Class A Trust Certificate bids). Class A Trust Certificate bids become irrevocable at 3:30 p.m. EDT on May 28, 1996. If withdrawn or modified after that time, FHA will retain the Initial Trust Certificate Deposit. Indicative Bond Bids become irrevocable at 3:30 p.m. EDT on May 22, 1996. If withdrawn after that time, FHA will retain the Initial Bond Deposit. Final Bond Bids may not be withdrawn but may be modified prior to 3:30 p.m. EDT on June 6, 1996. If an Eligible Final Bond Bidder's bid is 50 basis points or higher than its Indicative Bond Bid, FHA will retain $2 million from such bidder's Initial Bond Deposit. If an Eligible Final Bond Bidder withdraws a Final Bond Bid or if such bid is non-conforming, then FHA will retain the entire Initial Bond Deposit.

**Award of Bids**

The winning Class A Trust Certificate bidder will be initially notified of the acceptance of its bid by fax on May 30, 1996 and by June 3, 1996, must remit to FHA the Final Trust Certificate Deposit. FHA will inform the Eligible Final Bond Bidders of the identity of the winning Class A Trust Certificate bid and the terms of its bid on June 4, 1996 (the "Class A Trust Certificate Award Date").

The winning Bond bidder will be initially notified of the acceptance of its bid by fax on June 7, 1996 and by June 10, 1996, must remit to FHA the Final Bond Deposit. FHA will inform the winning Class A Trust Certificate bidder of the identity of the winning Bond bidder and the terms of its bid on June 13, 1996 (the "Bond Award Date").

Winning Class A Trust Certificate and Bond bidders will subsequently be sent a bid confirmation letter. No verbal or telephonic acceptance by or on behalf of FHA shall have any effect whatsoever, or impose or create any liability on the part of FHA.

**FHA reserves the right to accept and/or reject any and all bids.**

**Tie Bids**

In the event there is more than one winning bidder on the Bonds or the Class A Trust Certificate, a "best and final" round will be held. Bidders must have an authorized contact person available during the period from 1:30 p.m. EDT to 4:30 p.m. EDT on May 30, 1996 (for Class A Trust Certificate bids), and from 1:30 p.m. EDT to 4:30 p.m. EDT on June 7, 1996 (for Final Bond Bids). During this time period, a notice of the tie will be sent by fax to those bidders involved in the tie situation. Bidders will be given one hour to submit by fax a new bid at least as favorable as the previous bid. If all of the bidders involved in the tie situation are unwilling to change their bids, or they remain tied after the "best and final" round, FHA will (i) for Bond bids - have the option of either choosing a single-class bid over any multiple class bids if such circumstances exist or determine the winning bidder by lottery and (ii) for Class A Trust Certificate bids - determine the winning bidder by lottery. *In the event of a Tie Bid among Class A Trust Certificate bidders, the date for submitting the Final Bond Bid will be postponed until June 7, 1996, and the Bond Award Date will be June 14, 1996.*

**Publication of Winning Bids**

FHA reserves the right, at its sole discretion, to publish: (i) the names of the winning Class A Trust Certificate and Bond bidders and (ii) the terms of the winning Class A Trust Certificate and Bond bids.

**Bids by Brokers or Agents**

Any bid by a broker or other agent for a principal must be in the name of the principal and signed by the broker/agent as attorney-in-fact for the principal. All bid documents must be executed so as to bind the principal by the broker/agent as attorney-in-fact. An original power of attorney satisfactory to FHA as to form and content must be submitted with the bid. No commission or other broker's fees will be paid by FHA.

**Terms of Bids**

By submitting a bid (and assuming the bid is not withdrawn or modified as permitted and discussed above under "Modification and Withdrawal of Bids"), each bidder makes an irrevocable offer to purchase the Bonds and/or the Class A Trust Certificate as identified on the bid forms. Each Bond bidder acknowledges and agrees that, by its submission of a bid, it is accepting, without modification, the terms

and conditions set forth in these Bidding Materials and the Transaction Documents. Each Class A Trust Certificate bidder acknowledges and agrees that, by its submission of a bid, it is accepting, without modification, the terms and conditions set forth in these Bidding Materials and the Transaction Documents, including the Servicing Agreement.

