Exhibit A

| Asset ID | Project Name | HUD/FHA Case Number | Loan Type | General Partner | Property State | Lien Priority | Estate | Current Mthly Debt Service | Current Rate | No Units | Sec 8 # Units | Net Cash Flow | Unpd Princ Bal | FHA 1995 Fiscal Year Collections |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40000 | AVALON APARTMENTS | 000-35235 | 01 | NATIONAL CORP for HOUSING PTR | MD | 1 | Fee | $48,024 | 7 50 | 272 | 55 | ($21,096) | $6,981,554 | ($189,141) |
| 40002 | BILLINGS FORGE | 017-35113 | 01 | GIRISH CHOKSHI | CT | 1 | Leasehold | $25,544 | 7 50 | 99 | 49 | $202,382 | $3,592,555 | $17,630 |
| 40003 | CLEMENS PLACE (INTOWN WEST) | 017-35131 | 01 | INTOWN DEV CORP & NATL | CT | 1 | Leasehold | $162,029 | 7 50 | 583 | 173 | $461,345 | $23,323,102 | ($1,339,853) |
| 40004 | BREWERY SQUARE | 017-35187 | 01 | CAMBRIDGE DEV'MT CORP | CT | 1 | Fee | $28,232 | 7 50 | 104 | 38 | $214,274 | $4,085,852 | ($181,416) |
| 40008 | PINETREE VILLAGE | 033-35096 | 01 | SECURITY PROPERTIES '81 | PA | 1 | Fee | $17,165 | 7 50 | 128 | 28 | $241,093 | $2,381,540 | ($218,371) |
| 40009 | BELMONT HEIGHTS APARTMENTS | 033-35157 | 01 | PAUL CAIN AND P NAVARRO | PA | 1 | Leasehold | $29,431 | 10 00 | 220 | 81 | $272,175 | $3,415,168 | ($187,921) |
| 40013 | WESTMINSTER PARK APARTMENTS | 044-35086 | 01 | JACK FRIEDMAN | MI | 1 | Fee | $29,172 | 8 50 | 257 | 40 | $382,671 | $3,025,864 | ($365,434) |
| 40015 | TURTLE CREEK APTS | 044-35478 | 01 | SECURITY PROPERTIES'79 II | MI | 1 | Fee | $27,056 | 7 50 | 125 | 50 | $342,215 | $3,702,743 | ($340,560) |
| 40016 | TROLLEY PLAZA APARTMENTS | 044-35480 | 06 | FOREST CITY, RES DEV | MI | 1 | Leasehold | $111,769 | 7 50 | 351 | 71 | $770,105 | $14,717,514 | ($893,287) |
| 40017 | OAKHILL APARTMENTS | 047-35115 | 01 | PM EQUITIES, INC | MI | 1 | Fee | $10,091 | 7 50 | 60 | 35 | $158,908 | $1,472,377 | ($140,380) |
| 40018 | WINDSCAPE APARTMENTS | 047-35133 | 01 | TEKLIN CORPORATION | MI | 1 | Fee | $31,261 | 7 50 | 156 | 47 | $399,008 | $4,515,960 | ($511,691) |
| 40019 | EDGEWOOD GLEN APTS | 047-35151 | 01 | WILLIAM S ANTISDALE | MI | 1 | Fee | $9,697 | 7 50 | 50 | 20 | $399,008 | $1,407,961 | ($100,409) |
| 40020 | OAKHILL APARTMENTS II | 047-35157 | 01 | PM EQUITIES, INC | MI | 1 | Fee | $21,564 | 7 50 | 176 | 35 | $259,488 | $3,182,053 | ($286,134) |
| 40022 | BOULDER CREEK APTS | 048-35047 | 01 | P M ONE ASSOCIATES | MI | 1 | NAV | $19,450 | 7 50 | 180 | 40 | $316,311 | $2,793,797 | ($247,430) |
| 40026 | CREEKSIDE APARTMENTS | 053-35033 | 01 | JOSEPH A BARRINGER | NC | 1 | Fee | $5,163 | 7 00 | 72 | 14 | NAV | $633,160 | ($217,346) |
| 40027 | TARHEEL MANOR APARTMENTS | 053-35195 | 01 | J&B MANAGEMENT CORP | NC | 1 | Fee | $29,795 | 8 00 | 192 | 26 | $235,489 | $4,017,708 | ($377,831) |
| 40028 | CENTURY OAKS APTS | 053-35252 | 01 | ERIC C MICHAUX | NC | 1 | Fee | $39,058 | 7 50 | 184 | 13 | $445,838 | $5,775,457 | ($394,941) |
| 40029 | VINEYARD CROSSING APTS | 053-35298 | 01 | B M RODIN & J LUCIANI | NC | 1 | Fee | $34,378 | 7 50 | 192 | 74 | $174,504 | $4,941,613 | ($298,221) |
| 40030 | REDDMAN'S PIER | 053-35314 | 01 | OXFORD EQUITIES CORP | NC | 1 | Fee | $34,832 | 7 50 | 162 | 33 | $421,002 | $5,153,166 | ($489,996) |
| 40031 | SPRINGHOUSE AT NORTH POINT | 053-35381 | 01 | OXFORD EQUITIES CORP | NC | 1 | Fee | $57,592 | 7 50 | 249 | 50 | $748,434 | $8,120,581 | ($692,106) |
| 40032 | FOREST HILLS APARTMENTS | 053-35389 | 01 | PHOENIX DEVE ASSOC, INC | NC | 1 | Fee | $26,039 | 7 50 | 136 | 28 | $307,424 | $3,745,470 | ($311,253) |
| 40033 | TREETOPS APTS | 053-35407 | 01 | JOHN LUCIANI | NC | 1 | Fee | $21,852 | 7 50 | 102 | 22 | $85,710 | $3,193,127 | ($198,099) |
| 40035 | MEADOWBROOK APTS | 053-35473 | 01 | PHOENIX DEVELOPMENT ASSOC | NC | 1 | Fee | $31,653 | 9 45 | 152 | 30 | $293,851 | $3,859,425 | ($404,164) |
| 40036 | WILLOW CREEK APTS | 053-35489 | 01 | M B CORP GP | NC | 1 | Fee | $58,786 | 10 50 | 200 | 40 | $526,568 | $6,570,427 | ($682,675) |
| 40037 | CINNAMON RIDGE APTS | 053-35492 | 01 | CINNAMON GENERAL CORP | NC | 1 | Fee | $31,031 | 10 50 | 120 | 24 | $310,204 | $3,475,407 | ($296,224) |
| 40038 | LAKEWOOD APTS | 053-35493 | 01 | FREDERICK INVESTMENTS CO | NC | 1 | Fee | $43,144 | 10 50 | 160 | 32 | $394,366 | $4,824,006 | ($518,074) |
