# TAB B. I

# UNPAID PRINCIPAL BALANCE

TAB B. II

SECTION 8 PERCENTAGES

# SECTION I: UNPAID PRINCIPAL BALANCE

(Based on UPB as of April 30, 1996)




| UPB Range | # of Loans | Total UPB |
|---|---|---|
| <$1M | 9 | $5,279,288 |
| >=$1M and <$3M | 39 | $86,168,889 |
| >=$3M and <$5M | 51 | $197,456,797 |
| >=$5M and <$7.5M | 35 | $210,330,029 |
| >=$7.5M and <$10M | 11 | $93,646,058 |
| >=$10M and <$15M | 6 | $71,303,453 |
| >=$15M and <$20M | 1 | $17,261,626 |
| >=$20M and <$30M | 5 | $124,891,680 |
| >=$75M and <$100M | 1 | $78,668,662 |
| | 158 | $885,006,481 |

TAB B. III

STATES

SECTION III: STATES

(Based on Due Diligence Compilations dated as of December 5, 1996 weighted by UPB as of April 30, 1996)




| States | # of Loans | Total UPB |
|---|---|---|
| Illinois | 9 | $140,903,834 |
| Texas | 30 | $104,452,666 |
| Colorado | 4 | $101,082,386 |
| California | 16 | $74,549,282 |
| Indiana | 11 | $61,000,366 |
| Missouri | 12 | $56,349,376 |
| N. Carolina | 13 | $54,622,088 |
| Louisiana | 9 | $47,070,071 |
| All other | 54 | $244,976,413 |
| | 158 | $885,006,481 |