# TAB B. IV

# PROPERTY SPECIFIC INFORMATION

SECTION IV

(Based on Due Diligence Compilations dated as of December 5, 1996; UPB as of April 30, 1996)

| Project Name | HUD/FHA Case Number | Property City | Property State | Unpd Princ Bal |
|---|---|---|---|---|
| OWEN PLAZA | 116-35086 | ALBUQUERQUE | NM | $2,325,462 |
| SHAN-ANN PLAZA | 116-35094 | ALBUQUERQUE | NM | $2,271,538 |
| BEDFORD PLACE HSG PHA | 061-35320 | ATLANTA | GA | $9,058,356 |
| WOODBRIDGE III APTS | 101-35301 | AURORA | CO | $7,892,268 |
| WOODBRIDGE II APTS | 101-35283 | AURORA | CO | $3,386,456 |
| AVONDALE EDGEWATER | 123-35124 | AVONDALE | AZ | $4,950,564 |
| OAKDALE MANOR APTS. | 114-35263 | BEAUMONT | TX | $3,446,573 |
| CARDINAL SQUARE APTS. | 114-35248 | BEAUMONT | TX | $3,226,149 |
| GRIFFING VILLA APTS. | 114-35268 | BEAUMONT | TX | $3,976,420 |
| HICKORY HILLS APTS | 062-35329 | BIRMINGHAM | AL | $5,793,518 |
| PALISADES APTS | 067-35199 | BRANDON | FL | $3,586,831 |
| CREEKSIDE APTS | 053-35033 | BURLINGTON | NC | $624,210 |
| BOULDER CREEK APTS | 048-35047 | BURTON | MI | $2,781,677 |
| OAKCREST TERRACE APTS | 000-35235 | CAPITOL HEIGHTS | MD | $6,981,554 |
| TARHEEL MANOR APTS | 053-35195 | CARRBORO | NC | $4,017,708 |
| REGENCY PLACE | 112-35276 | CEDAR HILL | TX | $2,123,491 |
| SHANGRI LA APTS | 061-35270 | CHAMBLEE | GA | $5,843,124 |
| REDDMAN'S PIER | 053-35314 | CHARLOTTE | NC | $5,153,166 |
| 1212 SOUTH MICHIGAN | 071-35356 | CHICAGO | IL | $17,261,626 |
| TWO EAST 8TH STREET APTS | 071-32112 | CHICAGO | IL | $22,683,938 |
| PARK LA SALLE APTS | 071-32099 | CHICAGO | IL | $7,491,860 |
| DEL PRADO APARTMENTS | 071-32077 | CHICAGO | IL | $4,380,566 |
| CLARK CHESTNUT | 071-32117 | CHICAGO | IL | $20,266,785 |
| PENSACOLA PLACE | 071-32087 | CHICAGO | IL | $29,687,121 |
| THE LANDINGS | 087-35132 | CHURCHHILL | TN | $4,280,069 |
| LONG CREEK APTS | 054-35503 | COLUMBIA | SC | $5,200,000 |
| LAKEWOOD APTS | 053-35493 | CONCORD | NC | $4,824,006 |
| STONEYBROOK APARTMENT | 112-35322 | DALLAS | TX | $7,388,467 |
| THE LODGES II | 062-35231 | DECATUR | AL | $2,173,406 |
| PARKWAY CENTER APTS. | 101-32002 | DENVER | CO | $11,135,000 |
| BOULEVARD PLAZA APTS. | 101-32005 | DENVER | CO | $78,668,662 |
| TROLLEY PLAZA APTS | 044-35480 | DETROIT | MI | $14,717,514 |
| WALNUT RANCH APTS. | 121-35735 | DIXON | CA | $3,475,010 |
| WILLOW CREEK APTS | 053-35489 | DURHAM | NC | $6,570,427 |
| CENTURY OAKS APTS | 053-35252 | DURHAM | NC | $5,775,457 |
| EDGEWOOD GLEN APTS | 047-35151 | E. LANSING | MI | $1,407,961 |
| CHAMPION GARDENS | 115-35206 | EDINBURGH | TX | $2,053,304 |
| WILLIAMSBURG-ON-THE-LAKE | 073-35348 | EVANSVILLE | IN | $6,209,802 |
| ROLLINGWOOD COMMONS | 136-35542 | FAIR OAKS | CA | $9,311,664 |
| WOODRIDGE APTS FT WAYNE | 073-35330 | FORT WAYNE | IN | $4,278,635 |
| MEADOWBROOK GARDEN APTS. | 113-35070 | FORT WORTH | TX | $3,356,927 |
| ARBORS APTS. | 121-35745 | FRESNO | CA | $10,448,243 |
| ARBORS APTS. | 121-35745A | FRESNO | CA | $1,191,440 |
| CORAL REEF VILLAGE APTS. | 114-35311 | GALVESTON | TX | $4,423,081 |
| BACK BAY APTS. | 114-35255 | GALVESTON | TX | $4,568,323 |
| NEW WEST APTS | 112-35320 | GARLAND | TX | $6,095,658 |

