EXHIBIT A

# PARTIALLY ASSISTED MULTIFAMILY SALE SERVICER LETTER OF REPRESENTATION

Ladies and Gentlemen:

This servicer letter of representation (the "Letter") is delivered to the United States Department of Housing and Urban Development ("HUD") by the undersigned (the "Servicer") in connection with the bid by the investor named below (the "Investor") on the trust certificate (the "Class A Trust Certificate") relating to the securitization and servicing of certain partially assisted, multifamily mortgage loans currently held by HUD. Capitalized terms used herein but not defined shall have the meanings set forth in the Preliminary Bidding Materials dated May 13, 1996 (as revised and supplemented, the "Bidding Materials") or if not defined therein, in the form of Trust Agreement distributed to the Purchaser.

I. Investor and Servicer Information (identify the Investor and Servicer exactly as the name will appear on all Closing Documentation:

A. ______________________________
Name of Investor Entity

B. ______________________________
Name of Servicer Entity

C. ______________________________
Corporate or Partnership Designation and State of Formation/Origination of the Servicer

D. ______________________________
Name of Person who will execute the Servicing Agreement on behalf of the Servicer

E. ______________________________
Address of Servicer

F. ______________________________
City, State, Zip Code

G. ____________ Phone  I. ____________ Telecopy  G. ____________ Servicer Tax I.D.

II. Servicer Qualification:

The Servicer hereby represents and warrants as follows:

(A) the Servicer has been approved as at least an "Above Average Special Servicer" by Fitch Investors Service, L.P. ("Fitch") and as an "Approved" special servicer by Standard & Poor's Rating Group ("S&P");

(B) the Servicer is not:

(i) an entity debarred from doing business with FHA pursuant to Title 24 of the Code of Federal Regulations, Part 24;

(ii) an entity controlled by an FHA employee or by a member of such employee's household;

(iii) an entity which employs or uses the services of an FHA employee involved in the FHA Partially Assisted Sale other than in such employee's official capacity;

(iv) an entity employing the services of an FHA employee to assist in the preparation of the Servicer's bid;

(v) a contractor, subcontractor and/or consultant (including any agent of the foregoing) who performed or is performing services for, or on behalf of, FHA in connection with the FHA Partially Assisted Sale or any Affiliate of such contractor, subcontractor, consultant or agent;

(vi) an entity using the services for its servicing, of an employee or former employee of an entity listed in (v) above;

(vii) an entity that served as a loan servicer or performed other services for, or on behalf of, FHA, with respect to any of the Mortgage Loans at any time during the two (2) year period prior to May 22, 1996, or any Affiliate thereof; or

(viii) any Mortgagor or an entity affiliated with any such Mortgagor;

(C) in the event that the Investor's bid is the winning bid, the Servicer agrees that it will act as servicer on the terms set forth in the form of Servicing Agreement provided with the Bidding Materials; and

(D) the Servicer agrees to furnish customary information about itself for purposes of providing appropriate disclosure in the PPM; and

(E) The Servicer hereby agrees to execute and deliver the Servicing Agreement in the form included in the Bidding Materials on the Closing Date, subject to satisfaction of the conditions set forth in Section 5(a) of the Investor's Trust Certificate Purchaser Agreement.

This Letter has been duly executed and delivered and constitutes the legal, valid and binding obligation of the Servicer, enforceable against the Servicer in accordance with its terms, except as such enforceability may be limited by bankruptcy, insolvency, reorganization, moratorium or similar laws or equitable principals affecting the enforcement of creditors' rights generally and general principles of equity.

Dated:_______________ Very truly yours,

Servicer:________________________

By:______________________________

Name:______________________

Title:_____________________

Exhibit B

## HUD Certificate

I, Helen Dunlap, Deputy Assistant Secretary of Operations for the United States Department of Housing and Urban Development ("HUD"), in connection with the issuance of $509 million aggregate principal amount of Floating Rate Multi-Family Mortgage Backed Bonds, Series 1996-1 (the "Bonds") and the Class A Trust Certificates and the Class B Trust Certificates (together, the "Trust Certificates") of Multi-Family Mortgage Trust 1996-1 (the "Issuing Trust"), hereby certify as follows:

1. Each of the representations and warranties of HUD set forth in the Loan Sale Agreement, dated as of June , 1996 (the "Loan Sale Agreement") between HUD and the Issuing Trust, are true and correct as of the date hereof.

2. The statements contained in the Private Placement Memorandum, dated June ___, 1996 under the headings "Risk Factors--Nature of the Mortgage Loans" and "--Significant Mortgage Loans", and "Description of the Mortgage Loans--General" and "--Significant Mortgage Loans", are a fair and accurate summary of the matters addressed therein.

IN WITNESS WHEREOF, I have executed this Certificate as of the date indicated below.

