No. 03-1874C
Judge Hewitt

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EWARD T. ARAKAKI and HELEN ARAKAKI,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

PLAINTIFF'S RESPONSE TO THE COURT'S JUNE 23, 2004 ORDER

CERTIFICATE OF FILING

R. PATRICK JARESS, ESQ.
JARESS & LEONG, AAL, ALC
737 Bishop Street, Suite 2920
Honolulu, Hawaii 96813
Tel: (808) 531-3151

Attorney for Plaintiff

PLAINTIFF'S RESPONSE TO THE COURT'S JUNE 23, 2004 ORDER

Pursuant to the Court's June 23, 2004 Order, Plaintiff is filing copies of the following documents.

1. Letter from the Department of Housing and Urban Development (HUD) to plaintiff, dated July 5, 1995, by which HUD allegedly informed plaintiff that it planned to include plaintiff's mortgage in an upcoming sale, as Exhibit A hereto.

2. Letter from Dorothy Manz to Lake Mead Villa Apartments, dated June 21, 1996, and received on June 26, 1996, allegedly stating that plaintiff's mortgage was sold on June 6, 1996, as Exhibit B hereto.

3. Loan handbook 4350 Rev. 1 change 8, as Exhibit C hereto.

DATED: Honolulu, Hawaii, June 25, 2004.

R. PATRICK JARESS
Attorney for Plaintiffs
(808) 531-3151
(808) 531-6064

CERTIFICATE OF FILING

I hereby certify that on this 25th day of June, 2004, a copy of the foregoing "Plaintiff's Response To The Court's June 23, 2004 Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: Honolulu, Hawaii, June 25, 2004

R. PATRICK JARESS