U.S. Department of Housing and Urban Development
Washington, D.C. 20410-8000

OFFICE OF THE ASSISTANT SECRETARY
FOR HOUSING-FEDERAL HOUSING COMMISSIONER

July 5, 1995

Edward T. Arakaki
98-1746 Hapaki St.
Aiea, HI 96701
FHA Case Number: 125-35100

Dear Mr Arakaki:

The U.S. Department of Housing and Urban Development (HUD) plans to include the mortgage on the referenced property in an upcoming sale of partially assisted HUD-held multifamily mortgages secured by properties located nationwide. HUD is defining the partially assisted portfolios as loans where up to 50% of the units are associated with project-based Section 8.

The Department, together with the U.S. Congress, has determined that it is in the taxpayers' best interest to sell the multifamily mortgages that HUD has acquired so that the Department can focus more of its asset management staff and resources on proactive oversight of its insured mortgage portfolio. We expect to solicit bids for this mortgage sale sometime in the fall of 1995.

These HUD-held mortgage notes may be sold in a competitive auction or through negotiated transactions. The details of the auction will be published in an Auction Announcement which the project owner will receive approximately 100 days before the sale. The project owner's name will automatically be included in the distribution list of information related to the sale and they will receive the information consistent with the timing for all interested parties. When the sale of the mortgage on the property is closed, there will be a new mortgagee servicing the loan. HUD will notify you of the name and address of the new servicer as soon as possible after closing.

All of the loans in this sale will be sold without FHA mortgage insurance. Accordingly, the HUD Regulatory Agreement will no longer apply after the sales are closed. Because the mortgage will no longer be held by HUD, and since the HUD Regulatory Agreement will no longer apply, you will be relieved of your obligations to pay service charges and to make deposits to the reserve for replacement account.

You are reminded that, even though the mortgage on this project is offered for sale, you are required to continue sending your monthly payments to HUD until notified that the mortgage has been sold and closed. You may be assessed a late charge by HUD if payments are not received on time.

EXHIBIT A

In preparation for the loan sale, we require access to the property securing this loan, as provided for in the HUD Regulatory Agreement, for purposes of performing an environmental assessment and physical inspection. We request that you grant access to representatives of Castillo Company, which has been retained by Williams, Adley & Company, to provide environmental assessments and project physical inspections on behalf of HUD. This firm will be contacting the property manager to arrange a time for a visit in the near future. We appreciate your cooperation in this matter.

If you have any questions, you may contact Ray L. Curtis of Williams, Adley & Company, HUD's Due Diligence contractor, at 202-496-0170, or Robin Rains of Hamilton Securities, HUD's Financial Advisor, at 202-483-6009, extension 231.

Sincerely,

Albert B. Sullivan

Albert B. Sullivan
Director,
Office of Multifamily Housing Management