JUN 26 '96

U.S. Department of Housing and Urban Development
Nevada State Office
Atrium Building
333 North Rancho, Suite 700
Las Vegas, NV 89106
http://www.hud.gov

June 21, 1996

Ms. Aurea Mabe
Eugene Burger Management Corp.
3160 S. Valley View, Suite 204
Las Vegas, NV 89102

Dear Ms. Mabe:

SUBJECT: Lake Mead Villa Apartments
Project Number 125-35100-PM

The loan on the above property sold at the Partially Assisted Loan Sale on June 6, 1996.

Enclosed is a "Notice to Tenants" which provides information of what HUD will require of the purchaser of the above loan regarding Section 8 assistance (both project-based and tenant-based) and the rights to tenants to enforce these requirements.

This notice **must be posted** in conspicuous places in the project, such as recreation rooms, lobbies, near mailboxes, near elevators, etc. by **Friday, June 21, 1996.**

If you have any questions, contact David F. Ewing, Multifamily Asset Management Branch; telephone number (702) 388-6500, extension 1820.

Very sincerely yours,

Dorothy A. Manz
Chief, Multifamily Asset
Management Branch

Enclosure

EXHIBIT B