IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1874C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant respectfully requests an enlargement of time of 17 calendar days, to and including September 30, 2004, in which to file its answer to plaintiffs' amended complaint. Defendant's answer is presently due September 13, 2004. This is defendant's first request for an enlargement of this deadline.[1] Counsel for the United States has conferred with plaintiffs' counsel, and plaintiffs' counsel has agreed to this extension.

The additional time is required for Government counsel to adequately prepare the Government's answer to the amended complaint. We have timely requested that the agency provide us with responses to several of the plaintiffs factual contentions, however, agency counsel is currently involved in trial preparation work for Carabetta Enterprise, Inc. v. United States, Fed. Cl. 02-1134-C (2004). In addition, Government counsel will be on pre-scheduled leave from September 8 through September 20, 2004.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

---

[1] Previously, however, the United States filed two motions to extend the time to answer in order to prepare our motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 305-3091
Steven.Mager@usdoj.gov

September 7 , 2004

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 7th day of September, 2004, a copy of the foregoing Motion for Enlargement of Time was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice