# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: September 17, 2004)

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it Defendant's Unopposed Motion for an Enlargement of Time. For the reasons stated therein, defendant's motion is GRANTED. Defendant's answer shall be filed on or before Thursday, September 30, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge