# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: December 3, 2004)

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

## ORDER

Pursuant to United States Court of Federal Claims Rule (RCFC) 16(b), the court held a telephonic status conference with the parties on December 3, 2004, to set a schedule for conducting discovery and filing dispositive motions, and to address any outstanding issues with the parties. Further to this conference and to the suggestions made by the parties in their Joint Preliminary Status Report dated November 22, 2004, the court schedules the following:

1. Initial Disclosures. In accordance with Rule 26(a)(1) of the RCFC, initial disclosures "[shall] be made within 14 days of the filing of the Joint Preliminary Status Report." RCFC 26(a)(1).

2. Dispositive Motions. Dispositive motions shall be filed on or before Friday, May 13, 2005.

3. Discovery. The parties shall use all reasonable efforts to complete all discovery, including all depositions, on or before Friday, April 29, 2005. The parties are reminded that the rules of the court contemplate the use of depositions at trial for

testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a).

4. Post-Discovery Status Conference. On Friday, April 29, 2005, at 4:00 p.m. (Eastern Daylight Time), the court will hold a telephonic status conference on the record to schedule future proceedings and address any outstanding issues with the parties. A Sprint operator will initiate the call.

5. The parties are urged to contact the court at any time when they believe that the court may be of assistance in securing "the just, speedy, and inexpensive determination" of this matter. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge