# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: May 2, 2005)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Further to the to the telephonic status conference held on the record with the parties on May 2, 2005, the court VACATES paragraphs 2–4 of its December 3, 2004 Scheduling Order, and ORDERS the following:

1. Interrogatories. The parties shall respond to one another's interrogatories on or before Friday, May 6, 2005.

2. Requests for Documents. The parties shall respond to one another's document requests on or before Friday, May 20, 2005.

3. Interim Telephonic Status Conference. On Tuesday, June 21, 2005, at 1:30 Eastern Daylight Time (EDT), the court will hold a telephonic status conference with the parties. A Sprint operator will initiate the call.

4. Discovery. The parties shall complete all discovery, including all depositions, on or before Wednesday, August 31, 2005.

The parties are reminded that the rules of the court contemplate the use of depositions at trial for testimonial purposes in certain circumstances "as though the witness were then present and testifying . . . ." See RCFC 32(a).

5. Post-Discovery Status Conference. On Wednesday, September 7, 2005, at 3:30 p.m. EDT,[1] the court will hold a telephonic status conference on the record to schedule future proceedings and address any outstanding issues with the parties. A Sprint operator will initiate the call.

6. Dispositive Motions. Dispositive motions shall be filed on or before Friday, September 16, 2005.

7. The parties are urged to contact the court at any time when they believe that the court may be of assistance in securing "the just, speedy, and inexpensive determination" of this matter. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]This conference, which previously was scheduled to begin at 3:00 p.m. EDT, is now scheduled to begin at 3:30 p.m. EDT.