# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, Plaintiffs, | ) | |
| v. | ) | No. 03-1874C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

## JOINT MOTION TO EXTEND DISCOVERY

The parties respectfully request that the Court extend the discovery deadline by 30 calendar days, up to and including September 30, 2005, in the above captioned matter. The current discovery deadline is August 31, 2005. This is the parties' second request for an extension of this deadline; the Court previously granted an enlargement of 120 days for this purpose.

The parties have diligently pursued discovery in this matter, have exchanged documents and interrogatory responses, and will have held several depositions by the current discovery deadline of August 31, 2005. Nevertheless, a recently filed bid protest action involving a compressed briefing schedule, depositions, and a multi-day hearing that has been rescheduled three times through no fault of the Government (Asia Pacific v. United States, Fed. Cl. No. 05-711)

has interfered with defendant's counsel's ability to schedule several key depositions within the current discovery parameters. Counsel have tentatively scheduled the remaining depositions for September 1-2, 2005, and September 14 or 15, 2005, and the week of September 19 through 23, pending the Court's approval of the joint motion. Counsel have also allotted one extra week to this schedule, in the event that any further discovery issues arise out of these depositions and to account for any other unforeseen circumstances. The parties do not anticipate that they will need to extend the discovery deadline any further.

The parties further respectfully request that the Court extend the deadline for dispositive as to liability motions by 31 calendar days, up to and including October 17, 2005. The current deadline for dispositive motions is September 16, 2005. Finally, the parties respectfully request that the Court reschedule the post-discovery conference to a time convenient for the Court.

Finally, the parties request that discovery relating directly to the quantum of damages be deferred until after the resolution of any October 17, 2005 dispositive motions. Defendant represents that several issues that it presently intends to raise in its dispositive motion, if not conclusive, will at least have an effect upon any expert analysis of the quantum of damages. Accordingly, the parties believe that it

would be more efficient to defer this discovery until after the Court has decided any dispositive motions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ R. Patrick Jaress
R. PATRICK JARESS
Jaress & Leong
737 Bishop Street
Suite 2920
Honolulu, Hawaii 96813

August 29, 2005
Attorney for Plaintiffs

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

August 26, 2005
Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 29th day of August, 2005, a copy of the foregoing "JOINT MOTION TO EXTEND DISCOVERY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice