# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: September 2, 2005)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court is in receipt of the parties' Joint Motion to Extend Discovery (Mot. or motion), filed electronically on August 29, 2005. In their motion, the parties request, among other things, that the court reschedule the telephonic status conference, presently scheduled for 3:30 p.m. EDT on Wednesday, September 7, 2005, "to a time convenient for the [c]ourt." Mot. at 2. The court DENIES this request.

A telephonic conference with the parties, during which the court will discuss with the parties the parties' progress toward completing discovery and the various requests in parties' motion, shall take place as scheduled on Wednesday, September 7, 2005, at 3:30 p.m. EDT. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge