# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: September 7, 2005)

EDWARD T. ARAKAKI and HELEN ARAKAKI

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

The court has before it the parties' Joint Motion to Extend Discovery, filed electronically on August 29, 2005. For the reasons stated therein, and further to the telephonic status conference with the parties on September 7, 2005, the court VACATES paragraphs 4 and 6 of its May 2, 2005 Scheduling Order, and ORDERS the following:

1. Discovery. Except as provided in paragraph 3 below, the parties shall complete all discovery, including all depositions, on or before Friday, September 30, 2005.

2. Dispositive Motions. Dispositive motions shall be filed on or before Monday, October 17, 2005.

3. On or before three weeks after the issuance of the court's opinion on the parties' dispositive motions, the parties shall serve expert reports on damages and, within three weeks thereafter, shall complete depositions of damages experts.

4. Promptly after the completion of depositions of damages experts, the parties shall contact the court to schedule further proceedings.

5. The parties are urged to contact the court at any time when they believe that the court may be of assistance in securing "the just, speedy, and inexpensive determination" of this matter. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge