**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI,<br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-1874C<br>(Judge Hewitt) |

**UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS**

Defendant respectfully requests that the Court extend the deadline to file dispositive motions by 14 calendar days, up to and including October 31, 2005, in the above captioned matter. The current deadline is October 17, 2005. This is the defendant's first request for an extension of this deadline.[1] Counsel for the United States has contacted plaintiffs' counsel, and they have agreed to this extension.

While the parties have completed discovery, the additional time is necessary to allow counsel for the defendant to receive copies of several deposition transcripts. Specifically, counsel for the defendant has not received a copy of the

---

[1] The defendant notes, however, that the deadline for filing dispositive motions has been re-scheduled twice, in conjunction with the parties' joint motions to extend discovery.

transcripts from the deposition of Edward Arakaki (deposition taken September 15, 2005), Dorothy Manz (deposition taken September 23, 2005), and Andrew Robertson (deposition taken September 22, 2005), all of which contain testimony that the defendant intends to incorporate into its motion for summary judgment.[2] Counsel for the defendant is in the process of attempting to resolve this situation with the reporting services, and anticipates receiving the transcripts by the week of October 17 through 21, 2005.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

---

[2] Defendant had requested these transcripts on an expedited basis.

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

October 13, 2005
Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 13th day of October, 2005, a copy of the foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice