# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: October 17, 2005)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is the Declaration Jerrold G. Guben. This document has been forwarded to chambers unfiled because there is no provision in the Rules of the Court of Federal Claims for its filing. A motion by the attorney of record which explains the significance of the filing to the case is required to allow the court to consider whether the document should be filed in this case. Additionally, plaintiff should be advised that this case has been designated as an ECF case and all filings are to be made electronically. The Clerk of the Court is directed to RETURN the Declaration of Jerrold G. Guben to plaintiff.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge