**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1874C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR AN**
**<u>ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS</u>**

Defendant respectfully requests that the Court extend the deadline to file dispositive motions by 14 calendar days, up to and including November 14, 2005, in the above captioned matter. The current deadline is October 31, 2005. This is the defendant's second request for an extension of this deadline.[1] Counsel for the United States has contacted plaintiffs' counsel, and they have agreed to this extension.

While the parties have completed discovery, the additional time is necessary to allow counsel for the defendant to receive an outstanding copy of a deposition

---

[1] The defendant notes, however, that the deadline for filing dispositive motions has been re-scheduled twice, in conjunction with the parties' joint motions to extend discovery.

transcript. Specifically, defendant is still awaiting a copy of the transcript of Andrew Robertson (deposition taken September 22, 2005), which contains testimony that the defendant intends to incorporate into its motion for summary judgment.[2] Counsel for the defendant has contacted the reporting service, Butterfield and Butterfield, a small business. The reporter asserted that she has been unable to complete the transcript because of computer problems, but asserts that the transcript will be available by the week of October 31 through November 4, 2005. The additional time is needed allow defendant counsel to receive the transcript, forward it to Mr. Robertson (a former Government employee) for review, and incorporate portions of the finalized transcript into the Government's pending motion.

In addition, Government counsel has several deadlines for the United States Court of Appeals for the Federal Circuit pending. (Jordan v. Labor, Fed. Cir. No. 05-3385, informal response brief due October 31, 2005 (anticipated), Hendrickson v. Department of Veterans Affairs, Fed. Cir. No. 05-3262, formal brief due

[2] Defendant had requested this transcript on an expedited basis. Counsel for the defendant further provides that he has received a copy of the depositions of Edward Arakaki (deposition taken September 15, 2005) and Dorothy Manz (deposition taken September 23, 2005), which were previously outstanding.

November 3, 2005; L&C Europa v. Department of the Navy, Fed. Cir. No. 04-1590, oral argument on November 7, 2005).

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

October 26, 2005
Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 26th day of October 2005, a copy of the foregoing "UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice