# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: October 27, 2005)

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, | ) |
| Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

The court has before it defendant's Unopposed Motion for an Enlargement of Time to File Dispositive Motions. For the reasons stated therein, the motion is GRANTED. Defendant shall file dispositive motions on or before November 14, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge