**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, Plaintiffs, | ) | |
| v. | ) | No. 03-1874C (Judge Hewitt) |
| THE UNITED STATES, Defendant. | ) | |

**UNOPPOSED MOTION FOR AN**
**ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS**

Defendant respectfully requests that the Court extend the deadline to file dispositive motions by 1 calendar day, up to and including November 15, 2005, in the above captioned matter. The current deadline is November 14, 2005. This is the defendant's third request for an extension of this deadline. Counsel for the United States has contacted plaintiffs' counsel, and they have agreed to this extension.

Counsel for the United States has prepared its motion for summary judgment, but due to computer difficulties has been unable to scan in the appendix to the motion. Counsel has been advised that this is due to a computer problem that will be repaired by tomorrow morning.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

November 14, 2005
Attorneys for Defendant

## CERTIFICATE OF FILING

I hereby certify that on this 14th day of November, 2005, a copy of the foregoing “MOTION FOR AN ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice