# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: November 15, 2004)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it Defendant's Unopposed Motion for Enlargement of Time to File Dispositive Motions (Motion). For the reasons stated therein, defendant's Motion is GRANTED. Defendant shall file dispositive motions no later than today, November 15, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge