# APPENDIX

# INDEX TO APPENDIX


**DOCUMENT** **PAGE(S)**

Complaint, Edward Arakaki v. Martinez,
Civ. No. 02-1-1368-06 (1st Cir. Court, Hawaii June 5, 2005) . . . . . . . . . . . . . . . . . . . 1-6

Third Amended Complaint, Edward Arakaki & Helen Arakaki v. United States,
Civ. No. 02-000417 (U.S. District Ct., Hawaii March 14, 2003) . . . . . . . . . . . . . . . . 7-11

Plaintiff's [sic] Responses to Defendant's First Request for Answers
to Interrogatories (May 6, 2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-21

Purchase Agreement & Earnest Money Receipt (Oct. 20, 1991) . . . . . . . . . . . . . . . . . . . . . 22-23

Letter from Constance L. Proctor, Alston, Courtnage, MacAulay & Proctor to Mr. Starcher,
Chief, Multifamily Claims Section, HUD (Oct. 28, 1991) . . . . . . . . . . . . . . . . . . . . . . . . . 24-25

Letter from Andrew Robertson, Office Manager, Las Vegas, Nevada
field office, HUD to Edward Arakaki (Oct. 22, 1992) with attached
Provisional Workout Agreement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26-29

Grant, Bargain and Sale Deed (Oct. 29, 1992) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

Provisional Workout Agreement
(effective March 1, 1993 through February 29, 1996) . . . . . . . . . . . . . . . . . . . . . . . 31-33

Letter from Albert B. Sullivan, Director, Office of Multifamily Housing
Management, HUD to Edward Arakaki (July 5, 1995) . . . . . . . . . . . . . . . . . . . . . . . 34-35

Class A Trust Certificate (June 27, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36-37

Class B Trust Certificate (June 27, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38-39

Letter from Dorothy A. Manz, Chief, Multifamily Asset Management
Branch, Las Vegas, Nevada field office, HUD to Mr. Mark Levy,
Levy, Levy, & Levy (June 28, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40-42

Statement of Multifamily Mortgage Account (June 20, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . 43

Letter from Eugene Burger Management Corporation to Dorothy A. Manz,
Chief, Asset Management Branch, Las Vegas, Nevada field office, HUD
(Sept. 27, 1996) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44-45

**DOCUMENT** **PAGE(S)**

Letter from Jerrold K. Guben to Corporation to Dorothy A. Manz, Chief, Asset Management Branch, Las Vegas, Nevada field office, HUD (Sept. 27, 1996) . . . . . 46-47

Deed of Trust Note (Apr. 1, 1983) with attached Rider to Deed of Trust Note . . . . . 48-50

Deed of Trust(Apr. 1, 1983) with attached Rider to Deed of Trust and Schedule "A" . . . . . 51-56

Letter from Edward Arakaki to Robin Rains, Financial Advisor, Hamilton Securities (Aug. 19, 1995) . . . . . 57

Letter from Edward Arakaki to Albert B. Sullivan, Director, Office of Multifamily Housing Management, HUD (Sept. 27, 1995) . . . . . 58

Letter from Hal DeCell III, Assistant Secretary for Congressional and Intergovernmental Relations to Senator Daniel Inouye (May 24, 1996) . . . . . 59-60

Letter from Hal DeCell III, Assistant Secretary for Congressional and Intergovernmental Relations to Senator Daniel Inouye (Sept 22, 1997) . . . . . 61-62

Excerpt from ORGANIZATION OF THE DEPARTMENT OF HOUSING AND URBAN, Handbook No. 1100.3 REV 5 (January 1987) . . . . . 63-64

Transmittal for INSURED PROJECT SERVICING HANDBOOK, Handbook No. 4350.1, CHG-54 (August 30, 1991) . . . . . 65-124

Excerpts from deposition of Frank Castro (Sept. 2, 2005) . . . . . 125-131

Excerpts from deposition of Dorothy Manz (Sept. 23, 2005) . . . . . 132-138

Excerpts from deposition of Andrew Robertson (Sept. 22, 2005) . . . . . 139-143

Excerpts from deposition of David Ewing (Sept. 1, 2005) . . . . . 144-166

Excerpts from deposition of Janet Browder (Aug. 19, 2005) . . . . . 167-176

Excerpts from deposition of Patrick Goray (Aug. 19, 2005) . . . . . 177-184

Excerpts from deposition of Audrey Hinton (Aug. 25, 2005) . . . . . 185-189

| **DOCUMENT** | **PAGE(S)** |
|---|---|
| Excerpts from deposition of Edward Arakaki (Sept. 15, 2005) | 190-206 |
| Declaration of Dorothy Manz | 207-208 |
| Declaration of Andrew Robertson | 209-210 |
| Declaration of Audrey Hinton | 211-212 |
| Excerpts from deposition of Larry Jim Little (Apr. 8, 2003) | 213-219 |
| Excerpts from deposition of Larry Jim Little (May 1, 2003) | 220-222 |