APPENDIX 1

SAMPLE LETTER TO BE SENT TO
MORTGAGORS UPON RECEIPT OF A
DELINQUENCY ALERT

Dear ______(Mortgagor)______:

HUD has received a notice from your mortgagee that it has not received the __(month)__ payment for __(Project Name)__, HUD Project No. ______.

If the project is experiencing physical or financial problems that are affecting your ability to make timely mortgage payments please advise this office. A meeting to discuss the project's ability to meet its financial obligations can be arranged with my office if it would be helpful. Please contact ______________ of my staff at ___________ to arrange a meeting.

We would like to remind you of your obligation to make monthly mortgage payments by the first of the month. We would also like to remind you that if your mortgage is assigned to the Secretary, HUD has policies that may have a financially undesirable effect on you. These policies include pursuing foreclosure upon assignment if the loan cannot be brought current within 36 months and requiring you to report all defaults on HUD Form 2530, whenever that form is required to be submitted.

In order to live up to your obligations under the mortgage and note, and to avoid these potentially undesirable actions, please make your monthly payments in a timely fashion.

Sincerely,

Director,
Housing Management Division

SAMPLE LETTER TO MORTGAGORS TO BE SENT
UPON RECEIPT OF A DEFAULT NOTICE

(Mortgagor)

Dear ______________________:

HUD has received a notice from your mortgagee that the mortgage for (Project Name), HUD Project No. __________, is in default. You must cure this default immediately. HUD has policies designed to make it financially undesirable to have your mortgage assigned. These policies include:

1. HUD may begin the foreclosure process at assignment. HUD's intent is to foreclose on all mortgages that have been assigned and cannot demonstrate that the loan will be brought current and become fully amortizing within 36 months. The Department will withdraw mortgages from foreclosure only when it is in the best interests of the Department to do so.

2. If you want to have the mortgage withdrawn from foreclosure, you may have to accept an increase in the interest rate in the mortgage note.

3. You may be required to insert a call provision in the note and mortgage.

4. HUD will take administrative sanctions against you and/or your management agent if there is evidence that one or both of you caused the assignment.

HUD wants to remind you that we are very serious about preventing the assignment of insured mortgages. If your mortgagee assigns this mortgage, HUD will require you to either cure the default or submit an acceptable reinstatement plan.

Sincerely,

Director,
Housing Management Division

Enclosures

APPENDIX 3a

**FORMAT - LETTER TO OWNER AT DEFAULT ASSIGNMENT**

Addressee: Project Owner

Subject: Project Number, Name, and Location

Dear ____________________________,

The mortgage on the above project was assigned to the Department of Housing and Urban Development on (date). As HUD is now the lender, you must submit your plan for reinstating the loan or arrange a meeting in our office to discuss a reinstatement plan within 30 days. The Department expects to have a written reinstatement plan in effect within 90 days. Effective immediately, you are to pay all reasonable and necessary project operating expenses and each month remit all remaining net cash to the lock box operated by the Multifamily Notes Servicing Branch. All monthly payments are to be made to the lock box. The project name and number should be clearly stated and the check sent to:

Multifamily Payment Processing Center
Post Office Box 70764
Chicago, IL 60673

HUD does not currently escrow for property insurance. Therefore, you must arrange for insurance coverage as required by the mortgage and make premium payments either from project income or other sources. Insurance escrows were terminated at mortgage assignment and any funds in the escrow were applied to sums due under the mortgage.

Until you bring the mortgage fully current you are prohibited from taking any owner distribution, repaying any funds advanced to the project, or repaying either interest or principal on any project obligation junior to HUD's mortgage. Section 239 of the National Housing Act prohibits the willful use of project funds for purposes other than actual and necessary operating expenses (including debt service requirements) while a loan is in default. Section 239 further provides for penalties of fine and/or imprisonment.

In addition, you are required to submit Monthly Reports for Establishing Net Income, Forms HUD-93479, HUD-93480 and HUD 93481, copies enclosed.

