R. PATRICK JARESS #1028-0
JARESS & LEONG
737 Bishop Street, Suite 2920
Honolulu, Hawaii 96813
Telephone: (808) 531-3151
Fax: (808) 531-6064
Email: patjaress@hotmail.com

Attorney for Plaintiffs

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, | ) NO. 03-1874C |
| | ) |
| | ) Judge Emily C. Hewitt |
| Plaintiffs, | ) |
| | ) UNOPPOSED MOTION FOR |
| vs. | ) ENLARGEMENT OF TIME TO FILE A |
| | ) REPLY TO DEFENDANT'S MOTION FOR |
| UNITED STATES OF AMERICA | ) SUMMARY JUDGMENT OR TO DISMISS; |
| | ) CERTIFICATE OF SERVICE |
| Defendants. | ) |
| | ) |

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Plaintiffs respectfully requests that the Court extend the deadline to file a response by 25 calendar days, up to and including January 6, 2006, in the above captioned matter. The current deadline is Dec 12, 2005. This is the plaintiff's first request for an extension of this deadline. Counsel for the plaintiffs has contacted counsel for the United States, and they have agreed to this extension.

Counsel for the plaintiffs is preparing its response, but, especially in light of an appellate brief and a large settlement in another case that counsel is working on this week and the holidays, more time is needed.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

R. PATRICK JARESS
Attorney for Plaintiff

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendants. | NO. 03-1874C<br><br>Judge Emily C. Hewitt<br><br>CERTIFICATE OF FILING |

<u>CERTIFICATE OF FILING</u>

I hereby certify that on this 12th day of December, 2005, a copy of the foregoing "MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: Honolulu, Hawaii, December 12, 2005

_s/R. Patrick Jaress__
R. PATRICK JARESS
Attorney for Plaintiff