# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: December 13, 2005)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it plaintiff's Unopposed Motion for an Enlargement of Time (Motion) filed December 12, 2005. For the reasons stated therein, plaintiff's Motion is hereby GRANTED. Plaintiffs shall file their response to Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Motion to Dismiss on or before January 6, 2006. Defendant shall file its reply to plaintiff's response on or before January 20, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge