# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 03-1874C |
| | ) | (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S REPLY

Defendant respectfully requests that the Court extend the deadline to file its reply brief by 20 calendar days, up to and including February 9, 2006, in the above captioned matter. The current deadline is January 20, 2006. This is the defendant's first request for an extension of this deadline. Counsel for the United States has contacted plaintiffs' counsel, and they have agreed to this extension.

Counsel for the United States respectfully requests this enlargement of time because counsel for the respondent requires to the additional time to confer with agency counsel at the Department of Housing and Urban Development regarding this matter.

In addition, Government counsel has several deadlines in other matters before this and other courts, including the filing of an administrative record in

Record Steel v. United States, Fed. Cl. No. 03-2274 (January 25, 2006), oral argument at the Court of International Trade in Former Employees of Federated v. Department of Labor, CIT No. 03-00689 (January 26, 2006), pretrial meeting of counsel in Accounting Technical Management Services v. United States, Fed. Cl. No. 02-1163 (January 27, 2006) and previously scheduled depositions and deposition preparation in Alaska in Dick Pacific v. United States, Fed. Cl. No. 05-462 (January 27, 2006 through February 1, 2006).

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

/s/ Steven M. Mager
STEVEN M. MAGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 616-2377
Steven.Mager@usdoj.gov

January 18, 2006
Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on this 18th day of January, 2006, a copy of the foregoing "MOTION FOR AN ENLARGEMENT OF TIME TO FILE DEFENDANT'S" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven M. Mager
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice