IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI | ) |
| | ) |
| PlaintiffS, | ) |
| | ) |
| vs. | ) No. 03-1874C |
| | ) (Judge Hewitt) |
| | ) |
| THE UNITED STATES | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A TABLE OF CONTENTS TO APPENDIX**

Plaintiffs hereby request leave of the Court herein to file herewith a Table of Contents to Appendix, attached hereto as Exhibit 1. The Appendix was filed as a part of "Plaintiff's Response Memorandum to Defendant's Motion for Summary Judgment" electronically filed on 1/7/06.

On January 9, 2006, the Court issued an order to Plaintiffs, requiring that pursuant to Rule 5.2(a)(1)(G), Plaintiff's must file a table of contents to its appendix with a motion to permit such filing.

Therefore, in compliance with the Courts January 9, 2006 Order, Plaintiff's request leave of the Court to file its Table of Contents to Appendix attached hereto as Exhibit 1.

DATED: Honolulu, Hawaii, January 18, 2006.

/s/
R. PATRICK JARESS
Attorney for Plaintiffs
EDWARD ARAKAKI and
HELEN ARAKAKI

737 Bishop St., Suite 2920
Honolulu, Hawaii 96813
Ph: (808) 531-3151
Fax: (808) 531-6064