# EXHIBIT 1

# TABLE OF CONTENTS TO APPENDIX

**DOCUMENT** **PAGE(S)**

Excerpts from deposition of Edward Arakaki (Sept. 15, 2005)........................1-3

Assignment of Claims.................................................................4

Excerpts from deposition of David Ewing (Sept. 1, 2005)..............................5-12

Excerpts from deposition of Larry Jim Little (Apr. 8, 2003)...........................13-15

Excerpts from deposition of Keith Matsuoka (May 1, 2003............................16-20

A Memo from Larry Jim Little.........................................................21-24

The July 18, 1995 Transmittal of HUD handbook
Revision 4350.1 REV-1 at ......................................................25-42

HUD Directives.......................................................................43-46

Correspondence from Hal DeCell to Senator Daniel Inouye............................47-50

Correspondence from Atkinson-Baker, Inc. (court reporters)
Indicating that David Ewing did not sign the transcript of his deposition.....51

"Record of Interview" from the Inspector General's investigation,
recording an interview with David Ewing.......................................52-54

The offer and sales contract form the purchase of Lake Meade Villas.....................55-56

Two provisional workout agreements between Edward Arakaki and HUD..........57-62