# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: January 19, 2006)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

ORDER

The court has before it defendant's Unopposed Motion for an Enlargement of Time to File Defendant's Reply (Motion) filed electronically on Wednesday, January 18, 2006. For the reasons stated therein, defendant's Motion is hereby GRANTED. Defendant shall file its reply to plaintiffs' response to Defendant's Motion for Summary Judgment, or, in the Alternative, Partial Motion to Dismiss on or before Thursday, February 9, 2006.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge