# SUPPLEMENTAL APPENDIX

# INDEX TO SUPPLEMENTAL APPENDIX

**DOCUMENT** **PAGE(S)**

Memorandum from Helen Dunlap, Deputy Assistant Secretary for Multifamily Housing Programs, Department of Housing and Urban Development to All Directors of Housing, All Multifamily Housing Division Directors and All Multifamily Loan Management Branch Chiefs, Department of Housing and Urban Development (February 27, 1995) (received Las Vegas, Nevada, March 6, 1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

U. S. Department of Housing and Urban Development
Washington, D.C. 20410-8000

OFFICE OF THE ASSISTANT SECRETARY
FOR HOUSING-FEDERAL HOUSING COMMISSIONER

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT FEDERAL HOUSING ADMINISTRATION
FEB 27 1995
MAR 06 1995
LAS VEGAS, NEVADA

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT FEDERAL HOUSING ADMINISTRATION
MAR 2 1995
RECEIVED
RENO, NEVADA

MEMORANDUM FOR: All Directors of Housing
All MF Housing Division Directors
All MF Loan Management Branch Chiefs

FROM: Helen Dunlap, ~~Deputy Assistant Secretary~~ Secretary for Multifamily Housing Programs, HM

SUBJECT: Workout Policy and the Sale of Unsubsidized Mortgages

This memorandum supersedes memoranda of July 16, 1994, August 3, 1994, and January 20, 1995, addressing workout policy issues which impact the Department's HUD-held note sale initiative.

Effective as of the date of this memorandum, all workouts executed by owners for unsubsidized[1] loans must contain the following language if they are for periods longer than one year regardless of when negotiations began:

> "Although this Agreement is projected to last for ____ years, it is on a year-to-year basis and is subject to cancellation in a sixty (60) day period at the end of any twelve month period running from the date of execution should there be a change in the holder of the note."

DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT FEDERAL HOUSING ADMINISTRATION
MAR - 6 [illegible]
RECEIVED
LAS VEGAS, NEVADA

---

[1] A mortgage in the HUD portfolio is considered "unsubsidized" if:

- o It was not insured under the Section 236 or Section 221(d)(3) BMIR mortgage subsidy programs; AND
- o 50 percent or fewer of the units in the property securing the mortgage receive a federal project-based rent subsidy.

US0246

A memorandum dated January 20, 1995, stated "ALL WORKOUTS" still in the negotiation process prior to July 1, 1994, and which have not yet been finalized, must contain the identical language as stated above. An earlier memorandum indicated that if a workout was in the final stages of being negotiated on July 1, 1994, this "Blow-up Clause" would not be required. The intent of this concession was to provide a reasonable amount of time to conclude a workout agreement that was in the final stages of approval. It was not intended to provide for the continuation of negotiations over a protracted period. Now that approximately eight months have lapsed, all parties have had more than sufficient time to finalize any workouts that were in negotiation on or about July 1, 1994. Therefore, all workouts approved as of the date of this memorandum, for unsubsidized loans will contain this "Blow-up" language.

A recent review of approved workout agreements for non-performing, unsubsidized notes, revealed terms that could be counterproductive to achieving the best results (i.e., highest return to HUD) for the note sale. Examples include, long term reserve deposit suspensions (9-10 years), use of reserves for capital improvements, term extensions, etc. Be aware that alterations to the standard workout terms may effect the bid price of a particular note in a future asset sale. Managers need to always balance the effect of special provisions in workouts against the benefits to HUD and the potential impact on asset value. As an example, unspent reserves will be captured by HUD prior to an asset sale and applied to outstanding debt.

Finally, just as a reminder, an original copy of every workout agreement must be forwarded to the Office of Multifamily Housing Operations Division in Headquarters.

If you have any questions concerning this matter, please contact Leonard L. Nowak at (202)-708-0547 ext.2604.

US0247

3