# In the United States Court of Federal Claims

No. 03-1874 C
(E-Filed: May 25, 2006)

| | |
|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI, Plaintiffs, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

ORDER

Before the court is Plaintiffs' Motion for Leave to File a Completed Version of "Plaintiff's Response to Defendant's Proposed Findings of Uncontroverted Fact" (Motion) filed electronically on May 16, 2006 in response to the court's notice by telephone that plaintiffs' filing of January 18, 2006 was incomplete. The Clerk's Office has notified chambers that plaintiffs' Motion does not comply with the requirements of the Rules of the United States Court of Federal Claims (RCFC) for electronic signatures and for indication of the date and manner of filing. Plaintiffs' filings of January 7, 2006 and January 18, 2006 were similarly deficient and the court subsequently provided detailed guidance regarding the procedures to follow and the need for compliance with the specific requirements of RCFC 11(a) and General Order No. 42A. See Order of January 9, 2006 at 1-2 and Order of January 19, 2006 at 1-2. Despite the court's instruction, plaintiffs' most recent filing is again deficient. The court nevertheless ALLOWS plaintiffs' Motion for reasons of judicial economy and notifies plaintiffs that all subsequent filings that do not comply with RCFC 11 and General Order No. 42A will be stricken. See General Order No. 42 A ¶ 16.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge