# In the United States Court of Federal Claims

No. 03-1874 C

(E-Filed: June 1, 2006)

EDWARD T. ARAKAKI and HELEN ARAKAKI,
Plaintiffs,

v.

THE UNITED STATES,

Defendant.

## ORDER

Based on the disposition of defendant's motions contained in the court's Opinion of May 30, 2006, the Clerk of the Court is directed to enter an order DISMISSING plaintiffs' complaint.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge