# In the United States Court of Federal Claims

**No. 03-1874 C**

**EDWARD ARAKAKI and**
**HELEN ARAKAKI**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order and Opinion, filed May 30, 2006, and Order filed June 1, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Brian Bishop
Clerk of Court

June 5, 2006 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.