#06 5200

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD T. ARAKAKI and HELEN ARAKAKI | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 03-1874C (Judge Hewitt) |
| THE UNITED STATES | ) | |
| Defendant. | ) | |

FILED
JUL 31 2006
U.S. COURT OF FEDERAL CLAIMS

NOTICE OF APPEAL TO
THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
FROM A JUDGMENT OR ORDER OF THE COURT OF FEDERAL CLAIMS

Notice is hereby given that Plaintiffs, EDWARD T. ARAKAKI and HELEN ARAKAKI, plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Judgment entered in this action on the 5th day of June, 2005 (attached hereto as Exhibit 1), and from the Order (attached hereto as Exhibit 2) and Opinion (attached hereto as Exhibit 3) Granting Summary Judgment and Dismissing Helen Arakaki's claim for lack of subject matter jurisdiction, filed May, 30, 2006.

DATED: Honolulu, Hawaii, July 28, 2006

R. PATRICK JARESS
Attorney for Plaintiffs
EDWARD ARAKAKI and
HELEN ARAKAKI

737 Bishop St., Suite 2920
Honolulu, Hawaii 96813
Ph: (808) 531-3151
Fax: (808) 531-6064