NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

FILED
SEP 7 2007
U.S. COURT OF FEDERAL CLAIMS

06-5109

EDWARD T. ARAKAKI,
and HELEN ARAKAKI,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 9/7/07

## Judgment

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

in CASE NO(S). 03-CV-1874

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JUL 17 2007
JAN HORBALY
CLERK

Per Curiam (LOURIE, LINN, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED July 17, 2007

Jan Horbaly, Clerk

ISSUED AS A MANDATE: SEP 7 2007