**Termination of Offering**

FHA reserves the right, at its sole discretion, and for any reason whatsoever, to terminate the FHA Partially Assisted Sale at any time prior to the Class A Trust Certificate bid date.

## ASSET REVIEW FILES AND OTHER MATERIALS

**Asset Review Files**

FHA, through its representative, Williams, Adley & Company ("WA"), has compiled information with respect to each of the Mortgage Loans. WA has obtained loan files for each Mortgage Loan. As part of this file gathering effort, WA identified certain information from the available documents and compiled the information for each Mortgage Loan. In addition, Phase I environmental reports have been prepared and a site inspection of the real property collateral securing each Mortgage Loan has been performed. This site inspection provides economic and demographic information related to the subject property and comparable properties in the cities and localities in which the subject property is located. In certain cases, Phase II environmental reports have been prepared.

WA has prepared an Asset Review File for each Mortgage Loan, which consists, to the extent available, of a copy of each of the following:

- Note (including riders and modifications, if any)
- Mortgage (including modifications and assumptions, if any)
- Housing Assistance Payments Contract(s)
- Regulatory Agreement
- Provisional Workout Agreements, if any
- Property operating statements (most recent 3 years)
- Borrower financial statements (most recent 3 years)
- Property inspection reports (most recent 5 years)
- Title policy or legal opinion of title
- Phase I and, where applicable, Phase II environmental reports
- Correspondence (last 5 years).

**Bidder Review**

Bidders may review Asset Review Files at the Due Diligence Facility and will be charged a non-refundable $720 fee to do so. Bidders may also obtain copies of Asset Review Files for $180 per file. The $720 review fee paid by bidders who visit the Due Diligence Facility will be applied towards the purchase price of copies of Asset Review Files requested by those bidders. Bidders who request that copies of Asset Review Files be sent to them must also provide information so that shipping charges can be billed to them. All bidders requesting copies of Asset Review Files must do so by completing the Asset File Request Form (contained in Tab 4).

Payment for the Asset Review Files is to be made by cashier's check or certified check made payable to CPC (Corporate Printing Company Inc.) or credit card.

The Due Diligence Facility where prospective bidders may review the Asset Review Files is operated by WA and is located at:

1140 Connecticut Ave., NW - Suite 302
Washington, DC 20036
(202) 496-0965
Contact: Ray Curtis

Arrangements for on-site due diligence must be scheduled in advance through Ray Curtis of WA at (202) 496-0965.

Access to the Due Diligence Facility will be provided through May 14, 1996 between 9:00 a.m. and 6:00 p.m. EDT, Monday through Friday.

**Bidding Information Materials**

From time to time prior to May 22, 1996, FHA may supplement or amend these Bidding Materials to reflect additional and/or updated information. All supplements will be made available ONLY to qualified bidders who have previously received Bidding Materials.

## CLOSING INSTRUCTIONS

**Closing Date**

June 27, 1996. The closing of the Bonds is contingent on the closing of the Class A Trust Certificate and the closing of the Class A Trust Certificate is contingent on the closing of the Bonds.

**Closing Date Payment Notice**

Closing Date payments will be accepted during the period from 9:00 a.m. EDT through 1:00 p.m. EDT on the Closing Date. FHA must be able to confirm that the Closing Date payment was received on or before 1:00 p.m. EDT on the Closing Date. The Closing Date payment must be in the form of immediately available funds and sent in a manner designated in the Closing Date payment notice.

**Closing - Bonds**

The winning Bond bidder will take delivery of the Bonds against payment therefor on the Closing Date. The winning Bond bidder must execute and return to FHA ten (10) days prior to the Closing Date a form which: (i) identifies the name(s) and denominations (not in excess of one per class) in which the Bonds are to be registered; (ii) identifies the person designated by the winning Bond bidder to receive the Bonds; (iii) indicates the type of identification that such person will provide to FHA to confirm his/her identity; and (iv) releases FHA from any and all liability relating to the Trust's delivery of the Bonds.