| 40040 | THE BLUFFS | 054-35423 | 01 | EVERETT A KNIGHT | SC | 1 | Fee | $28,662 | 7 50 | 144 | 20 | $363,093 | $4,251,032 | ($421,150) |
| 40041 | RIVERWIND AT ST ANDREWS | 054-35503 | 01 | OXFORD EQUITIES CORP | SC | 1 | Fee | $34,725 | 7 50 | 160 | 32 | $396,413 | $5,200,000 | ($455,494) |
| 40043 | SUNFLOWER EAST APTS | 059-35143 | 01 | JERE J RUFF | TX | 1 | Fee | $10,363 | 7 50 | 86 | 30 | $103,079 | $1,488,372 | ($114,431) |
| 40044 | PARK WEST APTS | 059-35153 | 01 | EUGENE R SANDERS | LA | 1 | Fee | $19,965 | 7 50 | 184 | 63 | ($32,223) | $2,739,931 | ($80,895) |
| 40045 | CEDAR CREEK VILLAGE APTS | 059-35219 | 01 | MICHELSON ASSET MGMT | LA | 1 | Fee | $39,032 | 10 00 | 160 | 25 | $400,242 | $4,584,215 | ($406,987) |
| 40046 | SHALLOWFORD OAKS APTS | 061-35270 | 01 | JOEL L ALTMAN | GA | 1 | Fee | $41,371 | 7 50 | 204 | 41 | $519,177 | $5,843,124 | ($369,800) |
| 40047 | AMBERS APARTMENTS | 061-35292 | 01 | THE OMEGA GROUP INC | GA | 1 | Fee | $20,357 | 7 50 | 100 | 20 | $252,641 | $2,950,066 | ($214,771) |
| 40048 | WESTBURY PARK APTS | 061-35299 | 01 | JOHN LUCIANI/B RODIN | GA | 1 | Fee | $24,970 | 7 50 | 128 | 26 | $293 | $3,632,290 | $0 |
| 40049 | PARKWAY PLAZA | 061-35320 | 01 | ERROL A RHODEN | GA | 1 | Fee | $62,349 | 7 50 | 257 | 77 | $479,350 | $9,058,356 | ($581,915) |
| 40050 | RIVERVIEW LODGE APTS | 062-35107 | 01 | PARTNERSHIP MANAGEMENT | AL | 1 | Fee | $8,938 | 7 50 | 88 | 25 | $67,339 | $1,248,219 | ($43,686) |
| 40051 | DOVER GLEN | 062-35231 | 01 | PMG, INC | AL | 1 | Fee | $15,176 | 7 50 | 100 | 20 | $107,810 | $2,173,406 | ($65,556) |
| 40053 | FOREST PARK APARTMENTS | 062-35322 | 01 | PARTNERSHIP MANAGEMENT | AL | 1 | Fee | $17,477 | 7 50 | 120 | 26 | $183,217 | $2,531,012 | ($189,549) |
| 40054 | HICKORY HILLS APTS | 062-35329 | 01 | SOUTHERN HOUSING PARTNERS | AL | 1 | Fee | $38,931 | 7 50 | 250 | 25 | $414,396 | $5,793,518 | ($481,824) |
| 40055 | AUTUMN CHASE APARTMENTS | 062-35353 | 01 | BILL KING | AL | 1 | Fee | $22,435 | 7 50 | 120 | 24 | $262,482 | $3,073,456 | ($283,388) |
| 40057 | SPANISH LAKE APTS | 064-35088 | 01 | SPANISH LAKE, L L C | LA | 1 | Fee | $8,449 | 7 00 | 104 | 21 | $149,227 | $1,198,346 | ($343,875) |
| 40059 | MIMOSA PLACE | 064-35123 | 01 | WILLIAM THOMAS | LA | 1 | Fee | $8,191 | 7 00 | 100 | 40 | $83,735 | $1,144,549 | ($16,455) |
| 40060 | FRENCHMAN'S WHARF I | 064-35179 | 01 | CAPITAL DEVELOPMENTS, INC | LA | 1 | Fee | $44,542 | 7 50 | 320 | 31 | ($40,402) | $6,499,180 | ($346,847) |
| 40061 | FRENCHMAN'S WHARF II | 064-35192 | 01 | CAPITAL DEVELOPMENTS, INC | LA | 1 | Fee | $53,554 | 7 50 | 324 | 31 | $103,204 | $7,923,103 | ($435,230) |
| 40062 | FELICIANA APARTMENTS | 064-35227 | 01 | RONALD L BRIGNAC | LA | 1 | Fee | $52,983 | 7 50 | 312 | 62 | $623,341 | $7,890,078 | ($543,990) |
| 40063 | ALOUETTE APTS | 064-35247 | 01 | RONALD L BRIGNAC | LA | 1 | Fee | $56,869 | 10 00 | 240 | 48 | $675,541 | $6,639,667 | ($554,809) |
| 40064 | TARA APARTMENTS | 065-35281 | 01 | BRUCE KIRKLAND | MS | 1 | Fee | $17,578 | 9 75 | 89 | 18 | $193,641 | $2,101,996 | ($225,944) |
| 40065 | SABAL PALMS VILLAS | 066-11013 | 01 | STRONG PROPERTIES, INC | FL | 1 | Fee | $62,636 | 9 50 | 512 | 204 | $621,378 | $7,133,130 | ($739,268) |
| 40067 | PEMBROOKE VILLAS APTS | 067-35195 | 01 | HOWARD DOUGLAS | FL | 1 | Fee | $18,492 | 7 50 | 100 | 20 | $171,620 | $2,704,602 | ($168,096) |
| 40068 | PALISADES APARTMENTS | 067-35199 | 01 | SECURITY PROPERTIES '80 | FL | 1 | Fee | $24,850 | 7 50 | 133 | 40 | $258,798 | $3,586,811 | ($184,096) |
| 40069 | VILLA CAPRI APTS | 067-35254 | 01 | OXFORD EQUITIES CORP | FL | 1 | Fee | $40,406 | 7 50 | 180 | 36 | $484,251 | $6,034,858 | ($496,420) |
| 40070 | CEDAR TRACE APTS | 067-35261 | 01 | OXFORD EQUITIES CORP | FL | 1 | Fee | $38,444 | 7 50 | 176 | 36 | $305,818 | $5,771,338 | ($289,307) |
| 40071 | ARMENIA GARDENS APTS | 067-35277 | 01 | DANNY R MELTON | FL | 1 | Fee | $29,130 | 10 25 | 132 | 51 | $378,567 | $3,332,197 | ($375,024) |
| 40072 | DEL PRADO | 071-32077 | 01 | NAP | IL | 1 | Fee | $30,208 | 7 50 | 196 | 78 | $229,179 | $4,380,566 | ($502,676) |
| 40073 | PENSACOLA PLACE | 071-32087 | 01 | NAP | IL | 1 | Fee | $195,960 | 7 50 | 264 | 53 | $1,383,783 | $29,607,121 | ($1,290,317) |