SECTION IV

(Based on Due Diligence Compilations dated as of December 5, 1996; UPB as of April 30, 1996)

| Project Name | HUD/FHA Case Number | Property City | Property State | Unpd Princ Bal |
|---|---|---|---|---|
| GARLAND TRAILS APTS. | 112-35298 | GARLAND | TX | $5,439,968 |
| FOREST HILLS APTS | 053-35389 | GARNER | NC | $3,745,470 |
| CINNAMON RIDGE APTS | 053-35492 | GREENSBORO | NC | $3,475,407 |
| BILLINGS FORGE | 017-35113 | HARTFORD | CT | $3,592,555 |
| INTOWN WEST APTS | 017-35131 | HARTFORD | CT | $23,323,102 |
| ALQUETTE APTS | 064-35247 | HARVEY | LA | $6,639,667 |
| FELICIANA APTS | 064-35227 | HARVEY | LA | $7,899,078 |
| MEADOWBROOK APTS | 053-35473 | HIGH POINT | NC | $3,859,425 |
| MEADOWBROOK APTS | 053-15003 | HIGH POINT | NC | $377,408 |
| MORNINGSIDE ON THE GREEN | 071-35443 | HOFFMAN ESTATES | IL | $9,672,656 |
| MORNINGSIDE GREEN HOFF | 071-15012 | HOFFMAN ESTATES | IL | $528,548 |
| STONEGATE APTS | 047-35133 | HOLLAND | MI | $4,939,372 |
| DOWN MANOR APTS. | 126-94002 | HOOD RIVER | OR | $5,357,825 |
| DYERSDALE VILLAGE APTS. | 114-35232 | HOUSTON | TX | $2,773,294 |
| GREEN ARBOR APTS. | 114-35269 | HOUSTON | TX | $5,959,059 |
| VILLAGE PARK II APTS. | 114-35213 | HOUSTON | TX | $3,634,318 |
| BELLFORT APARTMENTS | 114-35253 | HOUSTON | TX | $5,103,946 |
| CLEAR CREEK LANDING | 114-35215 | HOUSTON | TX | $2,941,262 |
| SUMMERDALE APTS | 073-35364 | INDIANAPOLIS | IN | $5,608,835 |
| WOODBROOK APTS., PHASE I | 073-35327 | INDIANAPOLIS | IN | $5,423,676 |
| ABINGTON APARTMENTS | 073-35334 | INDIANAPOLIS | IN | $3,264,330 |
| THE WOODS OF CASTLETON | 073-35402 | INDIANAPOLIS | IN | $7,628,428 |
| PEBBLE POINT APARTMENTS | 073-35273 | INDIANAPOLIS | IN | $5,945,586 |
| WOODS EDGE APARTMENTS | 073-35359 | INDIANAPOLIS | IN | $5,410,521 |
| BENCHMARK APARTMENTS | 073-35363 | INDIANAPOLIS | IN | $6,985,463 |
| IRVING OAKS | 112-35286 | IRVING | TX | $2,706,831 |
| KING COURT APTS | 082-35195 | JACKSONVILLE | AR | $2,287,156 |
| BELMONT HEIGHTS APTS | 033-35157 | JOHNSTOWN | PA | $3,415,168 |
| TERRACE APTS | 082-11011 | JONESBORO | AR | $1,770,303 |
| PINE RIDGE I | 047-35115 | KALAMAZOO | MI | $1,472,377 |
| PINE RIDGE II ASSOC. | 047-35157 | KALAMAZOO | MI | $3,182,053 |
| HILLSIDE PARK APARTMENTS | 084-35223 | KANSAS CITY | MO | $3,149,887 |
| DUNLEITH TOWERS | 084-35235 | KANSAS CITY | MO | $7,994,858 |
| MIMOSA PLACE | 064-35123 | LAFAYETTE | LA | $1,144,549 |
| CYPRESS APTS | 064-35219 | LAKE CHARLES | LA | $8,442,003 |
| MEADOWS APARTMENTS | 112-35324 | LANCASTER | TX | $3,625,561 |
| CHAPARRAL APARTMENTS | 125-35058 | LAS VEGAS | NV | $9,758,981 |
| LAKE MEAD VILLA APTS. | 125-35100 | LAS VEGAS | NV | $2,377,154 |
| HUNTINGTON PLACE | 082-35066 | LITTLE ROCK | AR | $2,415,440 |
| SUNFLOWER EAST APTS | 059-35143 | LONGVIEW | TX | $1,486,372 |
| WILSHIRE VILLAS NORTH | 122-94019 | LOS ANGELES | CA | $3,989,704 |
| WOODBRIDGE APARTMENTS | 083-35334 | LOUISVILLE | KY | $6,097,316 |
| FOREST PARK APTS | 062-35322 | MADISON | AL | $2,531,012 |
| WESTBURY PARK APTS | 061-35299 | MARIETTA | GA | $3,632,290 |
| ELMWOOD GARDENS | 112-35285 | MESQUITE | TX | $4,115,669 |
| SABAL PALMS VILLAS | 066-11013 | MIAMI | FL | $7,133,130 |