Dated: June , 1996

____________________________
HELEN DUNLAP, DEPUTY ASSISTANT SECRETARY OF OPERATIONS

Exhibit C

[DATE]

Dewey Ballantine
1301 Avenue of the Americas
New York, New York 10019

Re: HUD Multifamily Mortgage Trust 1996-1

Ladies and Gentlemen:

In order for you to render a legal opinion as to the classification for federal income tax purposes of the trust formed pursuant to the Trust Agreement, dated as of June 18, 1996 between ______________________________, the Class A Certificateholder, and ____________, as Owner Trustee, we hereby certify the accuracy of the representations contained herein. We understand that in rendering your opinion you will rely in part on such representations, and the applicability of your opinion will be conditioned on the truth of the representations contained herein. All capitalized terms used in this letter without definition have the meanings provided in the Trust Agreement.

1. The Holder of the Class A Certificate will have a net worth equal to at least 10 percent of the total amount contributed to the Issuing Trust and such net worth is expected to continue to equal at least 10 percent of the total contributions to the Issuing Trust throughout the life of the Issuing Trust, within the meaning of Sec. 4.07, of Rev. Proc. 89-12, 1989-1 C.B. 798.

2. The organization, activities, and economic interests of the Class A Trust Certificateholder are sufficiently independent from those of HUD so that the Class A Trust Certificateholder is not and will not be under the control of, or an agent of, the Class B Trust Certificateholder.

3. The Class A Trust Certificateholder intends to join with the Class B Trust Certificateholder for the principal purpose of jointly engaging in profit-making business activities, and it also intends that the Issuing Trust be treated as a partnership for federal income tax purposes.

4. At no time will the Trust Certificates be listed for trading on an established securities market.

5. It is anticipated that sufficient funds will be available to make all required payments of interest and principal on the all classes of Bonds at or prior to their respective Stated Maturities.

6. It is anticipated that the Issuing Trust will continue to operate for the benefit of the Class A Trust Certificateholder and Class B Trust Certificateholders for a reasonable period of time after the date on which the last required payment of interest and principal is made on the Bonds.

[Class A Certificateholder]

By: ______________________________
Name:
Title

EXHIBIT A

PARTIALLY ASSISTED MULTIFAMILY SALE
SERVICER LETTER OF REPRESENTATION

Ladies and Gentlemen:

This servicer letter of representation (the "Letter") is delivered to the United States Department of Housing and Urban Development ("HUD") by the undersigned (the "Servicer") in connection with the bid by the investor named below (the "Investor") on the trust certificate (the "Class A Trust Certificate") relating to the securitization and servicing of certain partially assisted, multifamily mortgage loans currently held by HUD. Capitalized terms used herein but not defined shall have the meanings set forth in the Preliminary Bidding Materials dated May 13, 1996 (as revised and supplemented, the "Bidding Materials") or if not defined therein, in the form of Trust Agreement distributed to the Purchaser.

I. Investor and Servicer Information (identify the Investor and Servicer exactly as the name will appear on all Closing Documentation:

A. WHUDA Real Estate Limited Partnership (an affiliate of Whitehall Street Real Estate L.P. VII)
Name of Investor Entity

B. JER HUD Management, Inc., a Virginia corporation that is an affiliate of the J.E. Robert Company, Inc. (however, the Servicer Entity will be the J.E. Robert Company, Inc., if the Rating Agencies object to JER HUD Management, Inc. as Servicer).
Name of Servicer Entity

C. Corporation formed in Virginia
Corporate or Partnership Designation and State of Formation/Origination of the Servicer

D. Daniel T. Ward, Vice President
Name of Person who will execute the Servicing Agreement on behalf of the Servicer

E. 1650 Tysons Boulevard, Suite 1600, McLean, Virginia 22102
Address of Servicer

F. ______
City, State, Zip Code

| H. | (703)714-8000 | I. | (703)714-8100 | G. | *54-1279574<br>**54-1804369 |
|---|---|---|---|---|---|
| | Phone | | Telecopy | | Servicer Tax I.D. |

* J.E. Robert Company, Inc.
** JER HUD Management, Inc.

II. Servicer Qualification:

The Servicer hereby represents and warrants as follows:

(A) the Servicer has been approved as at least an "Above Average Special Servicer" by Fitch Investors Service, L.P. ("Fitch") and as an "Approved" special servicer by Standard & Poor's Rating Group ("S&P");

(B) the Servicer is not:

(i) an entity debarred from doing business with FHA pursuant to Title 24 of the Code of Federal Regulations, Part 24;

(ii) an entity controlled by an FHA employee or by a member of such employee's household;

(iii) an entity which employs or uses the services of an FHA employee involved in the FHA Partially Assisted Sale other than in such employee's official capacity;

(iv) an entity employing the services of an FHA employee to assist in the preparation of the Servicer's bid;

(v) a contractor, subcontractor and/or consultant (including any agent of the foregoing) who performed or is performing services for, or on behalf of, FHA in connection with the FHA Partially Assisted Sale or any Affiliate of such contractor, subcontractor, consultant or agent;