It is imperative that an owner of a project with an assigned mortgage operate in accordance with a HUD-approved Workout Arrangement which is based on the owner's reinstatement proposal. Your proposal should outline how you plan to reinstate the mortgage (bring it current and resume full amortization) within 36 months. Your plan should also demonstrate that you:

1. Did not cause the default by any deliberate or voluntary act;

2. Have restored to the project any funds or assets improperly withdrawn, distributed or disbursed;

3. Will correct any conditions constituting violations of the Regulatory Agreement and thereafter conform to its requirements;

4. Will provide and maintain management acceptable to the HUD Loan Management Branch Chief; and

5. Will correct any physical deficiencies and make any general upgrading repairs or renovation the project may require.

Unless you have already submitted a detailed reinstatement plan, you must, within 30 days from the date of this letter, arrange a meeting in our office to discuss the terms and conditions of an acceptable proposal. Any questions you may have can be answered during the meeting. It is essential that you submit your written reinstatement proposal within 30 days of the meeting because, as noted above, HUD expects to have a written reinstatement plan in effect within 90 days following assignment. In the event no acceptable plan is submitted within that time period, this office will initiate foreclosure.

To arrange a meeting time, you should contact (Loan Specialist's Name) at (Telephone No.). We look forward to working with you to reinstate this loan.

Sincerely,

Director,
Housing Management Division

Enclosures

APPENDIX 3b

## FORMAT - LETTER TO OWNER AT G-4 ASSIGNMENT

Addressee: Project Owner

Subject: Project Number, Name, and Location

Dear ______________________:

The mortgage on the above project was assigned to the Department of Housing and Urban Development on ___(date)___. Each month you should remit the scheduled mortgage payment to the lock box operated by the Notes Receivable Branch. The project name and number should be clearly stated and the check sent to:

Multifamily Payment Processing Center
Post Office Box 70764
Chicago, IL 60673

If you should have any questions regarding this matter, please contact (Loan Specialist) at (telephone number).

Sincerely,

Director,
Housing Management Division

APPENDIX 4

THIS IS A SAMPLE WORKOUT. IT CONTAINS ALL THE REQUIRED TERMS. THE PROVISIONS MAY BE CHANGED TO MEET THE NEEDS OF A PARTICULAR PROJECT.

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

PROJECT NO. ______________________________ EFFECTIVE DATE ____________
PROJECT NAME ______________________________ EXPIRATION DATE ____________
LOCATION ______________________________

PROVISIONAL WORKOUT ARRANGEMENT

The undersigned mortgagor hereby expressly acknowledges that the mortgage (Deed of Trust) and note secured by the above project is in default. To afford an opportunity to effect reinstatement, the mortgagor requests the Secretary, Department of Housing and Urban Development, to hold the defaulted note and mortgage on the subject project under the terms and conditions stated herein:

1. Possession. The mortgagor acknowledges that the default entitles HUD to assume possession of the encumbered premises, but that possession has not been demanded. As an inducement for HUD approval of this Arrangement, the mortgagor agrees that it will not oppose or interfere in any way should HUD demand possession by reason of subsequent default under the terms of this arrangement.

2. Junior Obligations. The mortgagor agrees that project revenues will not be used to repay either interest or principal for any project obligation (other than reasonable and necessary operating expenses) that is junior to the Secretary's lien.

3. Payment Provision.

   a. Beginning ________________ and continuing through ________________, the mortgagor will remit by the first of the month a minimum payment sufficient to pay through ______ percent of interest. This payment is currently $_______ per month.

   b. Past delinquency, if any, in the Reserve for Replacement is hereby forgiven. Payments into the Reserve for Replacement for the duration of this workout period are hereby waived.

c. Any funds over $__________ (approximately one month's principal and interest) remaining in the operating account each month after payment of project operating expenses will be remitted in addition to the minimum monthly payment.

d. A two percent late charge may be assessed against payments not received by the fifteenth of the month.

e. At no time will the owner permit any delinquency to accrue in either the service charge due HUD or tax escrow as billed by HUD each month.

4. Lump Sum Payments. The mortgagor agrees to make the following lump sum payments, to be applied to mortgage delinquencies, on the dates indicated:

$ ______________(*) on or before (insert date)
$ ______________ on or before (insert date)

(*) OR payment in an amount to bring the mortgage current through (interest) (principal) (approximately $__________).

5. Repairs. The mortgagor agrees to escrow $__________ for repairs upon (TPA approval) (execution of this Workout Arrangement). The monies will be placed in escrow in a separate repair fund. All disbursements from this fund may be made only with the prior written approval of HUD. (The attached MIO plan or schedule of repair is incorporated and made part of the terms of this workout arrangement.)