**Closing - Class A Trust Certificate**

The winning Class A Trust Certificate bidder will take delivery of the Class A Trust Certificate against payment therefor on the Closing Date. The winning Class A Trust Certificate bidder must execute and return to FHA ten (10) days prior to the Closing Date a form which: (i) identifies the name in which the Class A Trust Certificate is to be registered; (ii) identifies the individual person(s) designated by the winning Class A Trust Certificate bidder and the Servicer to execute the Servicing and Trust Agreements and receive the Class A Trust Certificate; (iii) indicates the type of identification that such person(s) will provide to FHA to confirm his/her identity; and (iv) releases FHA from any and all liability relating to the Trust's delivery of the documents.

**Project Information and Servicing Files**

Upon closing, the Servicing Files and Project Information may be picked up by the winning Class A Trust Certificate bidder's designated

Servicer, on behalf of the Trust, from the Due Diligence Facility. The Due Diligence Facility is located at:

1140 Connecticut Ave., NW - Suite 302
Washington, DC 20036
(202) 496-0965

Contact: Ray Curtis - Williams, Adley & Co.

**Failure to Deliver Closing Documents**

In the event that the winning Bond bidder and/or the winning Class A Trust Certificate bidder fails to execute and deliver the applicable Transaction Documents and take delivery as described above, FHA shall retain such bidder's total deposit plus any interest earned thereon.

**Effectiveness**

The Bond Purchase Agreement and the Trust Certificate Purchase Agreement and the Servicer Letter of Representation will become effective when and if the respective offers set forth therein are accepted by FHA and FHA executes such agreements. The remaining Transaction Documents will be dated and effective as of the Closing Date. The benefits and burdens associated with the Mortgage Loans will be transferred to the Trust as provided in the Loan Sale Agreement.

TAB I

# BID FORM - INDICATIVE BOND BID

## FHA PARTIALLY ASSISTED SALE

To: John Marshall Boardroom
ANA Hotel
2401 M Street, N.W.
Washington, D.C. 20037
Attention: Rick Wolf
Hamilton Securities Advisory Services, Inc.

From: Bidder Name: ______________________

Address: ______________________

City, State, Zip: ______________________

Authorized Contact Person: ______________________

Phone: ______________________

Fax: ______________________

Wire: Agent Bank: ______________________

Tracking: Federal Reference Number: ______________________

Dollar Amount Sent: (must be at least 1% of the aggregate principal amount of the Bonds) ______________________

Indenture Trustee: ______________________

Indenture Trustee's Fee (Monthly): ______________________

Bid: Principal Amount: $509,101,500

Choose (a) or (b)

(a) The undersigned proposes to purchase the Bonds as a single class.

| Spread over One-Month LIBOR[1] | Discounted Purchase Price |
| --- | --- |
| | $501,464,977.50 |

[1] Minimum spread over one-month LIBOR is 30 basis points.

(b) The undersigned proposes to divide the Bonds into the following classes:

| Class | Principal Amount | Spread over One-Month LIBOR[1] | Discounted Purchase Price[2] |
| --- | --- | --- | --- |
| | | | |
| | $509,101,500.00 | | $501,464,977.50 |

[1] Minimum spread over one-month LIBOR is 30 basis points.

[2] Discounts, but not premiums, must be allocated such that the weighted-average discount for the Bonds as a whole is 1.5%.

The undersigned hereby offers the Indicative Bond Bid set forth herein.

This completed form constitutes the entire "Indicative Bond Bid Form."

As described herein, a bidder interested in submitting a Final Bond Bid *must* submit an Indicative Bond Bid. This completed and executed Indicative Bond Bid Form must be received, in person during the period from 9:00 a.m. EDT to 3:30 p.m. EDT on May 22, 1996.

The undersigned acknowledges that FHA may, subject to FHA's sole discretion: (i) accept or reject this bid; and (ii) waive any nonconforming aspect of the bid.

The undersigned acknowledges and agrees that if it is the winning bidder on the Bonds it will either provide an interest rate cap(s) or ceilings on interest on the Bonds, or a combination thereof, which will result in a weighted average cap of 9.0%.