Exhibit A

| Asset ID | Project Name | HUD/FHA Case Number | Loan Type | General Partner | Property State | Lien Priority | Estate | Current Mthly Debt Service | Current Rate | No Units | Sec 8 # Units | Net Cash Flow | Unpd Princ Bal | FHA 1995 Fiscal Year Collections |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40074 | THE PARK LA SALLE | 071-32099 | 01 | NAP | IL | 1 | Fee | $52,346 | 7.50 | 148 | 30 | $559,463 | $7,491,860 | [illegible] |
| 40075 | 2 EAST 8TH STREET APTS | 071-32112 | 01 | NAP | IL | 1 | Fee | $151,040 | 7.50 | 330 | 66 | $1,210,413 | $22,683,938 | [illegible] |
| 40076 | 100 W CHESTNUT | 071-32117 | 01 | NAP | IL | 1 | Fee | $138,248 | 7.50 | 280 | 84 | $1,479,770 | $20,266,785 | [illegible] |
| 40077 | 1212 SOUTH MICHIGAN AVE APTS | 071-35356 | 01 | NAP | IL | 1 | Fee | $115,370 | 7.50 | 344 | 69 | $925,316 | $17,261,626 | [illegible] |
| 40078 | MORNINGSIDE ON THE GREEN | 071-35443 | 01 | NAP | IL | 1 | Fee | $64,484 | 7.50 | 174 | 35 | $700,940 | $9,672,656 | ($633,460) |
| 40079 | WOODLAND CREEK LUXURY RNT APTS | 071-35484 | 01 | NAP | IL | 1 | Fee | $190,474 | 7.50 | 400 | 80 | $1,780,724 | $28,930,733 | [illegible] |
| 40080 | PEBBLE POINT | 073-35273 | 01 | OXFORD EQUITIES CORP | IN | 1 | Fee | $43,278 | 7.50 | 220 | 45 | $501,442 | $5,981,505 | ($550,842) |
| 40081 | WOODBROOK APTS , PHASE I | 073-35327 | 01 | CHARLES HARVEY | IN | 1 | Fee | $36,587 | 7.50 | 198 | 40 | $407,771 | $5,423,678 | ($460,866) |
| 40082 | UNIVERSITY PARK APTS | 073-35328 | 01 | EUGENE B GLICK | IN | 1 | Fee | $0 | 0.00 | 164 | 32 | $240,940 | $4,885,279 | ($289,948) |
| 40083 | WOODBRIDGE APTS FT WAYNE | 073-35330 | 01 | EUGENE B GLICK, ET AL | IN | 1 | Fee | $30,053 | 7.50 | 150 | 30 | $291,617 | $4,278,635 | ($254,374) |
| 40084 | ABINGTON APARTMENTS | 073-35334 | 01 | OAMCO III,L,L,C. | IN | 1 | NAV | $22,293 | 7.50 | 108 | 22 | $181,012 | $3,264,330 | ($224,687) |
| 40085 | WILLIAMSBURG ON THE LAKE | 073-35336 | 01 | EUGENE B GLICK | IN | 1 | Fee | $38,935 | 7.50 | 150 | 30 | $366,609 | $5,391,726 | ($494,340) |
| 40086 | WILLIAMSBURG-ON-THE-LAKE | 073-35348 | 01 | JAMES W BEATTY | IN | 1 | Fee | $42,715 | 7.50 | 200 | 40 | $293,358 | $6,209,802 | ($380,893) |
| 40087 | WOODS EDGE APARTMENTS | 073-35359 | 01 | OXFORD EQUITIES CORP. | IN | 1 | Fee | $39,224 | 7.50 | 190 | 38 | $455,818 | $5,483,687 | ($540,916) |
| 40088 | BENCHMARK APARTMENTS | 073-35363 | 01 | GULL-AGE REALTY ADVISORS, | IN | 1 | Fee | $47,991 | 7.50 | 248 | 74 | $590,807 | $6,985,463 | ($511,769) |
| 40089 | THE WOODS OF CASTLETON | 073-35402 | 01 | EUGENE B GLICK | IN | 1 | Fee | $64,716 | 9.75 | 260 | 52 | $650,945 | $7,628,428 | ($593,164) |
| 40091 | DEL RIO APARTMENTS | 075-35305 | 01 | GROOTEMAAT INVESTMENT MGM | WI | 1 | Fee | $38,680 | 9.75 | 112 | 25 | $411,955 | $4,482,550 | ($490,241) |
| 40092 | HUNTINGTON PLACE | 082-35066 | 01 | ASSOCIATED HOUSING DEV | AR | 1 | Fee | $17,932 | 7.50 | 184 | 73 | $215,680 | $2,415,440 | ($197,067) |
| 40094 | KING COURT APTS . | 082-35195 | 01 | RENWOOD OF ARKANSAS INC | AR | 1 | Fee | $15,416 | 7.50 | 100 | 20 | $121,366 | $2,287,156 | ($115,291) |
| 40095 | WOODBRIDGE APARTMENTS | 083-35334 | 01 | EUGENE B GLICK | KY | 1 | Fee | $41,737 | 7.50 | 170 | 48 | $424,826 | $6,097,316 | ($487,306) |
| 40096 | HILLSIDE PARK APARTMENTS | 084-35223 | 01 | MR JOHN LUCIANI | MO | 1 | Fee | $28,811 | 9.75 | 128 | 16 | $193,904 | $3,149,887 | ($242,956) |
| 40097 | DUNLEITH TOWERS | 084-35235 | 01 | ALAN L ATTERBURY | MO | 1 | Fee | $54,095 | 7.50 | 213 | 50 | $450,265 | $7,994,858 | [illegible] |
| 40099 | SENATE SQUARE | 085-35292 | 01 | COMMUNITY TITLE COMPANY | MO | 1 | Fee | $20,488 | 7.50 | 100 | 25 | ($80,426) | $2,965,072 | [illegible] |
| 40100 | CAROLINE APARTMENTS | 085-35310 | 08 | NATIONAL CORP for HOUSING PTR | MO | 1 | Fee | $22,958 | 9.50 | 112 | 33 | $125,526 | $2,578,700 | [illegible] |
| 40101 | PERSHING WATERMAN V | 085-35324 | 08 | NATIONAL CORP for HOUSING PTR | MO | 1 | Fee | $71,673 | 7.50 | 219 | 66 | $190,742 | $10,533,883 | ($471,926) |
| 40102 | FOREST WOOD APTS. | 085-35332 | 01 | PROFESSIONAL REALTY ASSOC | MO | 1 | Fee | $79,190 | 7.50 | 260 | 52 | $954,621 | $11,147,066 | [illegible] |
| 40103 | O'FALLON PLACE APTS II | 085-35334 | 08 | MCCORMACK BARON & ASSOC. | MO | 1 | Fee | $46,565 | 7.50 | 200 | 97 | $397,903 | $6,578,452 | [illegible] |
| 40104 | COLUMBUS SQUARE PHASE II | 085-35337 | 08 | NATIONAL CORP for HOUSING PTR | MO | 1 | Fee | $47,284 | 9.75 | 217 | 55 | $292,436 | $5,162,679 | [illegible] |
| 40105 | SAVOY COURT APTS | 085-35353 | 08 | NATIONAL CORP for HOUSING PTR | MO | 1 | Fee | $16,839 | 8.59 | 53 | 21 | $43,669 | $2,199,318 | ($21,442) |
| 40106 | BOCA MANOR APTS | 085-35372 | 08 | WILLIAM A THOMAS | MO | 1 | Fee | $6,181 | 10.00 | 31 | 6 | $36,563 | $707,000 | ($18,597) |
| 40108 | HISTORIC SQ ST LOUIS II | 085-35402 | 08 | JEFFREY L HICKS & HISTOR | MO | 1 | Fee | $4,873 | 8.13 | 19 | 5 | $21,189 | $640,861 | ($1,402) |
| 40109 | THE LANDINGS | 087-35132 | 01 | PHILLIP A SLOANE | TN | 1 | Fee | $28,619 | 7.50 | 132 | 26 | $255,098 | $4,280,069 | ($349,423) |
| 40111 | PARKWAY CENTER APTS | 101-32002 | 01 | FIRST WINTHROP CORP | CO | 1 | Fee | $74,790 | 7.50 | 206 | 15 | $844,674 | $11,135,000 | ($1,171,882) |
| 40112 | BOULEVARD PLAZA APTS | 101-32005 | 01 | FIRST WINTHROP CORP | CO | 1 | Fee | $523,753 | 7.50 | 844 | 172 | $4,249,677 | $78,668,662 | ($3,279,561) |
| 40115 | WOODRIDGE II APARTMENTS | 101-35283 | 01 | LINCOLN PROPERTY CO | CO | 1 | Fee | $23,265 | 7.50 | 116 | 23 | $360,994 | $3,386,456 | ($268,691) |
| 40116 | WOODRIDGE III APARTMENTS | 101-35301 | 01 | LINCOLN PROPERTY CO | CO | 1 | Fee | $54,024 | 7.50 | 256 | 51 | $695,308 | $7,892,268 | ($484,806) |
| 40117 | WESTLINK VILLAGE | 102-35163 | 01 | MICHELSON ASSET MGMT, INC | KS | 1 | Fee | $53,035 | 9.75 | 240 | 30 | $594,594 | $6,352,015 | ($709,160) |
| 40118 | ELMWOOD GARDENS | 112-35285 | 01 | MERRICK HOUSING MGMT INC | TX | 1 | Fee | $29,263 | 7.50 | 160 | 32 | $352,136 | $4,115,669 | ($236,443) |
| 40119 | IRVING OAKS | 112-35286 | 01 | DELMA LAWLER | TX | 1 | Fee | $18,551 | 7.50 | 113 | 46 | $236,410 | $2,706,831 | ($271,746) |
| 40120 | GARLAND TRAILS APTS | 112-35298 | 01 | M H HALFF | TX | 1 | Fee | $36,808 | 7.50 | 184 | 39 | $449,991 | $5,439,968 | ($444,519) |
| 40121 | PARKWAY VILLAS | 112-35304 | 01 | WFS REALTY SAUGUS CO INC | TX | 1 | Fee | $41,005 | 9.75 | 200 | 78 | $317,188 | $4,898,615 | ($238,059) |
| 40123 | STONEYBROOK APARTMENTS | 112-35322 | 01 | VERNON S SMITH, JR | TX | 1 | Fee | $50,985 | 7.50 | 220 | 44 | $103,570 | $7,388,467 | ($891,952) |
| 40124 | MEADOWS APARTMENTS | 112-35324 | 01 | ROBERT F SPIES | TX | 1 | Fee | $25,332 | 7.50 | 120 | 44 | $280,354 | $3,825,581 | $130,183 |
| 40125 | NORTHTOWN VILLAGE | 112-35328 | 01 | L W (L WAYNE) DOLLAR | TX | 1 | Fee | $21,900 | 7.50 | 122 | 25 | NAV | $3,248,577 | ($219,243) |
| 40126 | BENT TREE APARTMENTS | 112-35340 | 01 | J DONALD GUINN | TX | 1 | Fee | $22,397 | 7.50 | 120 | 24 | $266,488 | $3,347,620 | ($200,278) |
| 40127 | MEADOWBROOK GARDEN APT | 113-35070 | 01 | JAMES H MOORE III | TX | 1 | Fee | $22,899 | 7.50 | 122 | 37 | $161,549 | $3,356,927 | [illegible] |
| 40128 | CAMPUS COLONY APTS | 114-11082 | 01 | NAP | TX | 1 | Fee | $8,693 | 8.70 | 91 | 36 | $82,481 | $1,023,265 | [illegible] |
| 40129 | GULF ROYALE APTS | 114-35094 | 01 | JESSE L RAY | TX | 1 | Fee | $8,172 | 7.00 | 90 | 17 | NAV | $864,461 | ($14,971) |
| 40130 | VILLAGE PARK II APTS | 114-35213 | 01 | NATIONAL CORP for HOUSING PTR | TX | 1 | Fee | $25,248 | 7.50 | 236 | 20 | $126,519 | $3,634,318 | [illegible] |
| 40131 | CLEAR CREEK LANDING | 114-35215 | 01 | SKYLINE PROPERTIES, INC | TX | 1 | Fee | $20,477 | 7.50 | 200 | 63 | $235,155 | $2,941,262 | [illegible] |
| 40133 | DYERSDALE VILLAGE APTS | 114-35232 | 01 | V SALVAGIO / J A GRUBBS | TX | 1 | Fee | $18,755 | 7.50 | 152 | 32 | $24,765 | $2,773,294 | [illegible] |
| 40135 | CARDINAL SQUARE APTS | 114-35248 | 01 | JOSHUA W ALLEN, SR | TX | 1 | Fee | $22,082 | 7.50 | 152 | 39 | $148,579 | $3,726,149 | [illegible] |
| 40136 | BELLFORT APARTMENTS | 114-35253 | 01 | NEW TEXAS ASSOCIATES, LTD | TX | 1 | Fee | $36,453 | 7.50 | 272 | 56 | $438,795 | $5,103,946 | [illegible] |
| 40137 | BACK BAY APTS | 114-35255 | 01 | HENRY A FREDRICKS | TX | 1 | Fee | $31,162 | 7.50 | 192 | 82 | $119,534 | $4,568,323 | [illegible] |
| 40138 | OAKDALE MANOR APTS | 114-35263 | 01 | JOSHUA W ALLEN SR | TX | 1 | Fee | $23,343 | 7.50 | 152 | 25 | $200,151 | $3,446,573 | [illegible] |