SECTION IV
(Based on Due Diligence Compilations dated as of December 5, 1996; UPB as of April 30, 1996)

| Project Name | HUD/FHA Case Number | Property City | Property State | Unpd Princ Bal |
|---|---|---|---|---|
| DEL RIO APARTMENTS | 075-35305 | MILWAUKEE | WI | $4,482,550 |
| UNIVERSITY PK APTS MISH | 073-35328 | MISHAWAKA | IN | $4,885,279 |
| AUTUM CHASE APTS | 062-35353 | MOBILE | AL | $3,165,971 |
| CAMPUS COLONY APTS. | 114-11082 | NACOGDOCHES | TX | $1,023,265 |
| TARA APTS | 065-35281 | NATCHEZ | MS | $2,101,996 |
| COURTNEY HOUSE APTS. | 114-35282 | NEDERLAND | TX | $2,126,359 |
| BREWERY SQUARE | 017-35187 | NEW HAVEN | CT | $4,085,852 |
| SPANISH LAKE APTS | 064-35088 | NEW IBERIA | LA | $1,198,346 |
| FRENCHMAN'S WHARF II | 064-35192 | NEW ORLEANS | LA | $7,923,103 |
| FRENCHMAN'S WHARF I | 064-35179 | NEW ORLEANS | LA | $6,499,180 |
| AMBERS APTS | 061-35292 | NORCROSS | GA | $2,950,066 |
| PEMBROOKE VILLAS APTS | 067-35195 | ORLANDO | FL | $2,704,602 |
| LAS BRISAS DE PASADENA | 114-35337 | PASADENA | TX | $3,368,808 |
| BAYOU WILLOW APTS. | 114-35219 | PASADENA | TX | $4,028,597 |
| ARROWHEAD APTS. | 117-35162 | PAULS VALLEY | OK | $1,744,009 |
| POSADA VALLARTA | 123-35133 | PHOENIX | AZ | $13,379,772 |
| DESERT CREST | 123-35105 | PHOENIX | AZ | $3,091,164 |
| THORNSIDE APTS. | 121-35728 | PINEDALE | CA | $5,290,679 |
| TURTLE CREEK APTS | 044-35478 | PONTIAC | MI | $3,678,896 |
| PORTLAND CONTESSA APTS. | 115-35118 | PORTLAND | TX | $745,925 |
| TANGIERS APARTMENTS | 136-35589 | RANCHO CORDOVA | CA | $639,087 |
| RETIREMENT MANOR -- RESC. | 125-35074 | RENO | NV | $3,163,376 |
| DISCOVERY PARK I | 136-35573 | SACRAMENTO | CA | $4,296,741 |
| DISCOVERY PARK II | 136-35580 | SACRAMENTO | CA | $6,485,541 |
| COUNTRYWOOD VILLAGE APTS. | 136-35631 | SACRAMENTO | CA | $3,110,047 |
| DISCOVERY PARK III | 136-35630 | SACRAMENTO | CA | $6,713,566 |
| DISCOVERY PARK IV | 136-35651 | SACRAMENTO | CA | $3,893,563 |
| LINCOLN COUNTRYWOOD V | 136-35652 | SACRAMENTO | CA | $4,783,604 |
| OAK HILL ROAD APTS. | 115-35223 | SAN ANTONIO | TX | $2,357,767 |
| PARK APARTMENTS | 143-35091 | SAN BERNARDINO | CA | $5,040,693 |
| RIVERVIEW APTS | 062-35107 | SCOTTSBORO | AL | $1,248,219 |
| SHADOWBROOK I | 121-35703 | SELMA | CA | $2,050,874 |
| GEORGETOWN WEST APTS | 059-35153 | SHREVEPORT | LA | $2,739,931 |
| CEDAR CREEK APTS | 059-35219 | SHREVEPORT | LA | $4,584,215 |
| THE BLUFFS | 054-35423 | SPARTANBURG | SC | $4,251,032 |
| O'FALLON PLACE 2 | 085-35334 | ST. LOUIS | MO | $6,578,452 |
| HISTORIC SO. ST LOUIS II | 085-35402 | ST. LOUIS | MO | $640,861 |
| PERSHING WATERMAN V | 085-35324 | ST. LOUIS | MO | $10,533,883 |
| CAROLINE APARTMENTS | 085-35310 | ST. LOUIS | MO | $2,578,700 |
| COLUMBUS SQUARE I | 085-35313 | ST. LOUIS | MO | $2,749,623 |
| SENATE SQUARE APARTMENTS | 085-35292 | ST. LOUIS | MO | $2,965,072 |
| COLUMBUS SQUARE PHASE II | 085-35337 | ST. LOUIS | MO | $5,162,679 |
| ALPHA MANOR APARTMENTS | 085-35372 | ST. LOUIS | MO | $707,000 |
| SAVOY COURT APTS. | 085-35353 | ST. LOUIS | MO | $2,199,318 |
| SOUTHPOINTE (TARKINGTON) | 127-35344 | TACOMA | WA | $2,828,157 |
| PINECREST VILLAGE APT | 067-35277 | TAMPA | FL | $3,332,197 |