(vi) an entity using the services for its servicing, of an employee or former employee of an entity listed in (v) above;

(vii) an entity that served as a loan servicer or performed other services for, or on behalf of, FHA, with respect to any of the Mortgage Loans at any time during the two (2) year period prior to May 22, 1996, or any Affiliate thereof; or

(viii) any Mortgagor or an entity affiliated with any such Mortgagor;

(C) in the event that the Investor's bid is the winning bid, the Servicer agrees that it will act as servicer on the terms set forth in the form of Servicing Agreement provided with the Bidding Materials; and

(D) the Servicer agrees to furnish customary information about itself for purposes of providing appropriate disclosure in the PPM; and

(E) The Servicer hereby agrees to execute and deliver the Servicing Agreement in the form included in the Bidding Materials on the Closing Date, subject to satisfaction of the conditions set forth in Section 5(a) of the Investor's Trust Certificate Purchaser Agreement.

This Letter has been duly executed and delivered and constitutes the legal, valid and binding obligation of the Servicer, enforceable against the Servicer in accordance with its terms, except as such enforceability may be limited by bankruptcy, insolvency, reorganization, moratorium or similar laws or equitable principals affecting the enforcement of creditors' rights generally and general principles of equity.

Dated: MAY 29, 1996

Very truly yours,

Servicer: *

By: [signature]

Name: RICHARD A. HARKINS

Title: Vice PRESIDENT

* JER HUD Management, Inc., a Virginia corporation that is an affiliate of the J.E. Robert Company, Inc. (however, the Servicer Entity will be the J.E. Robert Company, Inc., if the Rating Agencies object to JER HUD Management, Inc. as Servicer).

# NOTICE TO HUD

## PURSUANT TO PARAGRAPH 4(l) OF THE TRUST CERTIFICATE PURCHASE AGREEMENT

I, the undersigned party, hereby certify:

(i) The name in which the Class A Trust Certificate is to be registered is WHUDA Real Estate Limited Partnership, a Delaware limited partnership.

(ii) The individuals designated by the Purchaser and the Servicer (as the case may be) to execute the Trust Agreement and Servicing Agreement and to receive the Class A Trust Certificate are:

| Purchaser | Servicer |
|---|---|
| Michael K. Klingher | Dale Cooney |
| Jon Goldberg | Daniel T. Ward |

(iii) The type of identification that the above listed persons will provide to confirm their identities will be driver's licenses, passports, birth certificates, Mother's Affidavits or other forms of self-authenticating identification materials.

(iv) HUD is hereby released from any and all liability relating to HUD's delivery of the original HUD loan files to an agent of Federal Express who will arrive at HUD on June 27, 1996 with appropriate identification indicating that he/she is an employee of Federal Express. The loan file delivery release set forth in this paragraph (iv) may be altered by further written instructions from Arent Fox on behalf of the Class A Trust Certificate Holder delivered to Gerald Salzman or Maureen Bolton on or before June 27, 1996.

(v) The capitalized terms used in this Notice which are undefined herein shall have the meanings ascribed to them in the Trust Certificate Purchase Agreement.

[Signature appears on next page]

6/19/96 5:47P

IN WITNESS WHEREOF, the undersigned has executed and delivered this Notice in the name and on behalf of WHUDA Real Estate Limited Partnership.

Dated: June 20, 1996

Witness

WHUDA Real Estate Limited Partnership

By: WHUDA Gen-Par, Inc, its general partner

By: ____________________
Name: Michael K. Klingher
Title: Vice President

U. S. Department of Housing and Urban Development
Washington, D.C. 20410-8000

OFFICE OF THE ASSISTANT SECRETARY
FOR HOUSING-FEDERAL HOUSING COMMISSIONER

## HUD Certificate

I, Helen Dunlap, Deputy Assistant Secretary of Operations for the United States Department of Housing and Urban Development ("HUD"), in connection with the issuance of $509 million aggregate principal amount of Floating Rate Multi-Family Mortgage Backed Bonds, Series 1996-1 (the "Bonds") and the Class A Trust Certificates and the Class B Trust Certificates (together, the "Trust Certificates") of Multi-Family Mortgage Trust 1996-1 (the "Issuing Trust"), hereby certify as follows:

1. Each of the representations and warranties of HUD set forth in the Loan Sale Agreement, dated as of June ,
1996 (the "Loan Sale Agreement") between HUD and the issuing Trust, are true and correct as of the date hereof.

2. The statements contained in the Private Placement Memorandum, dated June 27, 1996 under the headings "Risk Factors--Nature of the Mortgage Loans" and "--Significant Mortgage Loans", and "--Significant Mortgage Loans", are a fair and accurate summary of the matters addressed therein.

IN WITNESS WHEREOF, I have executed this Certificate as of the date indicated below.

Dated: June 27, 1996

HELEN DUNLAP, DEPUTY ASSISTANT
SECRETARY OF OPERATIONS