6. Mortgage Modification.

a. If the mortgagor has fully complied with the terms of this Arrangement and HUD has determined that it is financially feasible, as of ________ HUD agrees to recast any delinquent principal at _____ percent interest amortized over the remaining term of the mortgage.

b. The mortgagor agrees to modify the note and mortgage to insert a call provision. The call provision gives the mortgagee the option to declare the entire indebtedness due and payable at or after (ten years) (the longer of ten years or the remaining term of the Section 8 contract) from the date of the modification.

7. Equity Kicker. Mortgagor agrees to pay to HUD five percent of the gross sales price for a sale or conversion; or five percent of a refinancing (the amount needed to payoff or refinance the mortgages securing the real estate plus any equity "pulled").

8. Accounting Reports. During the term of this Arrangement, the mortgagor shall submit Monthly Reports for Establishing Net Income (Forms HUD-93479, 93480, and 93481). The first report shall be for the month of ______________. The original reports are to be mailed to the HUD Office in ______________.

9. Distributions. The mortgagor agrees not to take any distributions while the mortgage is being held in default under the terms of this arrangement and of the original Note, Mortgage and Regulatory Agreement.

10. Cancellation Clause. This Arrangement is on a month-to-month basis. The Secretary agrees to take no action because of the existing monetary default, provided that the mortgagor remits the required minimum monthly payment and satisfactorily performs the other requirements of this Arrangement. Failure of the mortgagor to meet the terms of this Arrangement will be sufficient cause for the Secretary to immediately terminate this Arrangement and to commence foreclosure action. Failure of the mortgagor to meet the terms of the Arrangement is also grounds for the Department to consider taking administrative sanctions against the mortgagor including, but not limited to, suspension or debarment from participation in HUD programs.

11. Criminal Sanctions for Misuse of Project Funds. The mortgagor acknowledges that the use of project funds derived from the project covered by this Arrangement for any purpose other than to meet actual and necessary project expenses may be a criminal offense punishable by a fine of not more than $5,000 and imprisonment of not more than three (3) years or both.

APPROVED: ____________________

MORTGAGOR: ____________________

ASSISTANT SECRETARY FOR HOUSING-FEDERAL HOUSING COMMISSIONER

BY: ______________________________

DATE: ______________________________

APPENDIX 5

***MARS WORKOUT COVER SHEET INSTRUCTIONS***

This Cover Sheet is designed to provide the Office of Mortgage Insurance Accounting and Servicing, Multifamily Notes Branch, with a summary of the terms and conditions of the Provisional Workout Arrangement. The Cover Sheet should be completed and forwarded to the Multifamily Notes Branch along with the fully signed Provisional Workout Arrangement.

1. This item is not applicable unless the Provisional Workout Arrangement is being approved as a condition of a Transfer of Physical Assets (TPA). Enter TPA preliminary approval date if applicable.

2. Enter the month/year in which the first payment is due under the Provisional Workout Arrangement.

3. Enter the month/year in which the final payment is due under the Provisional Workout Arrangement.

4. Check only the action provided in the Workout which HUD agrees to take when the Workout expires. If the Workout does not commit HUD to a course of action, payments will revert to the original mortgage term.

5. Enter the period covered by the payment schedule outlined in items, A through E, below. (If the monthly payments are to change over the term of the Workout, a separate Cover Sheet will have to be done for each period in which the change will take place.)

   A. Enter the monthly payment required under the Workout.

   B. If the monthly payment includes a portion of the mortgage delinquency, enter both the percentage and amount of the delinquency to be paid.

   C. Enter the minimum payment due under the Workout for each account. If the monthly payment is less than the full amount billed for that account, specify both the percentage and the amount to be paid.

   D. Enter all lump sum payments required under the Workout and how the funds are to be applied. Remind the owner that any lump sum payments to be applied for other than the normal allocation under the mortgage will have to be remitted in a separate check.

E. Enter the amount/date for the delinquency in the Reserve for Replacements account that is to be waived.

6. Enter the amount/date for the delinquency in the Reserve for Replacements account that is to be waived.

Enter the amount/date for regular deposits to the Reserve for Replacements account to be waived under the Workout. Remember that any lump sum payments intended for the Reserve for Replacements account must be earmarked under "other" in item D and highlighted under remarks in item E.