The undersigned acknowledges that, while FHA has made available to bidders information available to FHA, FHA makes no representation, warranty or statement as to the completeness, accuracy, or adequacy of the information included in the Preliminary Bidding Materials, as

supplemented (the "Bidding Materials"), the Asset Review Files or any other information made available by FHA. The undersigned has undertaken, along with its advisors, to the extent the undersigned deemed necessary and appropriate, its own investigation of the Bidding Materials, the Asset Review Files, the forms of the Transaction Documents, the Mortgage Loans, the Mortgaged Properties, the Mortgagors and such other information as it deemed material to evaluate the risks associated with the purchase of the Bonds. The undersigned has not relied upon any oral or written information, statements, or representations of FHA or any of its employees, agents, representatives or contractors (or any of their respective officers, directors, employees, partners, agents, representatives or contractors). Rather, the undersigned has made its decision to purchase the Bonds based solely on (i) the review by it and its agents of the Asset Review Files and related data, (ii) its own assessment of applicable laws, policies and procedures relating to the Mortgage Loans and (iii) the specific representations and covenants to be contained in the Transaction Documents.

By submitting a bid (and assuming the bid is not withdrawn by 3:30 p.m. EDT on May 22, 1996 and subject to the revisions set forth in its Final Bond Bid within the parameters prescribed in the Bidding Materials), the undersigned is making an irrevocable offer to purchase the Bonds as identified on this Indicative Bond Bid Form. The undersigned Bond bidder acknowledges and agrees that, by its submission of a bid, it is accepting, without modification, the terms and conditions set forth in the Bidding Materials and the Transaction Documents.

Capitalized terms used herein but not defined herein shall have their respective meanings as set forth in the Bidding Materials.

The undersigned represents that it has full authority to deliver this bid and that the person executing this bid has full authority to do so on behalf of the undersigned:

________________________________________
Bidder's Name

________________________________________
Date

________________________________________
Name of Individual Signing

________________________________________
Title of Individual Signing

In the event the undersigned is not a winning bidder, the Initial Bond Deposit will be returned, without interest (and less any amounts retained by FHA pursuant to the terms of the Bidding Materials), in accordance with the following instructions. THE FAILURE TO INCLUDE THIS INFORMATION MAY RESULT IN A DELAY IN THE RETURN OF THE INITIAL BOND DEPOSIT.

Wire transfer instructions:

Bank:
Account No.:

## BID FORM - FINAL BOND BID

## FHA PARTIALLY ASSISTED SALE

To:

John Marshall Boardroom
ANA Hotel
2401 M Street, N.W.
Washington, D.C. 20037
Attention: Rick Wolf
Hamilton Securities Advisory Services, Inc.

From:

Bidder Name: ______________________

Address: ______________________

City, State, Zip: ______________________

Authorized Contact Person: ______________________

Phone: ______________________

Fax: ______________________

Indenture Trustee: ______________________

Indenture Trustee's Fee (Monthly): ______________________

Case 1:03-cv-01874-ECH Document 30-3 Filed 06/23/2004 Page 17 of 27



Bid: Principal Amount: $509,101,500

Choose (a) or (b)

(a)

| Spread over One-Month LIBOR[1] | Discounted Purchase Price | Prepayment Assumption[2] |
|---|---|---|
| | $501,464,977.50 | |

[1] Minimum spread over one-month LIBOR is 30 basis points.

[2] Expressed as a percentage of the principal amount of the Bonds expected to amortize each month.

(b) The undersigned proposes to divide the Bonds into the following classes[1]:

| Class | Principal Amount | Spread over One-Month LIBOR[2] | Maximum Rate[3] | Discounted Purchase Price[4] | Prepayment Assumption[5] |
|---|---|---|---|---|---|
| | | | | | |
| | $509,101,500.00 | | | $501,464,977.50 | |

[1] Multi-class Bond structures must be sequential pay and may provide for up to 17 number of classes. No bids containing interest-only, principal-only or accrual classes are permitted.

[2] Minimum spread over one-month LIBOR is 30 basis points.

[3] The interest rate cap or prescribed ceiling for each class, which results in a weighted average maximum rate of 9%.