Exhibit A

| Asset ID | Project Name | HUD/FHA Case Number | Loan Type | General Partner | Property State | Lien Priority | Estate | Current Mthly Debt Service | Current Rate | No. Units | Sec 8 # Units | Net Cash Flow | Unpd Princ Bal | FHA 1995 Fiscal Year Collections |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40139 | GRIFFING VILLA APARTMENTS | 114-35268 | 01 | S L GREENBERG | TX | 1 | Fee | $26,905 | 7.50 | 164 | 48 | $148,981 | $1,976,420 | ($211,092) |
| 40140 | GREEN ARBOR APTS | 114-35269 | 01 | MARY & RONALD FINGER | TX | 1 | Fee | $40,649 | 7.50 | 252 | 52 | $290,726 | $5,959,059 | ($424,157) |
| 40141 | COURTNEY HOUSE APARTMENTS | 114-35282 | 01 | NAP | TX | 1 | Fee | $14,202 | 7.50 | 84 | 24 | $91,191 | $2,126,359 | ($127,812) |
| 40142 | CORAL REEF VILLAGE | 114-35311 | 01 | RESCO MANAGEMENT, INC | TX | 1 | Fee | $37,382 | 9.75 | 174 | 50 | $207,810 | $4,423,081 | $10,[illegible] |
| 40143 | LAS BRISAS DE PASADENA | 114-35337 | 01 | FRANK B MANDOLA | TX | 1 | Fee | $22,516 | 7.50 | 120 | 56 | $198,250 | $3,368,808 | ($229,262) |
| 40144 | PORTLAND CONTESSA APTS | 115-35118 | 01 | JOHN LUCIANI | TX | 1 | Fee | $5,537 | 7.00 | 64 | 19 | ($21,482) | $745,925 | ($53,280) |
| 40145 | CHAMPION GARDEN APTS | 115-35206 | 01 | JOHN R LESIER | TX | 1 | Fee | $17,209 | 9.75 | 81 | 34 | $106,971 | $2,053,304 | ($147,368) |
| 40146 | OAK HILL ROAD APARTMENTS | 115-35223 | 01 | W R CRAIG | TX | 1 | Fee | $19,911 | 9.75 | 104 | 20 | $233,718 | $2,357,767 | ($203,024) |
| 40148 | OWEN PLAZA | 118-35086 | 01 | MCIRA PROPERTY INVESTORS | NM | 1 | Fee | $17,905 | 7.50 | 136 | 18 | $393,857 | $2,345,255 | ($327,081) |
| 40149 | SHAN-ANN PLAZA | 118-35084 | 01 | MCIRA PROPERTY INVESTORS | NM | 1 | Fee | $17,240 | 7.50 | 124 | 34 | $374,489 | $2,289,453 | ($218,521) |
| 40150 | ARROWHEAD APTS | 117-35162 | 01 | AMERICAN FIDELITY INV CO | OK | 1 | Fee | $11,795 | 7.50 | 64 | 24 | $96,496 | $1,744,009 | ($91,193) |
| 40151 | CHERRY HILL II | 118-35088 | 01 | EUGENE R SANDERS | OK | 1 | Fee | $17,137 | 7.50 | 128 | 60 | $21,464 | $2,440,360 | ($67,912) |
| 40152 | SHADOWBROOK I | 121-35703 | 01 | DWIGHT G NELSON | CA | 1 | Fee | $14,928 | 7.50 | 85 | 17 | $222,107 | $2,063,264 | ($189,520) |
| 40153 | THORNSIDE APTS | 121-35728 | 01 | RONALD L NELSON | CA | 1 | Fee | $35,157 | 7.50 | 151 | 31 | $103,875 | $5,290,679 | ($182,637) |
| 40154 | WALNUT RANCH APTS | 121-35735 | 01 | KAREN FOX | CA | 1 | Fee | $24,389 | 7.50 | 95 | 19 | $146,855 | $3,475,010 | ($21,921) |
| 40155 | ARBORS APTS | 121-35745 | 01 | CONAM MANAGEMENT CORP | CA | 1 | Fee | $69,403 | 7.50 | 278 | 56 | $585,440 | $10,448,243 | ($496,670) |
| 40156 | ADRIENNE VILLAGE | 121-35757 | 01 | RONALD L NELSON | CA | 1 | Fee | $25,613 | 7.50 | 75 | 15 | $215,533 | $3,828,827 | ($203,699) |
| 40158 | DESERT CREST | 123-35105 | 01 | GUY MIKKELSEN | AZ | 1 | Fee | $28,012 | 7.50 | 114 | 50 | $97,127 | $3,091,164 | ($157,246) |
| 40159 | AVONDALE EDGEWATER | 123-35124 | 01 | R L NELSON | AZ | 1 | Fee | $41,237 | 9.75 | 196 | 63 | $86,763 | $4,950,564 | ($288,786) |
| 40160 | POSADA VALLARTA | 123-35133 | 01 | PARK WEST ASSOCATES LTD | AZ | 1 | Fee | $90,577 | 7.50 | 336 | 70 | $970,372 | $13,379,772 | ($893,742) |
| 40161 | CANYON PARK APTS | 125-35058 | 01 | NAP | NV | 1 | Fee | $76,881 | 8.50 | 340 | 70 | $328,169 | $9,758,981 | ($198,691) |
| 40162 | MANOR AT LAKESIDE | 125-35074 | 01 | NATIONAL CORP for HOUSING PTR | NV | 1 | Fee | $40,516 | 8.50 | 91 | 28 | ($142,927) | $3,163,376 | ($138,513) |
| 40163 | LAKE MEAD VILLA APTS | 125-35100 | 01 | NAP | NV | 1 | Fee | $23,626 | 11.00 | 76 | 30 | $235,240 | $2,377,154 | ($219,311) |
| 40164 | DOWN MANOR APARTMENTS | 126-94002 | 01 | NAP | OR | 1 | Leasehold | $40,516 | 8.50 | 97 | 20 | $319,875 | $5,372,839 | ($471,044) |
| 40165 | SOUTHPOINTE | 127-35344 | 01 | LARRY N BLAKE | WA | 1 | Fee | $20,326 | 7.50 | 116 | 45 | $212,502 | $2,843,714 | ($267,017) |
| 40166 | ROLLINGWOOD COMMONS | 136-35542 | 01 | WHARTON FINANCIAL CORP | CA | 1 | Fee | $65,455 | 7.50 | 272 | 60 | $577,640 | $9,311,664 | ($1,230,100) |
| 40167 | DISCOVERY PARK I | 136-35573 | 01 | RICHARD A JUAREZ | CA | 1 | Fee | $30,739 | 7.50 | 160 | 33 | $362,614 | $4,296,741 | ($412,149) |
| 40168 | TANGIERS APARTMENTS | 136-35589 | 01 | WILLIAM MASTERS | CA | 1 | Fee | $4,552 | 7.50 | 26 | 6 | $42,512 | $639,087 | ($20,491) |
| 40169 | COUNTRYWOOD VILLAGE APTS | 138-35631 | 01 | LINCOLN COUNTRYWOOD ASSOC | CA | 1 | Fee | $26,771 | 9.75 | 124 | 27 | $255,061 | $3,110,047 | ($310,121) |
| 40171 | GREENBRIAR APARTMENTS | 143-35091 | 01 | LOUIS BIANCONE | CA | 1 | Fee | $44,083 | 10.25 | 160 | 30 | $126,317 | $5,040,693 | ($14,429) |
| 40172 | REGENCY PLACE APTS | 112-35276 | 01 | BL PARTNERS | TX | 1 | Fee | $14,617 | 7.50 | 100 | 20 | NAV | $2,123,491 | ($42,738) |
| 40173 | COUNTRYWOOD VILLAGE EAST | 138-35652 | 01 | LINCOLN PROP CO NO 396 | CA | 1 | Fee | $33,097 | 7.50 | 168 | 34 | $289,696 | $4,783,604 | ($331,074) |
| 40174 | COLUMBUS SQUARE I | 085-35313 | 06 | NATIONAL CORP for HOUSING PTR | MO | 1 | Fee | $24,037 | 7.50 | 115 | NAP-See #40104 | $153,096 | $2,749,623 | ($167,003) |
| 40175 | PINETREE VILLAGE | 033-35096A | 04 | SECURITY PROPERTIES '81 | PA | 1 | Fee | $17,111 | 7.50 | to Zero | NAP-See #40008 | $241,093 | $2,581,951 | $0 |
| 40176 | PINETREE VILLAGE | 033-35096B | 01 | SECURITY PROPERTIES '81 | PA | 1 | Fee | $1,255 | 9.00 | to Zero | NAP-See #40008 | $241,093 | $152,470 | ($15,826) |
| 40177 | MEADOWBROOK | 053-15003 | 01 | PHOENIX DEVELOPMENT ASSOC | NC | 2 | Fee | $3,397 | 10.50 | to Zero | NAP-See #40035 | $293,851 | $377,408 | ($35,000) |
| 40178 | WILSHIRE VILLAS NORTH | 122-94019 | 01 | BELL DIVERSIFIED DEVELOPM | CA | 1 | Fee | $32,428 | 8.75 | 136 | 56 | $44,660 | $4,009,224 | ($409,410) |
| 40181 | CYPRESS APARTMENTS | 064-35219 | 01 | SECURITY PROPERTIES '80 | LA | 1 | Fee | $57,142 | 7.50 | 276 | 55 | $776,206 | $8,442,003 | ($513,028) |
| 40182 | HEATHER RIDGE | 073-35364 | 01 | BFTG- INDIANA ASSOCIATES | IN | 1 | Fee | $38,993 | 7.50 | 201 | 41 | $413,241 | $5,608,835 | ($463,573) |
| 40183 | TERRACE APTS | 082-11011 | 01 | J T BARR | AR | 1 | Fee | $15,870 | 10.25 | 110 | 21 | $134,485 | $1,770,303 | ($47,747) |
| 40184 | NEW WEST APTS | 112-35320 | 01 | WARREN A GILBERT JR | TX | 1 | Fee | $43,531 | 7.50 | 200 | 40 | $384,514 | $6,095,658 | $0 |
| 40185 | BAYOU WILLOWS APTS | 114-35219 | 01 | HENRY A FREDRICKS | TX | NAV | NAV | $28,086 | 7.50 | 212 | 25 | $365,713 | $3,885,244 | ($187,114) |
| 40186 | DISCOVERY PARK IV | 138-35651 | 01 | LINCOLN PROPERTY CO., LTD | CA | 1 | Fee | $27,327 | 7.50 | 128 | 26 | $339,257 | $3,803,563 | ($6,482) |
| 40187 | MORNINGSIDE GREEN | 071-15012 | 01 | NAP | IL | 2 | Fee | $7,163 | 10.00 | to Zero | NAP-See #40078 | $700,940 | $528,548 | $0 |
| 40188 | DISCOVERY PARK II | 136-35580 | 01 | LINCOLN PROPERTY CO #298 | CA | 1 | Fee | $46,398 | 7.50 | 260 | 33 | $445,192 | $6,485,504 | $0 |
| 40189 | DISCOVERY PARK III | 136-35630 | 01 | LINCOLN PROPERTY CO #300 | CA | NAV | NAV | $47,859 | 7.50 | 240 | 37 | $493,359 | $6,713,566 | $0 |
| 40190 | KINKAID PARK APARTMENTS | 102-35167 | 03 | KINKAID INC | KS | 1 | Fee | $38,800 | 7.50 | 216 | 44 | $528,443 | $5,433,190 | $0 |
| 157 | | | | | | | | $6,293,783 | | | | $55,101,826 | $883,617,608 | ($55,725,067) |