SECTION IV

(Based on Due Diligence Compilations dated as of December 5, 1996; UPB as of April 30, 1996)

| Project Name | HUD/FHA Case Number | Property City | Property State | Unpd Princ Bal |
|---|---|---|---|---|
| CEDAR TRACE APTS | 067-35261 | TAMPA | FL | $5,771,338 |
| WESTMINSTER PARK | 044-35086 | TAYLOR | MI | $2,978,601 |
| GULF ROYALE APTS. | 114-35094 | TEXAS CITY | TX | $864,461 |
| CHERRY HILLS APTS. II | 118-35088 | TULSA | OK | $2,440,360 |
| BENT TREE APARTMENTS | 112-35340 | TYLER | TX | $3,347,620 |
| ADRIENNE VILLAGE | 121-35757 | UNION CITY | CA | $3,828,827 |
| FOREST WOOD APTS. | 085-35332 | VALLEY PARK | MO | $11,089,042 |
| WILLIAMSBURG ON THE LAKE | 073-35336 | VALPARAISO | IN | $5,359,812 |
| VILLA CAPRI | 067-35254 | VENICE | FL | $6,034,858 |
| NORTHTOWN VILLAGE | 112-35328 | WAXAHACHIE | TX | $3,246,577 |
| PINETREE VILLAGE | 033-35096 | WEST MIDDLESEX | PA | $2,367,645 |
| PINETREE VILLAGE III>3 | 033-35096B | WEST MIDDLESEX | PA | $151,788 |
| PINETREE VILLAGE II>3 | 033-35096A | WEST MIDDLESEX | PA | $2,581,951 |
| WOODLAND CREEK APTS | 071-35484 | WHEELING | IL | $28,930,733 |
| KINKAID APTS. | 102-35167 | WICHITA | KS | $5,433,190 |
| WESTLINK VILLAGE | 102-35163 | WICHITA | KS | $6,352,015 |
| PARKWAY VILLAS | 112-35304 | WICHITA FALLS | TX | $4,898,615 |
| SPRINGHOUSE AT N. POINT | 053-35381 | WINSTON-SALEM | NC | $8,064,663 |
| TREETOPS APTS | 053-35407 | WINSTON-SALEM | NC | $3,193,127 |
| VINEYARD CROSSING APTS | 053-35298 | WINSTON-SALEM | NC | $4,941,613 |
| | | | | $885,006,481 |