INPUT DATA SHEET

FHA Project #:_______________ Project Name:_________________

HQ Housing Specialist:_____________ Telephone #:____________

FO Housing Specialist:_____________ Telephone #:____________

1. TPA Effective Date (Preliminary Approval Date):_____________

2. Workout Effective Date:_______________________

3. Workout Expiration Date:______________________

4. Action Expected Upon Expiration Date:
   - _____ Extend Workout
   - _____ Modification
   - _____ Revert to Original Mrge.
   - _____ Other (explain below)

5. Workout Agreement Payment Data:
   *Period covered: From __________ To __________
   A. Increment** $______________
   B. Fraction of Delinquency __________ Amount $____________
   C. Minimum Payment From Bill: (check items needed)
      (if less than full amount, indicate %)
      - _____________ Int. on Advances
      - _____________ Advances
      - _____________ Service Charge
      - _____________ Tax Escrow
      - _____________ Interest __________
      - _____________ Principal __________
      - _____________ R/R
   D. Lump Sum (see schedule below)

LUMP SUM SCHEDULE: Allocation

| Bill Date | Amount | Code | Code Legend |
|---|---|---|---|
| ___/___/___ | $__________ | ( _____ ) | 00 = Normal Alloc. |
| ___/___/___ | $__________ | ( _____ ) | 01 = Int. on Adv. |
| ___/___/___ | $__________ | ( _____ ) | 02 = Advances |
| ___/___/___ | $__________ | ( _____ ) | 03 = Service Chg. |
| ___/___/___ | $__________ | ( _____ ) | 04 = Tax Escrow |
| ___/___/___ | $__________ | ( _____ ) | 05 = Interest |
| ___/___/___ | $__________ | ( _____ ) | 06 = Principal |
| ___/___/___ | $__________ | ( _____ ) | 07 = R/R |
| ___/___/___ | $__________ | ( _____ ) | 08 = Misc. Income |
| ___/___/___ | $__________ | ( _____ ) | 09 = Other (remarks) |

Note: Lump Sum Amounts for other than the normal allocation should be remitted in a check separate from the monthly payment.

E. Other (use remarks, if payment schedule different from the above).

6. Reserve for Replacement Action:

| | | | Indicate amount/ time period |
|---|---|---|---|
| Forgive R/R Delinquency | ___ Yes | ___ No | $ |
| Waive R/R Payments | ___ Yes | ___ No | $_____________ |

**********************

**REMARKS**

________________________________________

________________________________________

________________________________________

________________________________________

* If payment terms change during workout period, then prepare a cover sheet for each time period covering the new payment terms.

** Increment amount is a set monthly amount to be submitted in addition to the minimum monthly payment (i.e., $2,000 + payment).

Reviewed by ________________________________ Date

MARS Input Date ____________________

Approved by ________________________________ Date

APPENDIX 6

INSTRUCTIONS FOR COMPLETING A REQUEST TO TRANSFER FUNDS BY WIRE

ITEM 1 - RECEIVER-DFI#: The Treasury Department's ABA number for deposit messages is 021030004. This number should be entered by the sending bank for all deposit messages sent to the Treasury.

ITEM 2 - TYPE-SUBTYPE-CD: The type and subtype code will be provided by the sending bank.

ITEM 3 - SENDER-DFI#: This number will be provided by the sending bank.

ITEM 4 - SENDING-REF#: The sixteen character reference number is inserted by the sending bank at its option.

ITEM 5 - AMOUNT: The transfer amount must be punctuated with commas and decimal points; use of the "$" is optional. This item will be provided by the depositor.

ITEM 6 - SENDER-DFI-NAME: This information is automatically inserted by the Federal Reserve Bank.

ITEM 7 - RECEIVER-DFI-NAME: The Treasury Department's name for deposit messages is "TREAS NYC". This name should be entered by the sending bank.

ITEM 8 - PRODUCT CODE: A product code of "CTR" for customer transfer should be the first data in the RECEIVER - TEXT field. Other values may be entered, if appropriate, using the ABA's options. A slash must be entered after the product code.

ITEM 9 - AGENCY LOCATION CODE: THIS ITEM IS OF CRITICAL IMPORTANCE. IT MUST APPEAR ON THE FUNDS TRANSFER DEPOSIT MESSAGE IN THE PRECISE MANNER AS STATED TO ALLOW FOR THE AUTOMATED PROCESSING AND CLASSIFICATION OF THE FUNDS TRANSFER MESSAGE TO THE AGENCY LOCATION CODE OF THE APPROPRIATE AGENCY. The agency's unique code must be specified in the funds transfer message in order for the funds to be correctly classified to the respective agency. The ALC identification sequence includes the beneficiary code field tag, BNF=, and identifier code, "/AC-", followed by the appropriate ALC number. This component must be in the following format:

BNF=/AC-86090300

The ALC identification sequence can, if necessary, begin on one line and end on the next line; however, the field tag "BNF=" must be one line and cannot contain any spaces.