[4] Discounts, but not premiums, must be allocated such that the weighted-average discount for the Bonds as a whole is 1.5%.

[5] Expressed as a percentage of the principal amount of each class of Bonds expected to amortize each month.

The undersigned hereby offers the Final Bond Bid set forth herein. This completed form constitutes the entire "Final Bond Bid Form."

This Final Bond Bid Form is submitted along with two (2) copies of the Bond Purchase Agreement included in the Preliminary Bidding Materials, as supplemented (the "Bidding Materials"), each of which is executed and completed by the undersigned and neither of which is modified from the form included in the Bidding Materials. This completed and executed Final Bond Bid Form must be received in person during the period from 9:00 a.m. EDT to 3:30 p.m. EDT on June 6, 1996. The undersigned acknowledges and agrees that, effective at 3:30 p.m. EDT on June 6, 1996, it is legally bound by the Bond Purchase Agreement.

The undersigned further acknowledges that FHA may, subject to FHA's sole discretion: (i) accept or reject this bid; and (ii) waive any nonconforming aspects of the bid. The undersigned confirms the agreements, representations and warranties made by it in the Qualification Statement previously submitted.

The undersigned acknowledges and agrees that if it is the winning bidder on the Bonds it will either provide an interest rate cap(s) or ceilings on interest on the Bonds or a combination thereof, which will result in a weighted average cap of 9.0%.

The undersigned acknowledges that, while FHA has made available to bidders information available to FHA, FHA makes no representation, warranty or statement as to the completeness, accuracy, or adequacy of the information included in the Bidding Materials, the Asset Review Files or any other information made available by FHA. The undersigned has undertaken, along with its advisors, to the extent the undersigned deemed necessary and appropriate, its own investigation of the Bidding Materials, the Asset Review Files, the terms and conditions of the Transaction Documents, the Mortgage Loans, the Mortgaged Properties, the Mortgagors and such other information as it deemed material to evaluate the risks associated with the purchase of the Bonds. The undersigned has not relied upon any oral or written information, statements, or representations of FHA or any of its employees, agents, representatives or contractors (or any of their respective officers, directors, employees, partners, agents, representatives or contractors). Rather, the undersigned has made its decision to purchase the Bonds based solely on (i) the review by it and its agents of the Asset Review Files and related data, (ii) its own assessment of applicable laws, policies and procedures relating to the Mortgage Loans and (iii) the specific representations and covenants to be contained in the Transaction Documents.

By submitting a bid (and assuming the bid is not modified by 3:30 p.m. EDT on June 6, 1996), the undersigned is making an irrevocable offer to purchase the Bonds as identified on this Final Bond Bid Form. The undersigned Bond bidder acknowledges and agrees that, by its submission of this bid, it is accepting, without modification, the terms and conditions set forth in the Bidding Materials and the Transaction Documents.

Capitalized terms used herein but not defined herein shall have their respective meanings as set forth in the Bidding Materials.

INDEX 1



The undersigned represents that it has full authority to deliver this bid and that the person executing this bid has full authority to so on behalf of the undersigned:

Bidder's Name

Date

Name of Individual Signing

Title of Individual Signing

In the event the undersigned is not a winning bidder, the Initial Bond Deposit will be returned, without interest (and less any amounts retained by FHA pursuant to the terms of the Bidding Materials), in accordance with the following instructions. THE FAILURE TO INCLUDE THIS INFORMATION MAY RESULT IN A DELAY IN THE RETURN OF THE INITIAL BOND DEPOSIT.

Wire transfer instructions:

Bank:
Account No.:

# BID FORM - CLASS A TRUST CERTIFICATE

## FHA PARTIALLY ASSISTED SALE

To: John Marshall Boardroom
ANA Hotel
2401 M Street, N.W.
Washington, D.C. 20037
Attention: Rick Wolf
Hamilton Securities Advisory Services, Inc.