5/9/96 LOANSALE XLS Exhibit A

Structured Finance Ratings
25 Broadway
New York, NY 10004-1064
Tel 212 208 8000
Fax 212 412 0597

*Standard & Poor's*
A Division of The McGraw-Hill Companies

May 9, 1996

Ms. Helen Dunlop
Deputy Assistant Secretary for Operations
Department of Housing and Urban Development
451 Seventh St. Southwest, Room 9138
Washington, DC 20410

Ms. Myrna Gordon
Staff Accountant - GTR
Department of Housing and Urban Development
451 Seventh St. Southwest, Room 5136
Washington, DC 20410

Dear Mss. Dunlop and Gordon:

As per Standard & Poor's contract with the Department of Housing and Urban Development, we have analyzed and evaluated The Federal Housing Administration of the United States Department of Housing and Urban Development, Floating Rate Multifamily Mortgage Backed Bonds, Series 1996-1. Our analysis involved reviewing 157 loan files, 157 environmental site assessment reports, and any appraisal, engineering, cash flow, financial and/or market information supplied to us by the Department of Housing and Urban Development's due diligence contractor as well as preliminary documentation. Additionally, Standard & Poor's visited numerous properties secured by loans in this pool. We evaluated all of this information to determine appropriate subordination levels for a multi-class, sequential pay liquidating trust securities transaction.

Based on Standard & Poor's analysis of all information provided, the Standard & Poor's rating committee will permit the following amounts to be borrowed at each of the corresponding rating categories:

| | Rating | Class Size |
|---|---|---|
| Class A | AA | $159,805,500 |
| Class B | AA | $64,809,500 |
| Class C | A | $67,885,000 |
| Class D | BBB | $65,000,000 |
| Class E | BB- | $79,060,500 |
| Class F | B- | $63,439,500 |
| Class G | NR | $9,101,500 |

Standard & Poor's also will require cash collateral accounts for asset expenditures and liquidity reserves to be established. Standard & Poor's will require $29,000,000 to be deposited in the asset expenditure account. In addition, a liquidity reserve equal to $36,070,000 will also be required to be escrowed.

This comfort letter is subject to S&P's satisfaction on a number of outstanding issues, including the following:

- No material adverse changes to property cash flows or property condition
- Final documentation to satisfactorily incorporate S&P comments
- No material changes to structure
- Approved Servicer
- Approved Indenture Trustee
- Approved Owner Trustee
- Equity holder(s) to be of institutional quality or otherwise acceptable to S&P
- Cap agreement and cap provider acceptable to S&P, assuming weighted average 9% on all bonds
- Satisfactory legal opinions to be provided prior to closing
- Expiration of this comfort letter within 90 days from today's date

At the time of issuance, the rating on the securities will reflect our current opinion of the creditworthiness of the collateral and the owner/operator. Standard & Poor's relies on the issuer, its counsel, accountants and other experts for the accuracy and completeness of the information submitted in connection with the rating and surveillance process. We do not and cannot guarantee the accuracy, completeness or timeliness of the information relied on in connection with the rating or the results obtained from the use of such information. We may raise, lower, suspend or withdraw the rating at any time, in our sole discretion, in accordance with our policies. The rating is not a "market" rating nor a recommendation to buy, hold or sell the securities. Furthermore, nothing in this letter agreement shall limit our right to publish, disseminate or license others to publish or disseminate the rating or the rationale for the rating, unless you specifically request that the rating be assigned and maintained on a confidential basis because the rated securities are being placed privately under relevant federal and state securities laws.

The issuer agrees to provide us promptly with all information relevant to the rating and surveillance of the rating, including without limitation, information on material changes to information previously supplied to us. The rating may be affected by our opinion of the accuracy, completeness, timeliness or reliability of information received from you. You agree to indemnify and hold us harmless from and against any and all losses, damages, liabilities, costs, charges and expenses (including reasonable attorneys' fees) arising out of any claim related to the accuracy, completeness, timeliness or reliability of information provided to us by you, your agents, counsel, experts or advisors. We reserve the right to withdraw the rating at any time in accordance with our policies or if you fail to provide us with the accurate, complete, timely or reliable information required by this agreement

The issuer understands and agrees that we are not advisors to the issuer and that the issuer should not rely upon advice from us. Nothing in this letter is intended to or should be construed as creating a fiduciary relationship between us and the issuer or between us and recipients of the rating. The issuer understands and agrees that we have not consented to, and will not consent to, being named and "expert" under the federal securities laws including, without limitation, Section 7 of the Securities Act of 1933.

This letter shall be construed in accordance with the internal laws of The State of New York and such laws shall apply to any claim or action arising out of or otherwise related to this agreement or any rating issued by us.