TAB B. V

INTEREST RATE RANGE

## SECTION V: INTEREST RATE RANGE
(Based on Interest Rates as of April 30, 1996)




| Interest Rate Range | # of Loans | Total UPB |
|---|---|---|
| >=7.00% and <7.50% | 5 | $4,577,490 |
| >=7.50% and <8.00% | 116 | $742,426,560 |
| >=8.00% and <8.50% | 2 | $4,658,570 |
| >=8.50% and <9.00% | 5 | $24,284,430 |
| >=9.00% and <10.00% | 17 | $65,417,241 |
| >=10.00% and <12.00% | 13 | $43,642,191 |
| | 158 | $885,006,481 |

TAB B. VI

MATURITY DATES

# SECTION VI: MATURITY DATES

(Based on Maturity Dates as of April 30, 1996)




| Maturity Year Range | # of Loans | Total UPB |
|---|---|---|
| 1998 thru 1999 | 1 | $528,548 |
| 2010 thru 2014 | 8 | $12,348,684 |
| 2015 thru 2019 | 12 | $35,866,528 |
| 2020 thru 2024 | 113 | $715,021,028 |
| 2025 thru 2029 | 24 | $121,241,692 |
| | 158 | $885,006,481 |

# TAB IV

# DUE DILIGENCE MEMORANDUM

TO: Potential Bidders

FROM: Henry Kiema
Field Site Manager
Williams, Adley & Company, LLP

RE: Sale of Partially Assisted Multifamily Mortgage Loans

---

Potential Investors are invited and encouraged to conduct due diligence prior to the bid date. Asset Review Files (ARFs) for all assets in the sale will be made available to interested parties beginning February 15, 1996 until the bid date. Asset files that are ordered contain the same information as those which are available at the Due Diligence Facility.

To Order Asset Review Files:

Asset Review Files may be ordered by completing the attached Order Form. These forms, along with a payment in full should be addressed to the attention of Henry Kiema at the Due Diligence Facility (see address below).

**Cost:** $180.00 per Asset Review File, plus shipping.
See attached Order Form for shipping and handling charges.

**Forms of Payment:** Certified or Cashiers Check made payable to the order of **"The Corporate Printing Company, Inc."**
Credit Cards (Visa or Master Card).
Wire Transfer (Please call the Due Diligence Facility for details).

**Timing:** Files may be ready for shipping two days after delivery of a complete order to Williams, Adley & Company, LLP.

**Complete Order:** An order for Asset Review Files is complete when Order Forms are accompanied by a payment in full, and after verification that the prospective investor has been pre-qualified (to bid) by Hamilton Securities Group.

To Schedule an Appointment at the Due Diligence Facility:

Interested Parties may schedule an appointment to review Asset Review Files at the Due Diligence Facility by contacting Henry Kiema at the phone number listed below. Appointments may be scheduled for a period of not more than three days, based upon availability of space. Appointments to utilize the Due Diligence Facility will be confirmed upon receipt by Williams, Adley & Company, LLP of the following: (1) verification that the potential investor has been pre-qualified by Hamilton Securities Group, and (2) payment of a non-refundable War Room Review Fee.

**War Room Review Fee:** $720.00 (a one time charge). This fee is non-refundable and can be applied to the purchase of any four Asset Review Files. Additional ARFs can be purchased at the above stated price.

**Due Diligence Period:** February 15, 1996 until the bid date.

**Due diligence Facility Business Hours:** 9:00 a.m. - 6:00 p.m. (EST)

**Due Diligence Facility:** Williams, Adley & Company, LLP
1140 Connecticut Avenue, NW, Suite 302
Washington, DC 20036
Phone #: (202) 496-0965
Fax #: (202) 496-0182

Attachments:

Order Form (with Exhibit 1)

# ASSET REVIEW FILE ORDER FORM

To: Williams, Adley & Company, LLP - **Fax # (202) 496 0182 / Telephone # (202) 496 0965**

Date: ____________________

Requestor Name: ____________________

Company Name: ____________

Street Address: ____________

City: ______________________________ State: ________________ Zip: ________

Phone: ____________________ Fax: ____________

Send To/
Name: ________________________________

Company: ______________________________

Street Address: ______________________________

City: ______________________________ State: ______________ Zip ________

Phone #: __________________ Fax: ______________

**Payment Form**

Check Attached (Y/N): __________
(Certified Check or Cashiers Check should be made payable to "**The Corporate Printing Company, Inc.**"

Bill Credit Card (Y/N): ______________

Credit Card (circle one): **Master Card or Visa**

Card Number: ____________________

Card Expiration Date: ______________

Card Member Name: ______________
(Please Print)