ITEM 10- THIRD PARTY INFORMATION: This contains the appropriate information to identify the reason for the funds transfer. The Originator to Beneficiary Information field tag "OBI=" is used to signify the beginning of the free- form third party text. The field tag "OBI=" must be on the same line and cannot contain any spaces. The field tag is placed following the ALC identification sequence and preceded by a space. An example of this data line is as follows:

BNF=/AC-86090300 OBI=

Wire Transfer Deposit Message Format

| | | |
|---|---|---|
| (1)<br>021030004 | (2) | |
| (3) | (4) | (5) |
| (6) | | |
| (7) (8)<br>TREAS NYC/CTR/ | | |
| (9) (10)<br>BNF=/AC-86090300 OBI= | | |
| Multifamily Project No. | | Account 86X4070 |
| Remitter | | Notes Receivable Branch Chief<br>(202) 708-4035 |

NOTE: Items 1, 7, 8, 9, and 10 must be completed as shown above.

A separate wire transfer must be made for each mortgage purchased.

APPENDIX 7

CALL PROVISION LANGUAGE TO BE INSERTED
IN MODIFICATION AGREEMENTS

The following language has been approved by the Office of General Counsel to be included in and Modification Agreements.

A. NOTE PROVISION.

"At any time after __*__ or (_*_) years from the date of the Note, the holder shall have the option to accelerate the unpaid principal together with all other indebtedness under this Note and to declare the unpaid balance of the principal together with all interest thereon and other indebtedness under this Note to be due and payable upon sixty days (60) prior written notice being given by the holder to the maker or its successors or assigns."

B. MORTGAGE PROVISION.

"At any time after __*__ or (_*_) years from the date of the (insert name of document) the (Mortgagee) (Beneficiary) shall have the option to accelerate the unpaid principal together with all other indebtedness under the Note secured hereby and to declare that the unpaid balance of principal together with all interest thereon and other indebtedness under the Note and (Mortgage)(Deed of Trust) to be due and payable upon sixty days (60) prior written notice being given by the holder to the (Mortgagor)(Trustor) or its successors or assigns."

* Insert appropriate number:

The longer of the remaining term of the Section 8 contract or ten years.

APPENDIX 8

SAMPLE OPTIONAL TERMS THAT MAY BE
INCLUDED IN WORKOUT ARRANGEMENTS

The language included here is designed to provide information on the types of optional terms that may be included in workout arrangements. The wording of these optional provisions may be changed to reflect the circumstances of the individual project.

1. Charging Interest on Accrued Delinquencies.
"Interest. Interest on the outstanding delinquent amount at the rate of _____ percent per annum from _________________ to _________________ shall be payable on the date the Lump Sum payment is due."

2. Letter of Credit.
"Security. The mortgagor shall provide irrevocable, non-documentary Letter(s) of Credit securing the Lump Sum payments. The Letter(s) of Credit shall be redeemable by HUD in the amount of the Lump Sum payment then due, upon the mortgagor's failure to make any such payment. The Letter(s) of Credit may be reduced by the amount of each Lump Sum payment made."

3. Deed in Escrow.
"Deed in Escrow. The mortgagor agrees to execute a Deed in favor of the Secretary covering the mortgaged premises, to be placed in escrow during the term of this Arrangement. The Secretary shall have the right to withdraw the deed from escrow and record it in the appropriate land records in the event the terms of this Arrangement are breached."

4. Increasing the Interest Rate.
"Change in Interest Rate. At the expiration of this Arrangement the mortgage note shall be modified to raise the interest rate to ____ percent. This new interest rate will remain in effect for the remaining term of the mortgage."

5. Reserve for Replacement.
"Deposits to the Reserve for Replacement fund will resume on __________, in the amount of $_________ per month."

APPENDIX 9

LETTER TO MORTGAGORS
NOTIFYING THEM OF HUD'S INTENT
TO OFFSET SECTION 8 PAYMENTS

CERTIFIED MAIL--RETURN RECEIPT REQUESTED

(MORTGAGOR NAME AND ADDRESS)

SUBJECT: Section 8 Offset
Project No.________
City

Dear ________________________:

Your Section 8 Housing Assistance Payments (HAP) Contract, Regulatory Agreement and the Debt Collection Act allow the Department to offset the Section 8 assistance when a debt is owed to the Federal Government. The Department intends to offset $_______ per month of Section 8 assistance.