From: Bidder Name: ______________________________

Address: ______________________________

City, State, Zip: ______________________________

Authorized Contact Person: ______________________________

Phone: ______________________________

Fax: ______________________________

Wire: Agent Bank: ______________________________

Tracking: Federal Reference Number: ______________________________

Dollar Amount Sent: ______________________________
(must be at least $2,000,000)

Bid: Percentage Beneficial Ownership Interest
(Choose One): 50% ___ 60% ___ 70% ___

$ Bid Price: ______________________________

Servicer: ______________________________

Owner Trustee: ______________________________

Owner Trustee's Fee (Monthly): ______________________________

The undersigned hereby makes the Class A Trust Certificate bid set forth herein and agrees to be bound by the Transaction Documents as Class A Trust Certificateholder. This completed form constitutes the entire "Class A Trust Certificate Bid Form."

This Class A Trust Certificate Bid Form is submitted along with (i) two (2) copies of the Trust Certificate Purchase Agreement and (ii) two (2) copies of the Servicer Letter of Representation for the prospective Servicer proposed to be used by the bidder, both as included in the Preliminary Bidding Materials, as supplemented (the "Bidding Materials"), each of which is executed and completed by the undersigned and the prospective Servicer, respectively, and none of which is modified from the form included in the Bidding Materials.

This completed and executed Class A Trust Certificate Bid Form must be received in person during the period from 9:00 a.m. EDT to 3:30 p.m. EDT on May 28, 1996. The undersigned acknowledges and agrees that, effective at 3:30 p.m. EDT on May 28, 1996, it is legally bound by the Trust Certificate Purchase Agreement.

The undersigned further acknowledges that FHA may, subject to FHA's sole discretion: (i) accept or reject this bid; and (ii) waive any nonconforming aspect of the bid. The undersigned hereby confirms the agreements, representations and warranties set forth in the Qualification Statement submitted prior hereto.

The undersigned acknowledges that, while FHA has made available to bidders information available to FHA, FHA makes no representation, warranty or statement as to the completeness, accuracy, or adequacy of the information included in the Bidding Materials, the Asset Review Files or any other information made available by FHA. The undersigned has undertaken, along with its advisors, to the extent the undersigned deemed necessary and appropriate, its own investigation of the Bidding Materials, the Asset Review Files, the terms and conditions of the Transaction Documents, the Mortgage Loans, the Mortgaged Properties, the Mortgagors and such other information as it deemed material to evaluate the risks associated with the purchase of the Class A Trust Certificate. The undersigned has not relied upon any oral or written information, statements, or representations of FHA or any of its employees, agents, representatives or contractors (or any of their respective officers, directors, employees, partners, agents, representatives or contractors). Rather, the undersigned has made its decision to purchase the Class A Trust Certificate based solely on (i) the review by it and its agents of the Asset Review Files and related data, (ii) its own assessment of applicable laws, policies and procedures relating to the Mortgage Loans and (iii) the specific representations and covenants to be contained in the Transaction Documents.

By submitting a bid (and assuming the bid is not withdrawn or modified by 3:30 p.m. EDT on May 28, 1996), the undersigned is making an irrevocable offer to purchase the Class A Trust Certificate as identified on this Class A Trust Certificate Bid Form. The undersigned Class A Trust Certificate bidder, for itself and the prospective Servicer, acknowledges and agrees that, by its submission of a bid, it is accepting, without modification, the terms and conditions set forth in the Bidding Materials and the Transaction Documents, including the Servicing Agreement. The undersigned Class A Trust Certificate bidder acknowledges and agrees that if it is the winning bidder, in addition to its equity purchase, it will be obligated to contribute to the Trust an amount equal to the difference between the initial aggregate principal of the Bonds and the discounted price paid for the Bonds.

Capitalized terms used herein but not defined herein shall have their respective meanings as set forth in the Bidding Materials.

The undersigned represents that it has full authority to deliver this Bid and that the person executing this Bid has full authority to so on behalf of the undersigned:

_______________________________________________
Bidder's Name

_______________________________________________
Date

_______________________________________________
Name of Individual Signing

_______________________________________________
Title of Individual Signing

In the event the undersigned is not a winning bidder, the Initial Trust Certificate Deposit will be returned, without interest (but subject to the right of FHA to retain such Deposit pursuant to the terms of the Bidding Materials), in accordance with the following instructions. THE FAILURE TO INCLUDE THIS INFORMATION MAY RESULT IN A DELAY IN THE RETURN OF THE INITIAL TRUST CERTIFICATE DEPOSIT.