Very Truly Yours,

James F. Titus

James F. Titus
Managing Director

TAB A. I

MORTGAGE LOAN SCHEDULE

Partially Assisted Multifamily Loan Sale
Mortgage Loan Schedule

| HUD/FHA CASE # | PROJECT NAME | UPB AS OF 04-30-96 | FOOTNOTE CODES | INT. RATE | MATURITY DATE | MOD. DATE | PWA EFFECTIVE DATE | PWA EXPIRATION DATE | FEE VS. LEASEHOLD | GROUNDLEASE YES/NO | LIEN PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 000-35235 | OAKCREST TERRACE APTS | $6,981,554.40 | | 7.50 | 08/01/22 | | | | Fee | NO | 1 |
| 017-35113 | BILLINGS FORGE | $3,592,555.45 | | 7.50 | 03/01/22 | | | | Leasehold | YES | 1 |
| 017-35131 | INTOWN WEST APTS | $23,323,102.07 | | 7.50 | 03/01/23 | | 07/01/94 | 06/30/03 | Leasehold | YES | 1 |
| 017-35187 | BREWERY SQUARE | $4,085,851.62 | | 7.50 | 08/01/25 | | 01/01/95 | 12/31/03 | Fee | NO | 1 |
| 033-35096 | PINETREE VILLAGE | $2,367,645.12 | | 7.50 | 10/01/22 | | | | Fee | NO | 1 |
| 033-35096A | PINETREE VILLAGE II>3 | $2,581,950.86 | | 7.50 | 10/01/22 | | | | Fee | NO | 1 |
| 033-35096B | PINETREE VILLAGE III>3 | $151,788.27 | | 9.00 | 10/01/22 | | | | Fee | NO | 1 |
| 033-35157 | BELMONT HEIGHTS APTS | $3,415,167.72 | | 10.00 | 07/01/25 | | 08/01/95 | 07/31/96 | Leasehold | YES | 1 |
| 044-35086 | WESTMINSTER PARK | $2,978,601.46 | | 8.50 | 06/01/11 | | | | Fee | NO | 1 |
| 044-35478 | TURTLE CREEK APTS | $3,678,896.29 | | 7.50 | 08/01/21 | | | | Fee | NO | 1 |
| 044-35480 | TROLLEY PLAZA APTS | $14,717,513.55 | | 7.50 | 08/01/22 | | | | Leasehold | YES | 1 |
| 047-35115 | PINE RIDGE I | $1,472,377.01 | | 7.50 | 04/01/21 | | | | Fee | NO | 1 |
| 047-35133 | STONEGATE APTS | $4,939,372.25 | | 7.50 | 12/01/22 | | | | Fee | NO | 1 |
| 047-35151 | EDGEWOOD GLEN APTS | $1,407,960.61 | | 7.50 | 04/01/22 | | 03/01/96 | 04/30/02 | Fee | NO | 1 |
| 047-35157 | PINE RIDGE II ASSOC. | $3,182,052.63 | | 7.50 | 12/01/22 | | | | Fee | NO | 1 |
| 048-35047 | BOULDER CREEK APTS | $2,781,676.92 | | 7.50 | 04/01/26 | 05/01/86 | | | Fee | NO | 1 |
| 053-15003 | MEADOWBROOK APTS | $377,407.63 | | 10.50 | 03/01/25 | | | | Fee | NO | 2 |
| 053-35033 | CREEKSIDE APTS | $624,210.08 | | 7.00 | 10/01/13 | | | | Fee | NO | 1 |
| 053-35195 | TARHEEL MANOR APTS | $4,017,708.41 | | 8.00 | 06/01/20 | | 06/01/94 | 05/31/03 | Fee | NO | 1 |
| 053-35252 | CENTURY OAKS APTS | $5,775,457.34 | | 7.50 | 10/01/22 | | | | Fee | NO | 1 |
| 053-35298 | VINEYARD CROSSING APTS | $4,941,613.48 | | 7.50 | 03/01/22 | | 10/01/94 | Annual Termination | Fee | NO | 1 |
| 053-35314 | REDDMAN'S PIER | $5,153,166.17 | | 7.50 | 04/01/23 | | 03/01/95 | Annual Termination | Fee | NO | 1 |
| 053-35381 | SPRINGHOUSE AT N. POINT | $8,064,663.00 | | 7.50 | 02/01/24 | 02/01/94 | | | Fee | NO | 1 |
| 053-35389 | FOREST HILLS APTS | $3,745,470.10 | j | 7.50 | 01/01/23 | | | | Fee | NO | 1 |
| 053-35407 | TREETOPS APTS | $3,193,126.78 | | 7.50 | 12/01/23 | | 10/01/94 | Annual Termination | Fee | NO | 1 |
| 053-35473 | MEADOWBROOK APTS | $3,859,425.26 | | 9.45 | 03/01/25 | | | | Fee | NO | 1 |
| 053-35489 | WILLOW CREEK APTS | $6,570,427.36 | n | 10.50 | 08/01/26 | | | | Fee | NO | 1 |
| 053-35492 | CINNAMON RIDGE APTS | $3,475,407.00 | | 10.50 | 02/01/26 | | 10/01/94 | Annual Termination | Fee | NO | 1 |
| 053-35493 | LAKEWOOD APTS | $4,824,005.57 | m | 10.50 | 10/01/26 | | | | Fee | NO | 1 |
| 054-35423 | THE BLUFFS | $4,251,031.59 | | 7.50 | 08/01/22 | | | | Fee | NO | 1 |
| 054-35503 | LONG CREEK APTS | $5,200,000.35 | | 7.50 | 02/01/25 | | | | Fee | NO | 1 |
| 059-35143 | SUNFLOWER EAST APTS | $1,486,371.85 | | 7.50 | 10/01/17 | | | | Fee | NO | 1 |
| 059-35153 | GEORGETOWN WEST APTS | $2,739,931.35 | | 7.50 | 11/01/18 | | | | Fee | NO | 1 |
| 059-35219 | CEDAR CREEK APTS | $4,584,214.65 | | 10.00 | 05/01/25 | | | | Fee | NO | 1 |
| 061-35270 | SHANGRI LA APTS | $5,843,124.15 | g | 7.50 | 10/01/21 | | 12/01/94 | 11/30/01 | Fee | NO | 1 |
| 061-35292 | AMBERS APTS | $2,950,065.92 | | 7.50 | 03/01/22 | | 09/01/94 | 08/31/00 | Fee | NO | 1 |
| 061-35299 | WESTBURY PARK APTS | $3,632,290.02 | | 7.50 | 10/01/22 | | | | Fee | NO | 1 |
| 061-35320 | BEDFORD PLACE HSG PHA | $9,058,356.32 | | 7.50 | 02/01/23 | | 06/01/94 | 05/31/00 | Fee | NO | 1 |
| 062-35107 | RIVERVIEW APTS | $1,248,219.01 | l | 7.50 | 05/01/17 | | | | Fee | NO | 1 |
| 062-35231 | THE LODGES II | $2,173,405.74 | a | 7.50 | 03/01/21 | | | | Fee | NO | 1 |
| 062-35322 | FOREST PARK APTS | $2,531,011.70 | k | 7.50 | 08/01/22 | | Expired | Expired | Fee | NO | 1 |
| 062-35329 | HICKORY HILLS APTS | $5,793,517.79 | | 7.50 | 08/01/23 | | | | Fee | NO | 1 |
| 062-35353 | AUTUM CHASE APTS | $3,165,971.40 | | 7.50 | 11/01/24 | 11/01/95 | | | Fee | NO | 1 |
| 064-35088 | SPANISH LAKE APTS | $1,198,345.50 | | 7.00 | 06/01/13 | | | | Fee | NO | 1 |
| 064-35123 | MIMOSA PLACE | $1,144,548.51 | | 7.00 | 09/01/13 | | | . | Fee | NO | 1 |
| 064-35179 | FRENCHMAN'S WHARF I | $6,499,180.48 | c | 7.50 | 12/01/19 | | 6/1/96 | 5/31/00 | Fee | NO | 1 |
| 064-35192 | FRENCHMAN'S WHARF II | $7,923,102.80 | c | 7.50 | 02/01/22 | | 6/1/96 | 5/31/00 | Fee | NO | 1 |
| 064-35219 | CYPRESS APTS | $8,442,003.18 | | 7.50 | 05/01/23 | | 5/1/95 | Annual Termination | Fee | NO | 1 |
| 064-35227 | FELICIANA APTS | $7,899,077.57 | | 7.50 | 05/01/23 | | 10/1/93 | 09/30/02 | Fee | NO | 1 |
| 064-35247 | ALQUETTE APTS | $6,639,666.81 | | 10.00 | 06/01/25 | | 10/1/93 | 09/30/02 | Fee | NO | 1 |