Card member Signature: ______________

Please refer to the attached Exhibit 1 and enter the number of books you would like to order in the appropriate box. When ordering 3 Asset Review Files or less, please provide asset details below.

| WACO CNTL # | FHA CASE # | PROJECT NAME | # OF ARFs ORDERED |
|---|---|---|---|
| ______ | ________ | ________________ | ______ |
| ______ | ________ | ________________ | ______ |
| ______ | ________ | ________________ | ______ |

FEDERAL HOUSING ADMINISTRATION
Partially Assisted Loan Sale
Williams, Adley & Company, LLP

## ASSET REVIEW FILE ORDER FORM

ORDERING A COMPLETE SET OF ALL 157 ASSETS: ___________

@ $180.00 per Asset Review File ___________

Shipping & Handling Charges (see page 2) ___________

Total Amount Due ___________

Desired Courier:

Federal Express Standard Service (Y/N): ____________________

Federal Express Account Number: ____________________

US Postal service First Class (Y/N): ____________________

Other ____________________

**Shipping Instructions**

Pickup by Recipient (Y/N) if yes, Name of Recepient ____________

Drop-off without someone to receive (Y/N , NAP) ____________

Requestioner Name (Printed) ____________________

Date: ____________________

**Attachments:**

Exhibit 1 Asset File Request Form

Check Enclosed (Y/N): ____________________

Confidentiality Agreement Enclosed (Y/N) ____________

If CPC's Shipping Account is utilized, charges will be as follows:

**Two Day Delivery**

| | |
|---|---|
| First Book: | $20.00 |
| Each Additional Book | $ 7.00 |

**Next Day Delivery**

| | |
|---|---|
| First Book | $40.00 |
| Each Additional Book | $14.00 |

FEDERAL HOUSING ADMINISTRATION
Partially Assisted Loan Sale
Williams, Adley & Company, LLP

## ASSET REVIEW FILE ORDER FORM

FOR INTERNAL USE ONLY

Investor ID # __________ Order # __________

Complete Information (Y/N) __________ Amount Due $ __________

Execution (Y/N) __________ Amount Paid $ __________

Check # __________ Check Date __________

Submission Date __________ Ship Date __________

FEDERAL HOUSING ADMINISTRATION
Partially Assisted Loan
Williams, Adley and Company, LLP

EXHIBIT 1 - ASSET REVIEW FILE (ARF) REQUEST FORM

Please indicate (in the appropriate line) the number of books you would like to order.

| Asset ID | HUD / FHA Case Number | Project Name | ARFs Ordered |
|---|---|---|---|
| 40000 | 000-35235 | OAKCREST TERRACE | |
| 40002 | 017-35113 | BILLINGS FORGE | |
| 40003 | 017-35131 | CLEMENS PLACE (INTOWN WEST) | |
| 40004 | 017-35187 | BREWERY SQUARE | |
| 40008 | 033-35096 | PINETREE VILLAGE | |
| 40009 | 033-35157 | BELMONT HEIGHTS APARTMENTS | |
| 40013 | 044-35086 | WESTMINISTER PARK APARTMENTS | |
| 40015 | 044-35478 | TURTLE CREEK APTS | |
| 40016 | 044-35480 | TROLLEY PLAZA APARTMENTS | |
| 40017 | 047-35115 | OAKHILL APARTMENTS | |
| 40018 | 047-35133 | WINDSCAPE APARTMENTS | |
| 40019 | 047-35151 | EDGEWOOD GLEN APTS | |
| 40020 | 047-35157 | OAKHILL APARTMENTS II | |
| 40022 | 048-35047 | BOULDER CREEK APTS | |
| 40026 | 053-35033 | CREEKSIDE APARTMENTS | |
| 40027 | 053-35195 | TARHEEL MANOR APARTMENTS | |
| 40028 | 053-35252 | CENTURY OAKS APTS.' | |
| 40029 | 053-35298 | VINEYARD CROSSING APTS | |
| 40030 | 053-35314 | REDDMAN'S PIER | |
| 40031 | 053-35381 | SPRINGHOUSE AT NORTH POINT | |
| 40032 | 053-35389 | FOREST HILLS APARTMENTS | |
| 40033 | 053-35407 | TREETOPS APTS. | |
| 40035 | 053-35473 | MEADOWBROOK APTS. | |
| 40036 | 053-35489 | WILLOW CREEK APTS. | |
| 40037 | 053-35492 | CINNAMON RIDGE APTS. | |
| 40038 | 053-35493 | LAKEWOOD APTS. | |