HUD will begin offsetting the Section 8 payments on the first monthly payment after the 30 day period. Therefore, HUD will begin offsetting your Section 8 payments on __________.

You have the right to request a review of the information the Department used to make this decision. If you want to request a review, you must notify this office in writing within 20 days of the date of this letter. Your letter must state why you are seeking this review. If you wish to inspect or copy the Department's records relating to this debt, you must so state in your letter.

If you would like to discuss why HUD is offsetting your Section 8 payments, please contact _____________________________ at ___________________.

Sincerely,

Regional Director,
Office of Housing

APPENDIX 10

SAMPLE MEMO TO RAD REQUESTING
SECTION 8 OFFSET

TO: Director, Regional Accounting Division

FROM: Chief, Loan Management Branch

SUBJECT: Section 8 Offset
Project Name ______________
Section 8 Project No. ______________
FHA Project No. ______________

We have decided to offset the Section 8 assistance on this mortgage because ______________________. Therefore, beginning (month) and until further notice, please withhold $________ from the Section 8 payment to the owner and have it remitted to:

Multifamily Payment Processing Center
Post Office Box 70764
Chicago, IL 60673

The FHA number of the project must be included on the check. The balance of the Section 8 payment should continue to be sent directly to the owner or agent.

If you have any questions, please contact ______________ at ____________.

cc: HMHO, HUD HQ Rm. 6164
HOMMN, HUD HQ Rm. 6246

APPENDIX 11

Information Sheet - Section 202 Reinstatement

Return to Headquarters

Project No. ____________________

Field Office ______________________

Project Name ________________________________________

Borrower Name ________________________________________________

INFORMATION CURRENT AS OF: ____________ (Date)

Project Information

1. Number of Units: _______________Total

   0 BR ________ 1 BR _______ 2 BR ________ 3 BR _________

2. Number Non-revenue Producing Units ________

3. Occupancy Type: EH _____ PH _____ DD _____ CMI _____

4. Date Sustaining Occupancy: ___________________ (Mo/Yr)

5. Current Occupancy: ____________%

6. No. of vacant units: ____________

7. Date Initial Occupancy: ______________________ (Mo/Yr)

8. Date Construction Start: __________ Completion __________

9. Date Comprehensive Mgmt. Review: ___________________
   Rating _________________

Rents

10. Current Mo. Rents: 0 BR $_____ 1 BR $_____ 2 BR $_____
    3 BR $_____

11. Rent Increase Request: ____ No; ____Yes. If Yes, effective date ______________________________.

Amount of Increase: 0 BR $____ 1 BR $____ 2 BR $____ 3 BR $_____

Financial

12. Is project submitting monthly accounting reports?

____ Yes ____ No If no, why? Explain below.

13. Is project submitting Annual Financial Statements?

____ Yes ____ No If no, why? Explain below.

14. Monthly operating expenses $______________ (exclude debt service and escrow deposits)

a) Tax & Insurance Fund:

Monthly Deposit $__________ Balance $ ___________

b) Reserve for Replacement Fund:

Monthly Deposit $ __________ Balance $ ___________

c) Other Continuing Project Expense (specify)

15. Section 8 Vouchers:

a) Project monthly voucher $ ____________________
(average for last 6 months)

b) RAD monthly voucher payment $ ____________________
(average for last 6 months)

c) Has RAD made any off-set from voucher amount?

_____ Yes _____ No If yes, amount $ ___________

Mortgage

16. Mortgage Amount $_______________________
(Based on Cost Certification dated ________________ Mo/Yr)

17. Interest Rate ______________ %

18. Total Monthly Payment: $ ______________

a) Interest $ ______________

b) Principal $ ______________

19. Delinquent Interest $ ______________

20. Amount of Interest Accruing Monthly $ ______________

**Funds Available**

21. a) Funds remaining after cost certification $ ______________

b) Amount of above funds available to reduce interest delinquency $ ______________

c) Original Minimum Capital Investment $ ______________

Present Balance $ ______________

d) Operating Account Balance $ ______________

e) Reserve for Replacement Balance $ ______________

Monthly Deposit $ ______________

f) Additional Funds from Borrower $ ______________

g) Other Funds (specify) $

**Other**

22. Identify on-going or completed: audits, investigations, legal or other actions

23. Attach additional details on a separate sheet, identify each item by number

Information
Prepared by: ______________________

Date: ______________________

FTS Number: ______________________