Wire transfer instructions:

Bank:
Account No.:

TAB II

# MORTGAGE LOAN SCHEDULE
# AND
# PORTFOLIO ANALYSIS

THIS INFORMATION REGARDING THE MORTGAGE LOANS IS BEING FURNISHED FOR THE CONVENIENCE OF BIDDERS. THIS INFORMATION DOES NOT PURPORT TO BE ALL INCLUSIVE OR TO CONTAIN ALL OF THE INFORMATION A BIDDER SHOULD CONSIDER IN EVALUATING A PURCHASE OF THE BONDS OR CLASS A TRUST CERTIFICATE. NO REPRESENTATION OR WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY OR COMPLETENESS OF ANY OF THE INFORMATION CONTAINED IN THESE MATERIALS IS MADE BY FHA OR ANY OF ITS CONTRACTORS, REPRESENTATIVES OR AGENTS, OR ANY OFFICER, DIRECTOR, EMPLOYER, AGENT OR REPRESENTATIVE OF ANY OF THEM. THIS INFORMATION SHALL NOT BE RELIED UPON AS A PROMISE OR REPRESENTATION, WHETHER AS TO THE PAST, PRESENT OR FUTURE. BIDDERS SHOULD CONDUCT THEIR OWN INDEPENDENT INVESTIGATION AND ANALYSIS OF THE MORTGAGE LOANS, INCLUDING WITHOUT LIMITATION THE INFORMATION CONTAINED OR REFERRED TO HEREIN, AND SHOULD CONSULT WITH THEIR OWN ADVISORS REGARDING PURCHASE OF THE BONDS OR CLASS A TRUST CERTIFICATES. THESE MATERIALS HAVE BEEN COMPILED AS OF THE DATE OF THE PRELIMINARY BIDDING MATERIALS AND MAY CHANGE.

This section summarizes the characteristics of the Mortgage Loans based on certain attributes and includes a preliminary Mortgage Loan Schedule.

| Section | Attributes |
|---|---|
| A. I. | Mortgage Loan Schedule |
| B. I. | Unpaid Principal Balance |
| II. | Percentage of Units Receiving Section 8 Payments |
| III. | States |
| IV. | Property Specific Information |
| V. | Interest Rate Range |
| VI. | Maturity Dates |

TAB III

FITCH
ESTABLISHED 1913

Fitch Investors Service, L.P.
One State Street Plaza
New York, NY 10004
(212) 908-0500

May 9, 1996

Helen Dunlap
Deputy Assistant Secretary for Operations
U.S. Department of Housing and Urban Development
451 7th Street SW, Room 9138
Washington, DC 20410

Dolores Ammons-Barnett
Contracting Officer
Program Support Division
Office of Procurement and Contracts
U.S. Department of Housing and Urban Development
451 7th Street SW, Room 5256
Washington, DC 20410

re: FHA Partially Assisted Loan Sale
(Contract #DU100C000018445)

Dear Ms. Dunlap and Ms.Ammons-Barnett:

The results of our review of the above referenced FHA portfolio, based solely on the information provided to us, preliminarily indicate that the following debt levels would apply to the respective rating levels, differentiated by Fitch's rating of the transaction's Special Servicer, as follows:

| | **Superior Servicer/Equity Combination** | | **Above Average Servicer/Equity Combination** | | **Acceptable Tranching of Above Average Servicer/Equity Combination** | |
|---|---|---|---|---|---|---|
| | Subordination to Current Pool Balance | Debt Level | Subordination to Current Pool Balance | Debt Level | Subordination to Current Pool Balance | Debt Level |
| AAA | 80.9% | $169,105,000 | 81.9% | $159,805,500 | 81.9% | $159,805,500 |
| AA+ | 78.1% | $24,798,000 | 78.9% | $26,207,000 | | |
| AA | 74.1% | $34,718,000 | 74.6% | $38,602,500 | 74.6% | $64,809,500 |
| AA- | 71.5% | $23,145,000 | 72.2% | $21,446,000 | | |
| A+ | 68.2% | $28,931,000 | 69.2% | $26,499,000 | | |
| A | 64.0% | $37,198,000 | 65.4% | $33,588,500 | 66.9% | $67,885,000 |
| A- | 62.3% | $14,879,000 | 63.8% | $13,726,000 | | |
| BBB+ | 60.5% | $16,445,000 | 62.1% | $15,113,500 | | |
| BBB | 58.4% | $18,273,000 | 60.2% | $16,723,000 | | |
| BBB- | 56.6% | $16,147,500 | 58.3% | $16,468,000 | 59.5% | $65,000,000 |
| BB+ | 53.3% | $29,276,000 | 55.0% | $29,297,500 | | |
| BB | 51.0% | $20,133,500 | 52.7% | $20,832,000 | | |
| BB- | 48.5% | $22,310,000 | 50.6% | $18,252,000 | 50.6% | $79,060,500 |
| B+ | 45.7% | $24,860,000 | 48.3% | $20,073,000 | | |
| B | 42.5% | $27,873,000 | 45.8% | $22,191,500 | | |
| B- | 39.9% | $23,227,000 | 42.4% | $30,276,500 | 42.4% | $72,541,000 |
| | | $531,319,000 | | $509,101,500 | | $509,101,500 |

Current Pool Balance: $883,617,608

May 9, 1996

| | | |
|---|---|---|
| Liquidity Reserve Account: | | $36,070,000 |
| Legal Reserve | $12,371,000 | |
| Deferred Maintenance Reserve | $ 6,627,000 | |
| Environmental Reserve | $ 3,200,000 | |
| Additional Asset Reserve | $ 6,802,000 | |
| Total Asset Expenditure Account: | | $29,000,000 |
| Total Reserves | | $65,070,000 |

This preliminary indication is subject to the following conditions:

1. The portfolio consists of property and loan characteristics as described on attachment Exhibit A.
2. Except for assets #40175 and #40190, all loans are fixed rate and fully amortizing loans and none are "cash-flow mortgages".
3. The terms and conditions of the following Multifamily Mortgage Trust 1996-1 transaction documents *(subject to satisfactory incorporation of Fitch's outstanding comments not currently reflected in these documents)*: Indenture (draft dated 5/3/96), Loan Sale Agreement (draft dated 5/3/96), Servicing Agreement (draft dated 5/3/96), and Preliminary Private Placement Memorandum (dated March 15, 1996).
4. All Provisional Workout Agreements contain language requiring the Borrower to remit the greater of (i) a fixed percentage of the current property debt service, which percentage increases periodically, and (ii) the actual property cash flow.
5. The largest borrower concentration is limited to 8.9% of the unpaid principal balance and the largest property manager concentration is limited to 11.9% of the unpaid principal balance.
6. Receipt of acceptable legal opinions.
7. The maximum permitted bond interest rate shall be cumlative at 9.0%, such that the weighted average interest rate for the entire transaction shall not exceed 9.0%
8. Acceptable financial structuring of any basis risk. An example would be the purchase or structuring of an available funds cap if floating rate certificates are issued.
9. Special Servicer to the transaction is to hold an equity interest of not less than 10% of the total imputed equity or otherwise be subject to incentive compensation tied to repayment of the bonds, and must be rated as "Above Average" or "Superior" by Fitch. Total debt proceeds available is dependent upon Special Servicer rating.
10. Notwithstanding the above specified rating levels, the maximum amount of debt permitted on the portfolio shall not exceed 90% of the "grossed up" purchase price.

Thank you for your interest in a Fitch rating. If we can be of any further assistance, please contact either Rob Baker at (212) 908-0578, Teresa Esquivel at (212) 908-0553, or myself at (212) 908-0532.

Sincerely,

Ron J. Wechsler /te

Ron J. Wechsler
Executive Vice President
Commercial Mortgage Ratings

cc: Grace Huebscher, The Hamilton Securities Group, Inc.
Dean Britton, BlackRock Financial Management, Inc.
Teresa F. Esquivel
Rob Baker