Partially Assisted Multifamily Loan Sale
Mortgage Loan Schedule

| HUD/FHA CASE # | PROJECT NAME | UPB AS OF 04-30-96 | FOOTNOTE CODES | INT. RATE | MATURITY DATE | MOD. DATE | PWA EFFECTIVE DATE | PWA EXPIRATION DATE | FEE VS. LEASEHOLD | GROUNDLEASE YES/NO | LIEN PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 065-35281 | TARA APTS | $2,101,995.60 | | 9.75 | 12/01/23 | | 11/01/94 | 10/31/03 | Fee | NO | 1 |
| 066-11013 | SABAL PALMS VILLAS | $7,133,130.28 | | 9.50 | 07/01/15 | | | | Fee | NO | 1 |
| 067-35195 | PEMBROOKE VILLAS APTS | $2,704,601.99 | | 7.50 | 02/01/22 | | | | Fee | NO | 1 |
| 067-35199 | PALISADES APTS | $3,586,831.31 | | 7.50 | 03/01/22 | | 05/01/95 | Annual Termination | Fee | NO | 1 |
| 067-35254 | VILLA CAPRI | $6,034,857.87 | | 7.50 | 06/01/24 | | | | Fee | NO | 1 |
| 067-35261 | CEDAR TRACE APTS | $5,771,337.88 | | 7.50 | 06/01/25 | | | | Fee | NO | 1 |
| 067-35277 | PINECREST VILLAGE APT | $3,332,196.96 | | 10.25 | 08/01/25 | | | | Fee | NO | 1 |
| 071-15012 | MORNINGSIDE GREEN HOFF | $528,548.10 | | 10.00 | 09/01/98 | | | | Fee | NO | 2 |
| 071-32077 | DEL PRADO APARTMENTS | $4,380,565.90 | | 7.50 | 08/01/21 | | 10/1/95 | 9/30/04 | Fee | NO | 1 |
| 071-32087 | PENSACOLA PLACE | $29,687,121.15 | | 7.50 | 06/01/22 | | 05/01/94 | 04/30/03 | Fee | NO | 1 |
| 071-32099 | PARK LA SALLE APTS | $7,491,859.69 | h | 7.50 | 11/01/22 | | 03/01/94 | 02/29/00 | Fee | NO | 1 |
| 071-32112 | TWO EAST 8TH STREET APTS | $22,683,938.20 | | 7.50 | 04/01/26 | | 04/01/94 | 03/31/03 | Fee | NO | 1 |
| 071-32117 | CLARK CHESTNUT | $20,266,785.12 | | 7.50 | 08/01/24 | | 08/01/94 | 07/31/03 | Fee | NO | 1 |
| 071-35356 | 1212 SOUTH MICHIGAN | $17,261,626.41 | | 7.50 | 10/01/22 | | 10/01/93 | 09/30/02 | Fee | NO | 1 |
| 071-35443 | MORNINGSIDE ON THE GREEN | $9,672,656.04 | | 7.50 | 03/01/26 | | | | Fee | NO | 1 |
| 071-35484 | WOODLAND CREEK APTS | $28,930,733.02 | | 7.50 | 11/01/24 | | 05/01/94 | 5/1/03 | Fee | NO | 1 |
| 073-35273 | PEBBLE POINT APARTMENTS | $5,945,585.86 | | 7.50 | 06/01/22 | | | | Fee | NO | 1 |
| 073-35327 | WOODBROOK APTS., PHASE I | $5,423,676.28 | a | 7.50 | 01/01/23 | | | | Fee | NO | 1 |
| 073-35328 | UNIVERSITY PK APTS MISH | $4,885,278.73 | | 7.50 | 01/01/22 | | 09/01/94 | Annual Termination | Fee | NO | 1 |
| 073-35330 | WOODRIDGE APTS FT WAYNE | $4,278,634.94 | | 7.50 | 04/01/21 | | 09/01/94 | Annual Termination | Fee | NO | 1 |
| 073-35334 | ABINGTON APARTMENTS | $3,264,330.19 | | 7.50 | 08/01/21 | | 04/01/95 | Annual Termination | Fee | NO | 1 |
| 073-35336 | WILLIAMSBURG ON THE LAKE | $5,359,811.91 | | 7.50 | 08/01/22 | 12/01/91 | | | Fee | NO | 1 |
| 073-35348 | WILLIAMSBURG-ON-THE-LAKE | $6,209,801.96 | | 7.50 | 01/01/23 | | 09/01/94 | Annual Termination | Fee | NO | 1 |
| 073-35359 | WOODS EDGE APARTMENTS | $5,410,520.52 | | 7.50 | 10/01/22 | | | | Fee | NO | 1 |
| 073-35363 | BENCHMARK APARTMENTS | $6,985,462.82 | | 7.50 | 05/01/23 | | 07/01/94 | 06/30/97 | Fee | NO | 1 |
| 073-35364 | SUMMERDALE APTS | $5,608,834.89 | | 7.50 | 06/01/22 | | 07/01/94 | 06/30/97 | Fee | NO | 1 |
| 073-35402 | THE WOODS OF CASTLETON | $7,628,427.74 | | 9.75 | 11/01/24 | | 09/01/94 | Annual Termination | Fee | NO | 1 |
| 075-35305 | DEL RIO APARTMENTS | $4,482,550.39 | | 9.75 | 04/01/25 | | 2/1/96 | 1/31/97 | Fee | NO | 1 |
| 082-11011 | TERRACE APTS | $1,770,303.05 | | 10.25 | 05/01/20 | | Expired | Expired | Fee | NO | 1 |
| 082-35066 | HUNTINGTON PLACE | $2,415,439.64 | | 7.50 | 06/01/13 | | | | Fee | NO | 1 |
| 082-35195 | KING COURT APTS | $2,287,156.43 | | 7.50 | 07/01/22 | | | | Fee | NO | 1 |
| 083-35334 | WOODBRIDGE APARTMENTS | $6,097,316.25 | | 7.50 | 05/01/25 | | 09/01/95 | 08/31/96 | Fee | NO | 1 |
| 084-35223 | HILLSIDE PARK APARTMENTS | $3,149,886.75 | | 9.75 | 10/01/23 | | Expired | Expired | Fee | NO | 1 |
| 084-35235 | DUNLEITH TOWERS | $7,994,858.08 | | 7.50 | 05/01/22 | | 06/01/94 | 5/30/03 | Fee | NO | 1 |
| 085-35292 | SENATE SQUARE APARTMENTS | $2,965,071.78 | | 7.50 | 05/01/21 | | | | Fee | NO | 1 |
| 085-35310 | CAROLINE APARTMENTS | $2,578,700.49 | | 9.50 | 02/01/22 | | 07/01/95 | Annual Termination | Fee | NO | 1 |
| 085-35313 | COLUMBUS SQUARE I | $2,749,623.01 | | 7.50 | 02/01/22 | | 07/01/95 | Annual Termination | Fee | NO | 1 |
| 085-35324 | PERSHING WATERMAN V | $10,533,882.53 | | 7.50 | 11/01/23 | | 01/01/95 | Annual Termination | Fee | NO | 1 |
| 085-35332 | FOREST WOOD APTS. | $11,089,041.77 | | 7.50 | 02/01/24 | 08/01/95 | | | Fee | NO | 1 |
| 085-35334 | O'FALLON PLACE 2 | $6,578,452.40 | | 7.50 | 08/01/23 | | 06/01/95 | Annual Termination | Fee | NO | 1 |
| 085-35337 | COLUMBUS SQUARE PHASE II | $5,162,679.20 | | 9.75 | 01/01/25 | | 07/01/95 | Annual Termination | Fee | NO | 1 |
| 085-35353 | SAVOY COURT APTS. | $2,199,318.09 | | 8.5895 | 09/01/25 | | | | Fee | NO | 1 |
| 085-35372 | ALPHA MANOR APARTMENTS | $707,000.18 | | 10.00 | 09/01/27 | | 09/01/95 | Annual Termination | Fee | NO | 1 |
| 085-35402 | HISTORIC SO. ST LOUIS II | $640,861.42 | | 8.125 | 02/01/28 | | | | Fee | NO | 1 |
| 087-35132 | THE LANDINGS | $4,280,068.93 | | 7.50 | 05/01/25 | | 09/01/94 | 08/31/96 | Fee | NO | 1 |
| 101-32002 | PARKWAY CENTER APTS. | $11,134,999.72 | i | 7.50 | 12/01/22 | | 10/01/95 | 9/1/98 | Fee | NO | 1 |
| 101-32005 | BOULEVARD PLAZA APTS. | $78,668,661.88 | | 7.50 | 08/01/24 | | 10/01/95 | 9/1/98 | Fee | NO | 1 |
| 101-35283 | WOODBRIDGE II APTS | $3,386,456.37 | | 7.50 | 02/01/22 | | | | Fee | NO | 1 |
| 101-35301 | WOODBRIDGE III APTS | $7,892,267.84 | | 7.50 | 12/01/21 | | | | Fee | NO | 1 |
| 102-35163 | WESTLINK VILLAGE | $6,352,014.65 | | 9.75 | 04/01/24 | | 08/01/94 | Annual Termination | Fee | NO | 1 |