FEDERAL HOUSING ADMINISTRATION
Partially Assisted Loan
Williams, Adley and Company, LLP

EXHIBIT 1 - ASSET REVIEW FILE (ARF) REQUEST FORM

Please indicate (in the appropriate line) the number of books you would like to order.

| Asset ID | HUD / FHA Case Number | Project Name | ARFs Ordered |
|---|---|---|---|
| 40040 | 054-35423 | THE BLUFFS | |
| 40041 | 054-35503 | RIVERWIND AT ST. ANDREWS | |
| 40043 | 059-35143 | SUNFLOWER EAST APTS | |
| 40044 | 059-35153 | GEORGETOWN WEST APTS | |
| 40045 | 059-35219 | CEDAR CREEK APTS | |
| 40046 | 061-35270 | SHANGRI LA APARTMENTS | |
| 40047 | 061-35292 | AMBERS APARTMENTS | |
| 40048 | 061-35299 | WESTBURY PARK APTS | |
| 40049 | 061-35320 | BEDFORD PLACE HSG PHASEI | |
| 40050 | 062-35107 | RIVERVIEW LODGE APTS. | |
| 40051 | 062-35231 | THE LODGES II | |
| 40053 | 062-35322 | FOREST PARK APARTMENTS | |
| 40054 | 062-35329 | HICKORY HILLS APTS | |
| 40055 | 062-35353 | AUTUMN CHASE APARTMENTS | |
| 40057 | 064-35088 | SPANISH LAKE APTS. | |
| 40059 | 064-35123 | MIMOSA PLACE | |
| 40060 | 064-35179 | FRENCHMAN'S WHARF I | |
| 40061 | 064-35192 | FRENCHMANS WHARF II | |
| 40062 | 064-35227 | FELICIANA APARTMENTS | |
| 40063 | 064-35247 | ALOUETTE APTS | |
| 40064 | 065-35281 | TARA APARTMENTS | |
| 40065 | 066-11013 | SABAL PALMS VILLAS | |
| 40067 | 067-35195 | PEMBROOKE VILLAS APTS. | |
| 40068 | 067-35199 | PALISADES APARTMENTS | |
| 40069 | 067-35254 | VILLA CAPRI APTS | |
| 40070 | 067-35261 | CEDAR TRACE APTS. | |

EXHIBIT 1 - ASSET REVIEW FILE (ARF) REQUEST FORM

Please indicate (in the appropriate line) the number of books you would like to order.

| Asset ID | HUD / FHA Case Number | Project Name | ARFs Ordered |
|---|---|---|---|
| 40071 | 067-35277 | ARMENIA GARDENS APTS | |
| 40072 | 071-32077 | DEL PRADO APARTMENTS | |
| 40073 | 071-32087 | PENSACOLA PLACE | |
| 40074 | 071-32099 | PARK LA SALLE APTS | |
| 40075 | 071-32112 | TWO EAST 8TH STREET APTS | |
| 40076 | 071-32117 | 100 W. CHESTNUT | |
| 40077 | 071-35356 | 1212 SOUTH MICHIGAN AVE. APTS. | |
| 40078 | 071-35443 | MORNINGSIDE ON THE GREEN | |
| 40079 | 071-35484 | WOODLAND CREEK APTS | |
| 40080 | 073-35273 | PEBBLE POINT APARTMENTS | |
| 40081 | 073-35327 | WOODBROOK APTS., PHASE I | |
| 40082 | 073-35328 | UNIVERSITY PARK APTS | |
| 40083 | 073-35330 | WOODBRIDGE APTS FT WAYNE | |
| 40084 | 073-35334 | ABINGTON APARTMENTS | |
| 40085 | 073-35336 | WILLIAMSBURG ON THE LAKE | |
| 40086 | 073-35348 | WILLIAMSBURG-ON-THE-LAKE | |
| 40087 | 073-35359 | WOODS EDGE APARTMENTS | |
| 40088 | 073-35363 | BENCHMARK APARTMENTS | |
| 40089 | 073-35402 | THE WOODS OF CASTLETON | |
| 40091 | 075-35305 | DEL RIO APARTMENTS | |
| 40092 | 082-35066 | HUNTINGTON PLACE | |
| 40094 | 082-35195 | KING COURT APTS | |
| 40095 | 083-35334 | WOODBRIDGE APARTMENTS | |
| 40096 | 084-35223 | HILLSIDE PARK APARTMENTS | |
| 40097 | 084-35235 | DUNLEITH TOWERS | |
| 40099 | 085-35292 | SENATE SQUARE | |