Partially Assisted Multifamily Loan Sale
Mortgage Loan Schedule

| HUD/FHA CASE # | PROJECT NAME | UPB AS OF 04-30-96 | FOOTNOTE CODES | INT. RATE | MATURITY DATE | MOD. DATE | PWA EFFECTIVE DATE | PWA EXPIRATION DATE | FEE VS. LEASEHOLD | GROUNDLEASE YES/NO | LIEN PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 102-35167 | KINKAID APTS. | $5,433,190.27 | | 7.50 | 03/01/23 | | | | Fee | NO | 1 |
| 112-35276 | REGENCY PLACE | $2,123,490.77 | b | 7.50 | 08/01/19 | | | | Fee | NO | 1 |
| 112-35285 | ELMWOOD GARDENS | $4,115,669.18 | b | 7.50 | 02/01/22 | | | | Fee | NO | 1 |
| 112-35286 | IRVING OAKS | $2,706,831.49 | | 7.50 | 08/01/22 | | | | Fee | NO | 1 |
| 112-35298 | GARLAND TRAILS APTS. | $5,439,968.43 | | 7.50 | 12/01/22 | | 07/01/95 | 06/30/02 | Fee | NO | 1 |
| 112-35304 | PARKWAY VILLAS | $4,898,615.03 | | 9.75 | 11/01/23 | | | | Fee | NO | 1 |
| 112-35320 | NEW WEST APTS | $6,095,657.80 | | 7.50 | 02/01/22 | | | | Fee | NO | 1 |
| 112-35322 | STONEYBROOK APARTMENT | $7,388,466.63 | | 7.50 | 02/01/22 | | | | Fee | NO | 1 |
| 112-35324 | MEADOWS APARTMENTS | $3,625,561.35 | | 7.50 | 02/01/22 | | | | Fee | NO | 1 |
| 112-35328 | NORTHTOWN VILLAGE | $3,246,577.18 | | 7.50 | 11/01/24 | | | | Fee | NO | 1 |
| 112-35340 | BENT TREE APARTMENTS | $3,347,619.80 | | 7.50 | 07/01/24 | | 12/01/95 | 5/31/97 | Fee | NO | 1 |
| 113-35070 | MEADOWBROOK GARDEN APTS. | $3,356,927.41 | b | 7.50 | 10/01/23 | | | | Fee | NO | 1 |
| 114-11082 | CAMPUS COLONY APTS. | $1,023,264.69 | | 9.70 | 06/01/19 | | | | Fee | NO | 1 |
| 114-35094 | GULF ROYALE APTS. | $864,461.14 | | 7.00 | 04/01/13 | | | | Fee | NO | 1 |
| 114-35213 | VILLAGE PARK II APTS. | $3,634,317.85 | | 7.50 | 03/01/19 | | | | Fee | NO | 1 |
| 114-35215 | CLEAR CREEK LANDING | $2,941,262.37 | | 7.50 | 10/01/18 | | 11/1/95 | 05/31/98 | Fee | NO | 1 |
| 114-35219 | BAYOU WILLOW APTS. | $4,028,597.15 | | 7.50 | 04/01/20 | | | | Fee | NO | 1 |
| 114-35232 | DYERSDALE VILLAGE APTS. | $2,773,293.75 | | 7.50 | 11/01/20 | | | | Fee | NO | 1 |
| 114-35248 | CARDINAL SQUARE APTS. | $3,226,148.86 | | 7.50 | 04/01/21 | | | | Fee | NO | 1 |
| 114-35253 | BELLFORT APARTMENTS | $5,103,945.53 | | 7.50 | 01/01/21 | | | | Fee | NO | 1 |
| 114-35255 | BACK BAY APTS. | $4,568,322.54 | | 7.50 | 04/01/21 | | | | Fee | NO | 1 |
| 114-35263 | OAKDALE MANOR APTS. | $3,446,572.76 | | 7.50 | 09/01/21 | | | | Fee | NO | 1 |
| 114-35268 | GRIFFING VILLA APTS. | $3,976,420.09 | | 7.50 | 12/01/21 | | | | Fee | NO | 1 |
| 114-35269 | GREEN ARBOR APTS. | $5,959,059.11 | | 7.50 | 08/01/20 | | | | Fee | NO | 1 |
| 114-35282 | COURTNEY HOUSE APTS. | $2,126,358.88 | | 7.50 | 02/01/22 | | | | Fee | NO | 1 |
| 114-35311 | CORAL REEF VILLAGE APTS. | $4,423,080.96 | | 9.75 | 09/01/23 | | | | Fee | NO | 1 |
| 114-35337 | LAS BRISAS DE PASADENA | $3,368,807.92 | | 7.50 | 03/01/23 | | | | Fee | NO | 1 |
| 115-35118 | PORTLAND CONTESSA APTS. | $745,924.52 | | 7.00 | 08/01/13 | | 12/01/94 | 11/30/97 | Fee | NO | 1 |
| 115-35206 | CHAMPION GARDENS | $2,053,304.34 | | 9.75 | 09/01/23 | | 11/01/93 | 10/31/96 | Fee | NO | 1 |
| 115-35223 | OAK HILL ROAD APTS. | $2,357,766.82 | | 9.75 | 10/01/23 | | Expired | Expired | Fee | NO | 1 |
| 116-35086 | OWEN PLAZA | $2,325,462.41 | | 7.50 | 09/01/18 | 04/01/95 | | | Fee | NO | 1 |
| 116-35094 | SHAN-ANN PLAZA | $2,271,537.68 | | 7.50 | 06/01/19 | 11/01/92 | | | Fee | NO | 1 |
| 117-35162 | ARROWHEAD APTS. | $1,744,008.83 | | 7.50 | 05/01/22 | | | | Fee | NO | 1 |
| 118-35088 | CHERRY HILLS APTS. II | $2,440,359.68 | | 7.50 | 07/01/19 | | | | Fee | NO | 1 |
| 121-35703 | SHADOWBROOK I | $2,050,874.40 | | 7.50 | 06/01/22 | | | | Fee | NO | 1 |
| 121-35728 | THORNSIDE APTS. | $5,290,678.83 | a | 7.50 | 10/01/24 | 05/01/85 | | | Fee | NO | 1 |
| 121-35735 | WALNUT RANCH APTS. | $3,475,009.82 | | 7.50 | 08/01/23 | | | | Fee | NO | 1 |
| 121-35745 | ARBORS APTS. | $10,448,243.22 | d | 7.50 | 11/01/24 | | | | Fee | NO | 1 |
| 121-35745A | ARBORS APTS. | $1,191,440.40 | c | 7.50 | 11/01/24 | | | | Fee | NO | 1 |
| 121-35757 | ADRIENNE VILLAGE | $3,828,827.26 | a | 7.50 | 09/01/23 | | | | Fee | NO | 1 |
| 122-94019 | WILSHIRE VILLAS NORTH | $3,989,703.96 | | 8.75 | 05/01/22 | | | | Fee | NO | 1 |
| 123-35105 | DESERT CREST | $3,091,163.66 | | 7.50 | 10/01/20 | | | | Fee | NO | 1 |
| 123-35124 | AVONDALE EDGEWATER | $4,950,563.55 | | 9.75 | 12/01/24 | | | | Fee | NO | 1 |
| 123-35133 | POSADA VALLARTA | $13,379,772.13 | | 7.50 | 11/01/24 | | 10/01/95 | Annual Termination | Fee | NO | 1 |
| 125-35058 | CHAPARRAL APARTMENTS | $9,758,981.42 | | 8.50 | 02/01/20 | | | | Fee | NO | 1 |
| 125-35074 | RETIREMENT MANOR -- RESC. | $3,163,375.72 | | 7.50 | 07/01/21 | | | | Fee | NO | 1 |
| 125-35100 | LAKE MEAD VILLA APTS. | $2,377,153.59 | | 11.00 | 03/01/14 | | Expired | Expired | Fee | NO | 1 |
| 126-94002 | DOWN MANOR APTS. | $5,357,825.07 | | 8.50 | 11/01/28 | 9/95 | | | Leasehold | YES | 1 |
| 127-35344 | SOUTHPOINTE (TARKINGTON) | $2,828,157.17 | | 7.50 | 07/01/23 | | | | Fee | NO | 1 |
| 136-35542 | ROLLINGWOOD COMMONS | $9,311,663.51 | f | 7.50 | 03/01/21 | | 08/01/94 | 07/31/97 | Fee | NO | 1 |

Partially Assisted Multifamily Loan Sale
Mortgage Loan Schedule

| HUD/FHA CASE # | PROJECT NAME | UPB AS OF 04-30-96 | FOOTNOTE CODES | INT. RATE | MATURITY DATE | MOD. DATE | PWA EFFECTIVE DATE | PWA EXPIRATION DATE | FEE VS. LEASEHOLD | GROUNDLEASE YES/NO | LIEN PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 136-35573 | DISCOVERY PARK I | $4,296,740.71 | | 7.50 | 08/01/21 | | 10/01/94 | Annual Termination | Fee | NO | 1 |
| 136-35580 | DISCOVERY PARK II | $6,485,540.63 | | 7.50 | 08/01/22 | | 09/01/95 | Annual Termination | Fee | NO | 1 |
| 136-35589 | TANGIERS APARTMENTS | $639,086.85 | | 7.50 | 08/01/21 | | | | Fee | NO | 1 |
| 136-35630 | DISCOVERY PARK III | $6,713,566.29 | | 7.50 | 12/01/22 | | 09/01/95 | Annual Termination | Fee | NO | 1 |
| 136-35631 | COUNTRYWOOD VILLAGE APTS. | $3,110,046.63 | | 9.75 | 05/01/23 | | 10/01/94 | Annual Termination | Fee | NO | 1 |
| 136-35651 | DISCOVERY PARK IV | $3,893,563.28 | | 7.50 | 09/01/24 | | 09/01/95 | Annual Termination | Fee | NO | 1 |
| 136-35652 | LINCOLN COUNTRYWOOD V | $4,783,603.81 | | 7.50 | 12/01/24 | | 02/01/95 | Annual Termination | Fee | NO | 1 |
| 143-35091 | PARK APARTMENTS | $5,040,692.75 | | 10.25 | 04/01/26 | | | | Fee | NO | 1 |

158 Count
TOTAL $885,006,481.19

NOTE:
(a) Owner filed bankruptcy.
(b) Consent Order authorizing limited use of cash collateral.
(c) Workout Agreement pending with no blowout provision for Frenchman's Wharf I & II with provision for the loans to be making full payments by the beginning of the fourth year.
(d) Court Order Reorganization Plan.
(e) Per the terms of the Court Order Reorganization Plan, this portion of the bifurcated note is deferred and payable out of excess cash flow, and it has a negative amortization feature.
(f) Operating under confirmed bankruptcy plan of reorganization that has been implemented through PWA.
(g) Also known as Shallowford Oaks Apartments.
(h) PWA reflects two incorrect dates. Actual expiration is 2/29/00.
(i) Also known as Long's Peak.
(j) Reported UPB does not reflect terms and conditions of confirmed bankruptcy plan of reorganization effective 6-1-96. Generally, plan provides for payment of HUD's allowed claim as of 6-1-96 in the total amount of unpaid principal ($3,745,470), interest, and other charges under the note as of the bankruptcy filing (10-31-95), plus interest accrued between 10-31-95 and 6-1-96, less payments to HUD between 10-31-95 and 6-1-96. Per the plan, on 6-1-96 HUD will apply the current replacement reserve ($56,813) to reduce the allowed claim. HUD will transfer these funds to the Trust. Note term and interest rate are unchanged, and the allowed claim is secured. Mortgage Loan Schedule will be adjusted 6-1-96 in accordance with the plan.
(k) This figure does not reflect a bankruptcy reorganization plan that was confirmed by an order filed 5-8-96. Please refer to the Asset Review File for the Amended Plan of Reorganization, and a subsequent plan amendment filed 4-19-96. The plan, as amended, allows HUD a secured claim of $1,950,000, paid over 30 years at 7.5% interest, at a monthly payment of $13,634. The plan provides that HUD's unsecured claim of $780,000 shall be satisfied by a payment of $200,000 at the effective date (6-7-96, unless debtor chooses an earlier date). HUD will transfer this $200,000 payment to the Trust if it is paid after the Cut-off Date.
(l) Owners bankruptcy dismissed by order filed 3/27/96.
(m) Figure represents UPB as of bankruptcy filing date, 1-7-94. Per plan of reorganization confirmed by order filed 4-24-96, HUD's claim is allowed and secured for $4,854,868 as of 2-21-96. The claim is subject to reduction by subsequent payments through 6-1-96 payments (approximately $90,000 through 4-30-96). Per the plan, the debtor will pay HUD's allowed claim in full on or before 6-1-96 or dismiss the bankruptcy case.
(n) Figure represents UPB as of bankruptcy filing date, 5-23-94. Per plan of reorganization confirmed by order filed 4-17-96, HUD's claim is allowed and secured for $6,433,752 as of 3-21-96. The claim is subject to reduction by subsequent payments through 6-1-96 (approximately $214,000 through 5-14-96). Per the plan, the debtor will pay HUD's allowed claim in full on or before 6-1-96 or dismiss the bankruptcy case.