FEDERAL HOUSING ADMINISTRATION
Partially Assisted Loan
Williams, Adley and Company, LLP

EXHIBIT 1 - ASSET REVIEW FILE (ARF) REQUEST FORM

Please indicate (in the appropriate line) the number of books you would like to order.

| Asset ID | HUD / FHA Case Number | Project Name | ARFs Ordered |
|---|---|---|---|
| 40100 | 085-35310 | CAROLINE APARTMENTS | |
| 40101 | 085-35324 | PERSHING WATERMAN V | |
| 40102 | 085-35332 | FOREST WOOD APTS. | |
| 40103 | 085-35334 | O'FALLON PLACE APTS. II | |
| 40104 | 085-35337 | COLUMBUS SQUARE PHASE II | |
| 40105 | 085-35353 | SAVOY COURT APTS. | |
| 40106 | 085-35372 | ALPHA MANOR APARTMENTS | |
| 40108 | 085-35402 | HISTORIC SO. ST LOUIS II | |
| 40109 | 087-35132 | THE LANDINGS | |
| 40111 | 101-32002 | PARKWAY CENTER APTS. | |
| 40112 | 101-32005 | BOULEVARD PLAZA APTS. | |
| 40115 | 101-35283 | WOODRIDGE II APARTMENTS | |
| 40116 | 101-35301 | WOODRIDGE III APARTMENTS | |
| 40117 | 102-35163 | WESTLINK VILLAGE | |
| 40118 | 112-35285 | ELMWOOD GARDENS | |
| 40119 | 112-35286 | IRVING OAKS | |
| 40120 | 112-35298 | GARLAND TRAILS APTS. | |
| 40121 | 112-35304 | PARKWAY VILLAS | |
| 40123 | 112-35322 | STONEYBROOK APARTMENTS | |
| 40124 | 112-35324 | MEADOWS APARTMENTS | |
| 40125 | 112-35328 | NORTHTOWN VILLAGE | |
| 40126 | 112-35340 | BENT TREE APARTMENTS | |
| 40127 | 113-35070 | MEADOWBROOK GARDEN APTS | |
| 40128 | 114-11082 | CAMPUS COLONY APTS | |
| 40129 | 114-35094 | GULF ROYALE APTS. | |
| 40130 | 114-35213 | HAMMERLY WALK | |

EXHIBIT 1 - ASSET REVIEW FILE (ARF) REQUEST FORM

Please indicate (in the appropriate line) the number of books you would like to order.

| Asset ID | HUD / FHA Case Number | Project Name | ARFs Ordered |
|---|---|---|---|
| 40131 | 114-35215 | CLEAR CREEK LANDING | |
| 40133 | 114-35232 | DYERSDALE VILLAGE APTS | |
| 40135 | 114-35248 | CARDINAL SQUARE APTS. | |
| 40136 | 114-35253 | BELLFORT APARTMENTS | |
| 40137 | 114-35255 | BACK BAY APTS | |
| 40138 | 114-35263 | OAKDALE MANOR APTS. | |
| 40139 | 114-35268 | GRIFFING VILLA APARTMENTS | |
| 40140 | 114-35269 | GREEN ARBOR APTS. | |
| 40141 | 114-35282 | COURTNEY HOUSE APARTMENTS | |
| 40142 | 114-35311 | CORAL REEF VILLAGE | |
| 40143 | 114-35337 | LAS BRISAS DE PASADENA | |
| 40144 | 115-35118 | PORTLAND CONTESSA APTS | |
| 40145 | 115-35206 | CHAMPION GARDEN APTS. | |
| 40146 | 115-35223 | OAK HILL ROAD APARTMENTS | |
| 40148 | 116-35086 | OWEN PLAZA | |
| 40149 | 116-35094 | SHAN-ANN PLAZA | |
| 40150 | 117-35162 | ARROWHEAD APTS | |
| 40151 | 118-35088 | CHERRY HILLS APTS II INC | |
| 40152 | 121-35703 | SHADOWBROOK 1 | |
| 40153 | 121-35728 | THORNSIDE APTS | |
| 40154 | 121-35735 | WALNUT RANCH APTS | |
| 40155 | 121-35745 | ARBORS APTS. | |
| 40156 | 121-35757 | ADRIENNE VILLAGE | |
| 40158 | 123-35105 | DESERT CREST | |
| 40159 | 123-35124 | AVONDALE EDGEWATER | |
| 40160 | 123-35133 | POSADA VALLARTA | |